**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

ROBERT AND JAMIE ANDERSEN,

      Plaintiffs,

v.                                 **CASE NO.:**

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Defendant.

_____/

## <u>COMPLAINT & DEMAND FOR JURY TRIAL</u>

Plaintiffs, ROBERT AND JAMIE ANDERSEN, by and through the undersigned attorneys, sue the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, and allege as follows:

1. This is an action for declaratory relief and breach of contract with damages greater than Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs, and attorney's fees.

2. At all material times hereto, the Plaintiffs, ROBERT AND JAMIE ANDERSEN, (hereinafter "Plaintiffs") were and are Florida homeowners.

3. At all material times hereto, Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (hereinafter "Defendant") was a corporation duly licensed to transact insurance business in the State of Florida. Defendant does business, has offices, and/or maintained agents for the transaction of its customary business in Orange County, Florida.

4. Plaintiffs bring this action as homeowners. Attached hereto and incorporated herein as Plaintiffs' Exhibit "A" is a copy of the estimate for the work to be performed.

5. Prior to October 9, 2024 the Plaintiffs sought and purchased property insurance from Defendant to cover their property located at 14882 Old Thicket Trace, Winter Garden, Florida

34787 (hereinafter "Plaintiffs' Property"). Said policy of insurance, which is believed to be policy number H32-251-911627-40 4 4 with corresponding claim number 058397854-01 (hereinafter "Plaintiffs' Policy"), was issued by Defendant to Plaintiffs to provide insurance coverage which included, but was not limited to, coverage afforded to protect Plaintiffs' Property against hurricane damage.

6.     Plaintiffs' Policy was issued by Defendant in Orange County, Florida and was in full force and effect as of October 9, 2024. Attached hereto and incorporated herein as Plaintiffs' Exhibit "B" is a copy of Plaintiffs' Policy.

7.     On or about October 9, 2024, Plaintiffs' Property located at 14882 Old Thicket Trace, Winter Garden, Florida 34787 was damaged by Hurricane Milton (hereinafter, the "Loss"). The Loss was covered under Plaintiffs' Policy issued by Defendant.

8.     As of the date of the filing of this lawsuit, Defendant has failed to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiffs.

9.     Jurisdiction and venue of this matter are proper in the Circuit Court for Orange County, Florida.

**COUNT I-BREACH OF CONTRACT AGAINST DEFENDANT**

10.     Plaintiffs do hereby repeat and re-allege Paragraphs 1 through 9 above and incorporate the same by reference herein.

11.     Plaintiffs are named Insureds under the Plaintiffs' Policy and said policy was in full force and effect as to the Plaintiffs at all times material to this Complaint, including when Plaintiffs' Property was damaged as described above.

12.     Plaintiffs have either complied with all conditions precedent to filing this lawsuit and Plaintiffs are entitled to recover under Plaintiffs' Policy or any such conditions have been waived.

13.     Defendant's refusal to: (i) acknowledge coverage for the Loss; and/or (ii) acknowledge that payment of insurance proceeds for the Loss will be forthcoming; and/or (iii) issue payment in full of insurance proceeds for the Loss to Plaintiffs, constitutes a breach of contract.

14.     Plaintiffs have been damaged as a result of Defendant's breach in the form of unpaid insurance proceeds.

15.     Plaintiffs have been and remain fully prepared to comply with all of the obligations pursuant to the aforesaid contract of insurance.

16.     As a result of Defendant's aforementioned breach of contract, it has become necessary that Plaintiffs retain the services of the undersigned attorneys. Plaintiffs are obligated to pay a reasonable fee for the undersigned attorneys' services in bringing this action, plus necessary costs.

17.     Plaintiffs are entitled to recover costs and interest pursuant to Fla. Stat. §§ 57.041, 627.70131, and/or 55.03.

**WHEREFORE**, the Plaintiffs, ROBERT AND JAMIE ANDERSEN, by and through the undersigned counsel, demand judgment against Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, for all unpaid bills with interest on any overdue payments, costs, and for all other remedies the Court sees fit to grant, and the Plaintiffs demand trial by jury.

## <u>COUNT II-DECLARATORY RELIEF AGAINST DEFENDANT</u>

18.     Plaintiffs reallege paragraphs 1 through 9 above and incorporate the same by reference herein.

19.     Under the terms of the subject Plaintiffs' Policy, Defendant insured against direct, physical loss to the Plaintiffs' Property.  There are, however, a number of exclusions which the Defendant relies upon to deny coverage for the Loss.

20.     Under the terms and provisions of the Plaintiffs' Policy, Plaintiffs' Loss appears to be covered for the property damage sustained; however, Defendant denied coverage for the Loss and/or asserted in its coverage determination letter that certain portions of Plaintiffs' Loss were not covered under the Plaintiffs' Policy due to various policy exclusions and/or exceptions. These exceptions/exclusions are referenced in the Defendant's coverage determination letter and Defendant's field adjuster's estimates, which are both attached hereto as Plaintiffs' Exhibit "C".

21.     As a result of Defendant's assertions of applicable policy exclusion(s)/exception(s) and Defendant's apparent belief that the entire and/or a part of the Loss is not covered based upon its interpretation of the Plaintiffs' Policy and/or the pricing issues, Plaintiffs are in doubt as to Plaintiffs' entitlement to coverage under the Plaintiffs' Policy and/or as to the Defendant's denial.

22.     Plaintiffs believe that the Loss is covered and that Plaintiffs' estimate is accurate and compensable; however, Defendant disagrees.  Consequently, the parties can only resolve their differences when coverage is determined by this Court.

23.     Plaintiffs are uncertain as to the existence or non-existence of Plaintiffs' rights to coverage under the Plaintiffs' Policy and have an actual, practical, and present need for a declaration by the court as to Plaintiffs' rights under the Plaintiffs' Policy.  Consequently, Plaintiffs seek relief from uncertainty and insecurity with respect to Plaintiffs' rights and legal relations with Defendant under the Plaintiffs' Policy. *See Higgins v. State Farm Fire & Cas. Co.*, 894 So.2d 5

(Fla. 2004); *Lutz v. Protective Life Ins. Co.*, 951 So.2d 884 (Fla. 4th DCA 2007); *Jossfolk v. United Property & Cas. Ins. Co.*, 110 So.3d 110) (Fla. 4th DCA 2013) (***permitting declaratory judgment in a first party property insurance action***); *Certain Interested Underwriters at Lloyd's London v. Pitu, Inc.*, 95 So.3d 290 (Fla. 3rd DCA 2012) (***permitting both breach of contract and declaratory judgment in a first party property insurance action***) (Emphasis added).

24.     As a direct and proximate result of the foregoing conflicting positions of the parties, there is an actual bona-fide controversy between the parties that requires judicial interpretations as to whether there has been a covered Loss.   Accordingly, Plaintiffs seek a declaration as to Plaintiffs' rights relative to coverage of the Loss under the Plaintiffs' Policy and Florida law.

25.     The purpose of this declaratory decree action is to obtain a judicial interpretation of the Plaintiffs' Policy, as it relates to the facts involved herein, which will determine that there has been a covered Loss and as to the pricing. Without such a declaratory decree, Plaintiffs are unable to obtain insurance benefits under the Plaintiffs' Policy.

26.     Pursuant to Fla. Stat. § 86.011, this Court has jurisdiction to declare the applicable rights, status, and other equitable or legal relations between the parties as to the existence, or nonexistence of any right; or any fact upon which the existence or nonexistence of such immunity, power, privilege, or right does or may depend, whether such immunity, power, privilege, or right now exists or will arise in the future.

27.     Pursuant to Fla. Stat. § 86.021, Plaintiffs are in doubt as to Plaintiffs' rights and status under the Plaintiffs' Policy.  Therefore, Plaintiffs may have this Court determine Plaintiffs' questions concerning the construction or validity arising under said Policy and Plaintiffs can obtain a declaration of Plaintiffs' rights, status, or legal relations thereunder.

28.     Pursuant to Fla. Stat. § 86.051, this Court is not limited nor restricted from exercising its general declaratory relief powers conferred by Fla. Stat. § 86.01 as related to Plaintiffs' request for declaratory relief in this action.  Additionally, this Court may even render its decision in this matter by way of anticipation with respect to any act not yet done or any event which has not yet happened.

29.     Pursuant to Florida Stat. § 86.101, in response to Plaintiffs' request for declaratory relief, this Court's decision is to be rendered for purposes of settling and affording Plaintiffs relief from their insecurity and uncertainty with respect to Plaintiffs' rights, status and other equitable or legal relations and the declaratory relief statute is to be liberally administered and construed. (Emphasis added). *See also Olive v. Maas*, 811 So.2d 644, 648 (Fla. 2002); *C.A.T., LLC v. Island Developers*, Ltd, 827 So.2d 373,375 (Fla. 3d DCA 2002); *National Rifle Ass'n of America v. City of South Miami*, 812 So.2d 504 (Fla. 3d DCA 2002); *State Farm Fire and Cas. Co. v. Higgins*, 788 So.2d 992, 999 (Fla. 4th DCA 2001); *X Corp. v. Y Person*, 622 So.2d l098 (Fla. 2d DCA 1993).

30.     Plaintiffs' disagreement(s) with Defendant concerning coverage under the Plaintiffs' Policy is a proper subject for a declaratory judgment. *See Transportation Cas. Inc. Co. v. Soil Tech. Distributors, Inc.*, 966 So.2d 8, 9 (Fla. 4th DCA 2007); *Effort Enterprises of Florida, Inc. v. Lexington Ins. Co.*, 666 So.2d 930, 931 (Fla. 4th DCA 1995); *Tindall v. Allstate Ins. Co.*, 472 So.2d 1291, 1292 (Fla. 2d DCA 1985); *Tavares v. Allstate*, 342 So.2d 551 (Fla. 3d DCA 1977); *Perez v. State Auto. Ins. Ass'n.*, 270 So.2d 377 (Fla. 3d DCA 1972).

31.     Plaintiffs have the right to proceed with its declaratory relief action and such action should not be impermissibly foreclosed. *See Effort Enterprises of Florida. Inc. v. Lexington Ins. Co.*, 666 So.2d 930, 932 (Fla. 4th DCA 1995); *Floyd v. Guardian Life Ins. Co. Of America*, 415 So.2d 103, 105 (Fla. 3d DCA 1982).

32.     All conditions precedent to the filing of this action have been complied with, met or otherwise waived.

33.     As a direct and proximate result of Defendant's conduct, Plaintiffs have been obligated to retain undersigned counsel to bring this action and, pursuant to Fla. Stat. § 57.041, and others, Plaintiffs are entitled to costs in this matter to be paid by the Defendant.

**WHEREFORE**, Plaintiffs, ROBERT AND JAMIE ANDERSEN, pray this Honorable Court takes jurisdiction of this matter and declares the parties' rights and duties under the Plaintiffs' Policy, and takes the following actions, including but not limited to:

a.      entering an order holding that Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, is in breach of the insurance contract pursuant to the terms and conditions of the Plaintiffs' Policy and awarding damages therefrom, thereby also waiving further policy compliance on the part of Plaintiffs;

b.      entering an order holding that since Defendant previously acknowledged to an unagreed amount under the Plaintiffs' Policy relative to the Loss, that conditions precedent are waived and/or provide a declaration regarding the insured's specific requirements, so Plaintiffs can comply with same, without Plaintiffs being in violation of the Plaintiffs' Policy (and abating this action pending such compliance);

c.      entering an order declaring that the Plaintiffs are in compliance with the Plaintiffs' Policy, and have complied with all conditions precedent thereunder or same were waived by the conduct of Defendant;

d.      entering an order declaring that Plaintiffs' Loss is the result of direct, physical loss to the Plaintiffs' Property;

e.      order full disclosure of all documents and allow full and liberal discovery of all facts that may lead to admissible evidence relevant to the determination herein, including but not limited to, production of the complete insurance policy, and a complete copy of the written materials in the possession of the Defendant that would shed light on the issues involved herein;

f.      determine applicable law, including the provisions of Florida Statutes that apply to the policy and to the parties;

g.      declare each policy provision not in conformity with Florida law be amended to comply with Florida law;

h.      declare that any ambiguities in the statute or policy be construed in favor of insurance coverage;

i.      declare that the statutes and policy provisions be construed strictly and most strongly against the insurer, and liberally in favor of the insured, so as to effect the dominant purpose of indemnity or payment to the insured;

j.      declare that the Plaintiffs' Policy provides full coverage for the Loss submitted by the Plaintiffs;

k.      declare that the Plaintiffs are entitled to a claim for costs and interest against Defendant under Fla. Stat. §§ 57.041, 627.70131, and/or 55.03 and determine amounts thereunder;

l.      determine and declare any other material matters pertaining to the respective rights and responsibilities under the policy, as needed to do complete justice in this case; and

m.      awarding any and all other equitable relief this court deems just and proper and granting a trial by jury of all issues triable as of a right by a jury.

        Plaintiffs, ROBERT AND JAMIE ANDERSEN, further demand trial by jury of all issues so triable in accordance with Florida Statutes, Chapter 86, as well as for entry of judgment for

Plaintiffs as to all issues raised in this declaratory action, and against Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, for insurance proceeds, costs, and interest pursuant to Fla. Stat. §§ 57.041, 627.70131, and/or 55.03.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a true and correct copy of this document will be served on the Defendant along with the Summons in this action.

DATED: July 2, 2025

Respectfully submitted by:

/s/ *Ali A. Kadir*
**ALI A. KADIR, ESQ.**
Florida Bar No.: 13582
**KUHN RASLAVICH, P.A.**
986 Douglas Ave., Ste. 102
Altamonte Springs, FL 32714
Telephone: (407) 501-4833
Facsimile: (407) 501-4856
Ali@thekrfirm.com
Counsel for Plaintiffs



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

|  |  |
|---|---|
| Insured: | Robert Andersen & Jamie Andersen |
| Property: | 14882 Old Thicket Trace |
|  | Winter Garden, FL 34787 |

|  |  |
|---|---|
| Claim Rep.: | Joe Mannella |
| Company: | Lifeline Public Adjusters |

|  |  |
|---|---|
| Estimator: | Joe Mannella |
| Company: | Lifeline Public Adjusters |

**Claim Number:** 058397854        **Policy Number:** H32-251-911627-4044        **Type of Loss:** Hurricane

|  |  |  |  |
|---|---|---|---|
| Date of Loss: | 10/9/2024 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 2/21/2025 5:14 AM |

|  |  |
|---|---|
| Price List: | FLOR8X_FEB25 |
|  | Restoration/Service/Remodel |
| Estimate: | ANDERSEN_14882_LPA |

The property scope of damages noted herein is based on a visual inspection, any and all hidden damages will be addressed in the future upon disclosure. Any errors or omissions will be corrected as soon as we are made aware of them. Any errors or omissions does not constitute any misrepresentation on the part of the estimator or the insured, it is only an error that will be corrected as soon as possible. Nothing herein constitutes, nor should it be constituted as a waiver of any of the rights of our client under their policy of insurance, specifically they are reserving all the rights under their policy of insurance. The work outlined in the following pages should be performed in accordance with all the standards set forth by the Florida Building Code. This is a repair estimate. The insurance policy may contain provisions that will reduce any payment that might be made, receipt of a copy of this estimate is not to be interpreted as an acceptance of liability. A copy of this document does not constitute a settlement of this claim. All estimate figures are subject to policy conditions and Insurance Company approval.

**Florida 817.234(1)(b) Any person who, knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony in the third degree.**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**ANDERSEN_14882_LPA**

### Debris Removal

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1. Magnetic Roller | 3,975.99 SF | | 0.00 | 0.39 | 0.00 | 310.12 | 1,860.76 |
| 2. Cleaning Technician - per hour | 16.00 HR | | 0.00 | 61.01 | 0.01 | 195.24 | 1,171.41 |
| Daily required clean up of job site and safety of the insured/client to prevent liability. | | | | | | | |
| 3. R&R Tarp - all-purpose poly - per sq ft (labor and material) | 75.00 SF | | 0.12 | 1.48 | 1.56 | 24.32 | 145.88 |
| Protect landscaping, walks and driveway to maintain safe conditions. | | | | | | | |
| 4. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | | 0.00 | 1.50 | 31.20 | 102.24 | 613.44 |
| Protect the driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheathing is good for the entire job and multiple drops of container. | | | | | | | |
| 5. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | | 764.50 | 0.00 | 0.00 | 305.80 | 1,834.80 |
| Totals: Debris Removal | | | | | 32.77 | 937.72 | 5,626.29 |

### Miscellaneous

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 6. Temporary toilet - Minimum rental charge | 1.00 EA | | 0.00 | 120.00 | 0.00 | 24.00 | 144.00 |
| 7. Fall protection harness and lanyard | 21.00 DA | | 0.00 | 8.00 | 0.00 | 33.60 | 201.60 |
| Above item is an OSHA Code Requirement - 29 CFR 1926.501(b)(13) | | | | | | | |
| 8. Administrative/supervisor labor charge (Bid Item) | 16.00 HR | | 0.00 | 75.17 | 0.00 | 240.54 | 1,443.26 |
| Time required to provide permit documentation to a 3rd party expediting company , Research Florida Product approval codes for proper job installation, Fill out job specification sheet with square footage of the project, Mean height of the house, How many stories, Pitch of the roof slopes to verify proper product application. This includes notary servicing for all permits, Notice of Commencements, lien law affidavits, Nailing and Fastener affidavits that need filed with the county recorders and building departments.  8 hours every job. | | | | | | | |
| 9. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | 0.00 | 200.00 | 0.00 | 0.00 | 200.00 |
| for mandated permits. | | | | | | | |
| Totals: Miscellaneous | | | | | 0.00 | 298.14 | 1,988.86 |

### Roof



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



**House Roof**

| | |
|---|---|
| 3,975.99 Surface Area | 39.76 Number of Squares |
| 429.83 Total Perimeter Length | 68.83 Total Ridge Length |
| 143.00 Total Hip Length | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROOFING** | | | | | | | |
| 10. Hip & ridge nailer board for tile roofing - wood | 211.83 LF | | 0.00 | 3.80 | 14.32 | 163.86 | 983.13 |
| 11. Hip / Ridge / Rake cap - tile roofing | 288.33 LF | | 0.00 | 15.35 | 132.50 | 911.68 | 5,470.05 |
| 12. Tear off tile roofing (no haul off) | 39.76 SQ | | 207.08 | 0.00 | 0.00 | 1,646.70 | 9,880.20 |

**Includes: Labor cost to remove tile roofing, furring strips, and felt and to discard in a job-site waste receptacle.**

**Note: Rate is higher than the average remove charge. Typically Xactimate prices labor code as though the labor was performed solely by demolition laborers unskilled in roofing with a lower worker's compensation code. In Florida anyone involved in roofing are classified in the roofing worker's compensation code.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. Tile roofing - Concrete - "S" or flat tile | 45.72 SQ | | 0.00 | 871.31 | 666.01 | 8,100.46 | 48,602.76 |

**Includes: Tile roofing, furring strips, 30 pound roofing felt, roofing nails, and installation labor.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14. Polyset Pro Pack 100 Roof Tile Adhesive Kit | 4.77 EA | | 0.00 | 452.00 | 0.00 | 431.20 | 2,587.24 |
| 15. Roofer - per hour | 12.00 HR | | 0.00 | 204.00 | 0.00 | 489.60 | 2,937.60 |

**Note: Labor to apply ICP Roof adhesive**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16. Bird stop - Eave closure strip for tile roofing - metal | 429.83 LF | | 0.00 | 5.34 | 59.51 | 470.96 | 2,825.76 |
| **UNDERLAYMENT** | | | | | | | |
| 17. Modified bitumen roof | 39.76 SQ | | 0.00 | 582.92 | 401.82 | 4,715.74 | 28,294.46 |
| **FLASHINGS AND VENTS** | | | | | | | |
| 18. R&R Valley metal - (W) profile | 17.25 LF | | 0.87 | 9.08 | 3.72 | 35.06 | 210.42 |
| 19. Step flashing | 82.64 LF | | 0.00 | 15.34 | 12.03 | 255.94 | 1,535.67 |
| 20. Counterflashing - Apron flashing | 123.31 LF | | 0.00 | 15.42 | 16.67 | 383.62 | 2,301.73 |
| 21. R&R Drip edge | 429.83 LF | | 0.48 | 3.87 | 35.76 | 381.10 | 2,286.62 |
| 22. Caulking - butyl rubber | 570.38 LF | | 0.00 | 4.40 | 25.21 | 506.98 | 3,041.86 |

**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - House Roof**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

Note:   Florida specific line item not included in Xactimate shingle line item.
Code item: RAS 115 (Florida's HIgh Wind Testing Standards)
 6. Shingle Installation
 6.1 At all intersections, eaves, rakes, valleys and gable ends the shingles and starter course shall be set in a minimum 8 inch wide strip of approved flashing cement. Maximum thickness of flashing cement shall be 1/8 inch. Shingle shall not extend more that 1/4 inch beyond drip edge.

 Linear ft surrounding  any roof penetrations and flashings ie. : step flashing, flashing, skylights etc
 Florida building code 1514.2.3.1
 FBC R.A.S 111
 Flashing: All shingles that butt against wall flashings shall be step bulled with approved flashing cement a minimum of eight inches, and all roof planes that butt against vertical walls shall be flashed in one of the following manners: For ventilator and exhaust stacks, follow the same procedure, but bring the shingles up to the pipe from both sides and bend the flange over the ridge to lie in both roof planes, overlapping the roof shingles at all points. Ridge shingles are then positioned to cover the flange. Embed the ridge shingles in approved flashing cement where they overlap the flange. Roof ventilators shall be flashed in accordance with ventilators NOA

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 23. R&R Flashing - pipe jack - lead | 4.00 EA | | 10.41 | 103.48 | 13.45 | 93.80 | 562.81 |
| 24. Prime & paint roof jack | 4.00 EA | | 0.00 | 40.62 | 2.05 | 32.92 | 197.45 |
| 25. R&R Roof vent - off ridge type - 4' | 5.00 EA | | 23.27 | 177.68 | 18.50 | 204.66 | 1,227.91 |
| 26. R&R Furnace vent - rain cap and storm collar, 5" | 2.00 EA | | 15.85 | 86.00 | 4.69 | 41.68 | 250.07 |
| 27. Prime & paint roof vent | 7.00 EA | | 0.00 | 40.62 | 3.59 | 57.58 | 345.51 |
| 28. Apply mastic around vent pipes to repair leakage | 11.00 EA | | 0.00 | 42.38 | 0.70 | 93.38 | 560.26 |

Note:   Linear ft surrounding  any roof penetrations, ie. : vents, pipe jacks, etc
 Florida building code 1514.2.3.1
 FBC R.A.S 111
 Flashing:
 For ventilator and exhaust stacks, follow the same procedure, but bring the shingles up to the pipe from both sides and bend the flange over the ridge to lie in both roof planes, overlapping the roof shingles at all points. Ridge shingles are then positioned to cover the flange. Embed the ridge shingles in approved flashing cement where they overlap the flange. Roof ventilators shall be flashed in accordance with ventilators NOA

**CARPENTRY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 29. Tile roofing - cant strip - wood | 429.83 LF | | 0.00 | 2.79 | 10.90 | 242.02 | 1,452.15 |

Note:   Per R90 8 .7.1 Roof decking attachment for site-built single  family residential structures. ¬For site-built single-family residential structures, the fastening shall be in accordance with Section R908.7.1.1 or R908.7.1.2 as appropriate for the existing construction. 8d nails shall be a minimum of 0.113 inch (2.9 mm) in diameter and shall be a minimum of 21/4 inches (57 mm) long to qualify for the provisions of this section for existing nails, regardless of head shape or head diameter.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 30. Remove Sheathing - spaced 1" x 8" | 96.00 SF | | 0.91 | 0.00 | 0.00 | 17.48 | 104.84 |

Replace damaged/wet area of sheathing. Minimum three sheets required, otherwise one half-sheet per interior leak.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 31. Sheathing - plywood - 1/2" CDX | 96.00 SF | | 0.00 | 3.33 | 6.43 | 65.22 | 391.33 |
| 32. Re-nailing of roof sheathing - complete re-nail | 3,879.99 SF | | 0.00 | 0.37 | 2.52 | 287.62 | 1,725.74 |

***Per R90 8 .7.1 Roof decking attachment for site-built single  family residential structures. ¬For site-built single-family residential structures, the fastening shall be in accordance with Section R908.7.1.1 or R908.7.1.2 as appropriate for the existing construction. 8d nails shall be a minimum of 0.113 inch (2.9 mm) in diameter and shall be a minimum of 21/4 inches (57 mm) long to qualify for the provisions of this section for existing nails, regardless of head shape or head diameter.



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - House Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ADDITIONAL** | | | | | | | |
| 33.  R&R Tarp - poly - w/sandbags - per sq ft (lab & mat) | 100.00 SF | | 0.19 | 2.48 | 3.38 | 54.08 | 324.46 |
| 34.  Remove Additional charge for high roof (2 stories or greater) | 16.11 SQ | | 7.82 | 0.00 | 0.00 | 25.20 | 151.18 |
| 35.  Additional charge for high roof (2 stories or greater) | 18.53 SQ | | 0.00 | 32.00 | 0.00 | 118.60 | 711.56 |
| **HURRICANE STRAPS** | | | | | | | |
| 36.  Framing/truss hurricane strap | 176.67 EA | | 0.00 | 12.84 | 54.66 | 464.62 | 2,787.72 |
| Totals:  House Roof | | | | | 1,488.42 | 20,291.76 | 121,750.49 |
| Total: Roof | | | | | **1,488.42** | **20,291.76** | **121,750.49** |

### Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **EXTERIOR - REPAIRS** | | | | | | | |
| **Necessary to access flashing / step-flashing during roof replacement.** | | | | | | | |
| 37.  R&R Metal lath & stucco | 83.00 SF | | 1.11 | 7.30 | 7.93 | 141.18 | 847.14 |
| 38.  R&R House wrap (air/moisture barrier) | 83.00 SF | | 0.07 | 0.34 | 1.03 | 7.00 | 42.06 |
| 39.  R&R Synthetic stucco crack repair | 10.00 LF | | 2.22 | 9.40 | 0.41 | 23.32 | 139.93 |
| **MASKING - PAINT PREP** | | | | | | | |
| 40.  Protect contents - Cover with plastic | 200.00 SF | | 0.00 | 0.26 | 1.04 | 10.60 | 63.64 |
| 41.  Mask the surface area per square foot - plastic and tape - 4 mil | 3,018.12 SF | | 0.00 | 0.29 | 13.73 | 177.80 | 1,066.78 |
| 42.  Clean with pressure/chemical spray | 2,935.12 SF | | 0.00 | 0.49 | 1.91 | 288.02 | 1,728.14 |
| **PAINT EXTERIOR** | | | | | | | |
| **After repairs due to roof replacement** | | | | | | | |
| 43.  Seal stucco - elastomeric sealer | 3,018.12 SF | | 0.00 | 1.05 | 82.39 | 650.28 | 3,901.70 |
| 44.  Paint surfaces with elastomeric wall covering paint | 3,018.12 SF | | 0.00 | 1.15 | 82.39 | 710.64 | 4,263.87 |
| *CONTENTS* | | | | | | | |
| 45.  Exterior light fixture - Detach & reset | 2.00 EA | | 0.00 | 99.97 | 0.00 | 39.98 | 239.92 |
| 46.  Clothes dryer vent cover - Detach & reset | 1.00 EA | | 0.00 | 38.87 | 0.00 | 7.78 | 46.65 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 47.  Remove Door bell/chime button (button only) | 1.00 EA | | 2.14 | 0.00 | 0.00 | 0.42 | 2.56 |
| 48.  Install Door bell/chime button (button only) | 1.00 EA | | 0.00 | 14.58 | 0.00 | 2.92 | 17.50 |
| 49.  Meter base and main disconnect - Detach & reset | 1.00 EA | | 0.00 | 413.12 | 0.00 | 82.62 | 495.74 |
| 50.  Digital satellite system - alignment and calibration only | 1.00 EA | | 0.00 | 166.96 | 0.00 | 33.40 | 200.36 |
| must be provided by professional staff | | | | | | | |
| 51.  Digital satellite system - Detach & reset | 1.00 EA | | 0.00 | 55.65 | 0.00 | 11.14 | 66.79 |
| 52.  Exterior outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 35.02 | 0.00 | 14.00 | 84.04 |
| 53.  Electrician - per hour | 4.00 HR | | 0.00 | 125.82 | 0.00 | 100.66 | 603.94 |
| to detach & reset the other electrical | | | | | | | |
| 54.  Detach & Reset Disconnect box - 30 amp - non fused | 1.00 EA | 58.35 | 0.00 | 0.00 | 0.00 | 11.68 | 70.03 |
| 55.  Exterior faucet / hose bibb - Detach & reset | 1.00 EA | | 0.00 | 81.41 | 0.00 | 16.28 | 97.69 |
| 56.  Shutters - Detach & reset | 6.00 EA | | 0.00 | 33.21 | 0.00 | 39.86 | 239.12 |
| 57.  Remove Attic vent - gable end - vinyl | 2.00 EA | | 12.33 | 0.00 | 0.00 | 4.94 | 29.60 |
| 58.  Install Attic vent - gable end - vinyl | 2.00 EA | | 0.00 | 45.29 | 0.00 | 18.12 | 108.70 |
| **WINDOWS** | | | | | | | |
| 59.  R&R Window screen, 1 - 9 SF | 1.00 EA | | 5.58 | 44.62 | 2.51 | 10.54 | 63.25 |

Totals:  Exterior                                                                 193.34      2,403.18     14,419.15

### 1st Floor



**Family Room**                                                                   **Height: Peaked**

| | |
|---|---|
| 1,226.72  SF Walls | 473.94  SF Ceiling |
| 1,700.66  SF Walls & Ceiling | 415.41  SF Floor |
| 46.16  SY Flooring | 75.00  LF Floor Perimeter |
| 91.32  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 3" X 6' 8" | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | 2' 4" X 6' 8" | **Opens into HALLWAY_1** |
| **Missing Wall - Goes to Floor** | 4' X 6' 8" | **Opens into KITCHEN** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Family Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 60.  Outlet or switch - Detach & reset | 13.00 EA | | 0.00 | 24.15 | 0.00 | 62.80 | 376.75 |
| 61.  Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 62.  Window blind - horizontal or vertical - Detach & reset | 4.00 EA | | 0.00 | 40.42 | 0.00 | 32.34 | 194.02 |
| 63.  Mirror - plate glass - Detach & reset | 15.00 SF | | 0.00 | 7.26 | 0.00 | 21.78 | 130.68 |
| 64.  Door bell/chime - Detach & reset | 1.00 EA | | 0.00 | 63.66 | 0.00 | 12.74 | 76.40 |
| 65.  Detach & Reset Door bell/chime - wireless | 1.00 EA | 63.66 | 0.00 | 0.00 | 0.00 | 12.74 | 76.40 |
| *CEILING CONTENTS* | | | | | | | |
| 66.  Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 239.81 | 0.00 | 47.96 | 287.77 |
| 67.  Cold air return cover - Detach & reset | 2.00 EA | | 0.00 | 24.39 | 0.00 | 9.76 | 58.54 |
| 68.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 69.  Floor protection - cloth - skid resistant, leak proof | 415.41 SF | | 1.13 | 0.00 | 10.53 | 95.98 | 575.92 |
| 70.  Mask the walls per square foot - plastic and tape - 4 mil | 1,226.72 SF | | 0.00 | 0.29 | 5.58 | 72.28 | 433.61 |
| 71.  Clean the walls and ceiling | 1,700.66 SF | | 0.00 | 0.52 | 1.11 | 177.08 | 1,062.53 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 72.  Additional cost for high wall or ceiling - Over 14' | 419.60 SF | | 0.00 | 0.10 | 0.00 | 8.40 | 50.36 |
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 73.  Scrape the ceiling & prep for paint | 473.94 SF | | 0.00 | 0.76 | 0.31 | 72.10 | 432.60 |
| 74.  Texture drywall - machine - knockdown | 473.94 SF | | 0.00 | 1.32 | 1.85 | 125.50 | 752.95 |
| 75.  Seal the ceiling w/PVA primer - one coat | 473.94 SF | | 0.00 | 0.69 | 1.85 | 65.78 | 394.65 |
| 76.  Paint the ceiling - two coats | 473.94 SF | | 0.00 | 1.18 | 9.55 | 113.78 | 682.58 |
| 77.  Additional cost for high wall or ceiling - Over 14' | 236.97 SF | | 0.00 | 0.11 | 0.00 | 5.22 | 31.29 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 78.  Scrape the walls & prep for paint | 1,226.72 SF | | 0.00 | 0.76 | 0.80 | 186.62 | 1,119.73 |
| 79.  Texture drywall - machine | 1,226.72 SF | | 0.00 | 0.92 | 4.78 | 226.68 | 1,360.04 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Family Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 80. Seal the walls w/PVA primer - one coat | 1,226.72 SF | | 0.00 | 0.69 | 4.78 | 170.24 | 1,021.46 |
| 81. Paint the walls - two coats | 1,226.72 SF | | 0.00 | 1.18 | 24.72 | 294.44 | 1,766.69 |
| 82. Additional cost for high wall or ceiling - Over 14' | 182.63 SF | | 0.00 | 0.11 | 0.00 | 4.02 | 24.11 |
| **TRIM - BASEBOARD** | | | | | | | |
| 83. R&R Baseboard - 4 1/4" | 75.00 LF | | 0.67 | 5.57 | 14.33 | 96.48 | 578.81 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 84. Caulking - acrylic | 75.00 LF | | 0.00 | 2.82 | 0.93 | 42.48 | 254.91 |
| 85. Seal (1 coat) & paint (1 coat) baseboard | 75.00 LF | | 0.00 | 1.78 | 0.73 | 26.84 | 161.07 |
| **DOORS** | | | | | | | |
| 86. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| **CLEANING** | | | | | | | |
| 87. Clean floor - Heavy | 207.70 SF | | 0.00 | 0.86 | 0.14 | 35.74 | 214.50 |
| 88. Clean floor - tile - Heavy clean | 207.70 SF | | 0.00 | 1.15 | 0.95 | 47.98 | 287.79 |
| 89. Final cleaning - construction - Residential | 415.41 SF | | 0.00 | 0.39 | 0.00 | 32.40 | 194.41 |

| Totals: Family Room | | | | | 83.73 | 2,125.52 | 12,752.69 |
|---|---|---|---|---|---|---|---|



**Hallway 1**                                                                  **Height: 8'**

| | |
|---|---|
| 112.44 SF Walls | 15.44 SF Ceiling |
| 127.88 SF Walls & Ceiling | 15.44 SF Floor |
| 1.72 SY Flooring | 13.67 LF Floor Perimeter |
| 16.00 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **2' 4" X 6' 8"** | | | **Opens into FAMILY_ROOM** | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| **CONTENTS** | | | | | | | |
| 90. Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| *CEILING CONTENTS* | | | | | | | |
| 91. Recessed light fixture - Detach & reset entire unit | 1.00 EA | | 0.00 | 141.18 | 0.00 | 28.24 | 169.42 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## CONTINUED - Hallway 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **MASKING - PAINT PREP** | | | | | | | |
| 92.  Floor protection - cloth - skid resistant, leak proof | 15.44 SF | | 1.13 | 0.00 | 0.39 | 3.58 | 21.42 |
| 93.  Mask the walls per square foot - plastic and tape - 4 mil | 112.44 SF | | 0.00 | 0.29 | 0.51 | 6.62 | 39.74 |
| 94.  Clean the walls and ceiling | 127.88 SF | | 0.00 | 0.52 | 0.08 | 13.32 | 79.90 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 95.  Scrape the ceiling & prep for paint | 15.44 SF | | 0.00 | 0.76 | 0.01 | 2.34 | 14.08 |
| 96.  Texture drywall - machine - knockdown | 15.44 SF | | 0.00 | 1.32 | 0.06 | 4.10 | 24.54 |
| 97.  Seal the ceiling w/PVA primer - one coat | 15.44 SF | | 0.00 | 0.69 | 0.06 | 2.16 | 12.87 |
| 98.  Paint the ceiling - two coats | 15.44 SF | | 0.00 | 1.18 | 0.31 | 3.70 | 22.23 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 99.  Scrape the walls & prep for paint | 112.44 SF | | 0.00 | 0.76 | 0.07 | 17.12 | 102.64 |
| 100.  Texture drywall - machine | 112.44 SF | | 0.00 | 0.92 | 0.44 | 20.76 | 124.64 |
| 101.  Seal the walls w/PVA primer - one coat | 112.44 SF | | 0.00 | 0.69 | 0.44 | 15.60 | 93.62 |
| 102.  Paint the walls - two coats | 112.44 SF | | 0.00 | 1.18 | 2.27 | 27.00 | 161.95 |
| **TRIM - BASEBOARD** | | | | | | | |
| 103.  R&R Baseboard - 4 1/4" | 13.67 LF | | 0.67 | 5.57 | 2.61 | 17.58 | 105.49 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 104.  Caulking - acrylic | 13.67 LF | | 0.00 | 2.82 | 0.17 | 7.76 | 46.48 |
| 105.  Seal (1 coat) & paint (1 coat) baseboard | 13.67 LF | | 0.00 | 1.78 | 0.13 | 4.88 | 29.34 |
| **DOORS** | | | | | | | |
| 106.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | | 0.00 | 37.75 | 1.57 | 30.52 | 183.09 |
| **CLEANING** | | | | | | | |
| 107.  Clean floor - tile - Heavy clean | 15.44 SF | | 0.00 | 1.15 | 0.07 | 3.58 | 21.41 |
| 108.  Final cleaning - construction - Residential | 15.44 SF | | 0.00 | 0.39 | 0.00 | 1.20 | 7.22 |
| | | | | | | | |
| Totals:  Hallway 1 | | | | | 9.19 | 214.90 | 1,289.07 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| Hallway 2 | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|

232.13 SF Walls    70.96 SF Ceiling
303.09 SF Walls & Ceiling    70.96 SF Floor
7.88 SY Flooring    28.18 LF Floor Perimeter
33.18 LF Ceil. Perimeter

**Missing Wall - Goes to Floor**          5' X 6' 8"          **Opens into HALLWAY_3**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 109. Outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 24.15 | 0.00 | 9.66 | 57.96 |
| 110. Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 40.42 | 0.00 | 8.08 | 48.50 |
| 111. Thermostat - Detach & reset | 1.00 EA | | 0.00 | 59.72 | 0.00 | 11.94 | 71.66 |
| ***CEILING CONTENTS*** | | | | | | | |
| 112. Light fixture - Detach & reset | 1.00 EA | | 0.00 | 67.33 | 0.00 | 13.46 | 80.79 |
| 113. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 114. Floor protection - cloth - skid resistant, leak proof | 70.96 SF | | 1.13 | 0.00 | 1.80 | 16.40 | 98.38 |
| 115. Mask the walls per square foot - plastic and tape - 4 mil | 232.13 SF | | 0.00 | 0.29 | 1.06 | 13.68 | 82.06 |
| 116. Clean the walls and ceiling | 303.09 SF | | 0.00 | 0.52 | 0.20 | 31.56 | 189.37 |

Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:

https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 117. Scrape the ceiling & prep for paint | 70.96 SF | | 0.00 | 0.76 | 0.05 | 10.80 | 64.78 |
| 118. Texture drywall - machine - knockdown | 70.96 SF | | 0.00 | 1.32 | 0.28 | 18.80 | 112.75 |
| 119. Seal the ceiling w/PVA primer - one coat | 70.96 SF | | 0.00 | 0.69 | 0.28 | 9.86 | 59.10 |
| 120. Paint the ceiling - two coats | 70.96 SF | | 0.00 | 1.18 | 1.43 | 17.02 | 102.18 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 121. Scrape the walls & prep for paint | 232.13 SF | | 0.00 | 0.76 | 0.15 | 35.32 | 211.89 |
| 122. Texture drywall - machine | 232.13 SF | | 0.00 | 0.92 | 0.91 | 42.90 | 257.37 |
| 123. Seal the walls w/PVA primer - one coat | 232.13 SF | | 0.00 | 0.69 | 0.91 | 32.22 | 193.30 |
| 124. Paint the walls - two coats | 232.13 SF | | 0.00 | 1.18 | 4.68 | 55.72 | 334.31 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Hallway 2

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **TRIM - BASEBOARD** | | | | | | | |
| 125. R&R Baseboard - 4 1/4" | 28.18 LF | | 0.67 | 5.57 | 5.39 | 36.26 | 217.49 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 126. Caulking - acrylic | 28.18 LF | | 0.00 | 2.82 | 0.35 | 15.98 | 95.80 |
| 127. Seal (1 coat) & paint (1 coat) baseboard | 28.18 LF | | 0.00 | 1.78 | 0.27 | 10.10 | 60.53 |
| **DOORS** | | | | | | | |
| 128. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| 129. Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |
| **CLEANING** | | | | | | | |
| 130. Clean floor - tile - Heavy clean | 70.96 SF | | 0.00 | 1.15 | 0.32 | 16.38 | 98.30 |
| 131. Final cleaning - construction - Residential | 70.96 SF | | 0.00 | 0.39 | 0.00 | 5.54 | 33.21 |
| Totals: Hallway 2 | | | | | 19.80 | 448.48 | 2,690.52 |



**Hallway 3**                                                                                           **Height: 8'**

| 124.81 SF Walls | 23.01 SF Ceiling |
|---|---|
| 147.82 SF Walls & Ceiling | 23.01 SF Floor |
| 2.56 SY Flooring | 14.77 LF Floor Perimeter |
| 19.77 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | | **5' X 6' 8"** | | | **Opens into HALLWAY_2** | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| **CONTENTS** | | | | | | | |
| 132. Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| *CEILING CONTENTS* | | | | | | | |
| 133. Recessed light fixture - Detach & reset entire unit | 1.00 EA | | 0.00 | 141.18 | 0.00 | 28.24 | 169.42 |
| **MASKING - PAINT PREP** | | | | | | | |
| 134. Floor protection - cloth - skid resistant, leak proof | 23.01 SF | | 1.13 | 0.00 | 0.58 | 5.32 | 31.90 |
| 135. Mask the walls per square foot - plastic and tape - 4 mil | 124.81 SF | | 0.00 | 0.29 | 0.57 | 7.36 | 44.12 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



## CONTINUED - Hallway 3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 136. Clean the walls and ceiling | 147.82 SF | | 0.00 | 0.52 | 0.10 | 15.40 | 92.37 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 137. Scrape the ceiling & prep for paint | 23.01 SF | | 0.00 | 0.76 | 0.01 | 3.50 | 21.00 |
| 138. Texture drywall - machine - knockdown | 23.01 SF | | 0.00 | 1.32 | 0.09 | 6.10 | 36.56 |
| 139. Seal the ceiling w/PVA primer - one coat | 23.01 SF | | 0.00 | 0.69 | 0.09 | 3.20 | 19.17 |
| 140. Paint the ceiling - two coats | 23.01 SF | | 0.00 | 1.18 | 0.46 | 5.54 | 33.15 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 141. Scrape the walls & prep for paint | 124.81 SF | | 0.00 | 0.76 | 0.08 | 19.00 | 113.94 |
| 142. Texture drywall - machine | 124.81 SF | | 0.00 | 0.92 | 0.49 | 23.06 | 138.38 |
| 143. Seal the walls w/PVA primer - one coat | 124.81 SF | | 0.00 | 0.69 | 0.49 | 17.32 | 103.93 |
| 144. Paint the walls - two coats | 124.81 SF | | 0.00 | 1.18 | 2.51 | 29.96 | 179.75 |
| **TRIM - BASEBOARD** | | | | | | | |
| 145. R&R Baseboard - 4 1/4" | 14.77 LF | | 0.67 | 5.57 | 2.82 | 19.00 | 113.99 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 146. Caulking - acrylic | 14.77 LF | | 0.00 | 2.82 | 0.18 | 8.38 | 50.21 |
| 147. Seal (1 coat) & paint (1 coat) baseboard | 14.77 LF | | 0.00 | 1.78 | 0.14 | 5.28 | 31.71 |
| **DOORS** | | | | | | | |
| 148. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| **CLEANING** | | | | | | | |
| 149. Clean floor - tile - Heavy clean | 23.01 SF | | 0.00 | 1.15 | 0.10 | 5.32 | 31.88 |
| 150. Final cleaning - construction - Residential | 23.01 SF | | 0.00 | 0.39 | 0.00 | 1.80 | 10.77 |
| | | | | | | | |
| Totals: Hallway 3 | | | | | 9.50 | 223.88 | 1,342.79 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| Kitchen | Height: 9' |
|---|---|

| | |
|---|---|
| 496.83 SF Walls | 328.96 SF Ceiling |
| 825.80 SF Walls & Ceiling | 328.96 SF Floor |
| 36.55 SY Flooring | 54.17 LF Floor Perimeter |
| 58.17 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into FAMILY_ROOM |
| Missing Wall | 16' 1 1/16" X 9' | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 151.  Outlet or switch - Detach & reset | 8.00 EA | | 0.00 | 24.15 | 0.00 | 38.64 | 231.84 |
| 152.  Window blind - horizontal or vertical - Detach & reset | 3.00 EA | | 0.00 | 40.42 | 0.00 | 24.26 | 145.52 |
| 153.  Window drapery - hardware - Detach & reset | 2.00 EA | | 0.00 | 40.42 | 0.00 | 16.16 | 97.00 |
| 154.  Window drapery - remove and rehang - per hour | 2.00 HR | | 0.00 | 67.85 | 0.00 | 27.14 | 162.84 |
| 155.  Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 64.36 | 0.00 | 12.88 | 77.24 |
| 156.  Range - electric - Remove & reset | 1.00 EA | | 0.00 | 48.28 | 0.00 | 9.66 | 57.94 |
| 157.  Microwave oven - over range or drawer type- Detach & reset | 1.00 EA | | 0.00 | 157.43 | 0.00 | 31.48 | 188.91 |
| 158.  Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 286.79 | 0.00 | 57.36 | 344.15 |
| *CEILING CONTENTS* | | | | | | | |
| 159.  Chandelier - Detach & reset | 2.00 EA | | 0.00 | 175.05 | 0.00 | 70.02 | 420.12 |
| 160.  Recessed light fixture - Detach & reset entire unit | 6.00 EA | | 0.00 | 141.18 | 0.00 | 169.42 | 1,016.50 |
| 161.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| 162.  Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 65.19 | 0.00 | 13.04 | 78.23 |
| **MASKING - PAINT PREP** | | | | | | | |
| 163.  Floor protection - cloth - skid resistant, leak proof | 328.96 SF | | 1.13 | 0.00 | 8.34 | 76.00 | 456.06 |
| 164.  Mask the walls per square foot - plastic and tape - 4 mil | 496.83 SF | | 0.00 | 0.29 | 2.26 | 29.28 | 175.62 |
| 165.  Clean part of the walls and ceiling | 793.80 SF | | 0.00 | 0.52 | 0.52 | 82.66 | 495.96 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**
**CEILING - DRYWALL REPAIRS**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## CONTINUED - Kitchen

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 166. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.61 | 3.16 | 1.68 | 24.46 | 146.78 |
| 167. Drywall Installer / Finisher - per hour | 4.00 HR | | 0.00 | 126.01 | 0.00 | 100.80 | 604.84 |
| 168. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.53 | 2.04 | 3.04 | 17.06 | 102.34 |
| 169. Seal floor/ceiling joist system (anti-microbial coating) | 32.00 SF | | 0.00 | 3.41 | 4.51 | 22.72 | 136.35 |
| 170. Scrape part of the ceiling & prep for paint | 296.96 SF | | 0.00 | 0.76 | 0.19 | 45.18 | 271.06 |
| 171. Texture drywall - machine - knockdown | 328.96 SF | | 0.00 | 1.32 | 1.28 | 87.10 | 522.61 |
| 172. Seal the ceiling w/PVA primer - one coat | 328.96 SF | | 0.00 | 0.69 | 1.28 | 45.66 | 273.92 |
| 173. Paint the ceiling - two coats | 328.96 SF | | 0.00 | 1.18 | 6.63 | 78.96 | 473.76 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 174. Scrape part of the walls & prep for paint | 464.83 SF | | 0.00 | 0.76 | 0.30 | 70.72 | 424.29 |
| 175. Texture drywall - machine | 464.83 SF | | 0.00 | 0.92 | 1.81 | 85.88 | 515.33 |
| 176. Seal part of the walls w/PVA primer - one coat | 464.83 SF | | 0.00 | 0.69 | 1.81 | 64.50 | 387.04 |
| 177. Paint part of the walls - two coats | 464.83 SF | | 0.00 | 1.18 | 9.37 | 111.58 | 669.45 |
| **TRIM - BASEBOARD** | | | | | | | |
| 178. R&R Baseboard - 4 1/4" | 54.17 LF | | 0.67 | 5.57 | 10.35 | 69.68 | 418.05 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 179. Caulking - acrylic | 54.17 LF | | 0.00 | 2.82 | 0.67 | 30.70 | 184.13 |
| 180. Seal (1 coat) & paint (1 coat) baseboard | 54.17 LF | | 0.00 | 1.78 | 0.53 | 19.38 | 116.33 |
| **CLEANING** | | | | | | | |
| 181. Clean floor - tile - Heavy clean | 328.96 SF | | 0.00 | 1.15 | 1.50 | 75.96 | 455.76 |
| 182. Final cleaning - construction - Residential | 328.96 SF | | 0.00 | 0.39 | 0.00 | 25.66 | 153.95 |
| Totals: Kitchen | | | | | 56.07 | 1,637.58 | 9,825.37 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| **Living Room** | | | | | **Height: 9'** |
|---|---|---|---|---|---|
| | 447.00 SF Walls | | | 235.00 SF Ceiling | |
| | 682.00 SF Walls & Ceiling | | | 235.00 SF Floor | |
| | 26.11 SY Flooring | | | 49.67 LF Floor Perimeter | |
| | 49.67 LF Ceil. Perimeter | | | | |

| **Missing Wall** | | **16' 1 1/16" X 9'** | | **Opens into KITCHEN** | | | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 183.  Outlet or switch - Detach & reset | 5.00 EA | | 0.00 | 24.15 | 0.00 | 24.16 | 144.91 |
| 184.  Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 185.  Window blind - horizontal or vertical - Detach & reset | 4.00 EA | | 0.00 | 40.42 | 0.00 | 32.34 | 194.02 |
| *CEILING CONTENTS* | | | | | | | |
| 186.  Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 239.81 | 0.00 | 47.96 | 287.77 |
| 187.  Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 24.39 | 0.00 | 4.88 | 29.27 |
| 188.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | | 0.00 | 17.87 | 0.00 | 7.14 | 42.88 |
| **MASKING - PAINT PREP** | | | | | | | |
| 189.  Floor protection - cloth - skid resistant, leak proof | 235.00 SF | | 1.13 | 0.00 | 5.96 | 54.32 | 325.83 |
| 190.  Mask the walls per square foot - plastic and tape - 4 mil | 447.00 SF | | 0.00 | 0.29 | 2.03 | 26.32 | 157.98 |
| 191.  Clean the walls and ceiling | 682.00 SF | | 0.00 | 0.52 | 0.44 | 71.00 | 426.08 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 192.  Scrape the ceiling & prep for paint | 235.00 SF | | 0.00 | 0.76 | 0.15 | 35.76 | 214.51 |
| 193.  Texture drywall - machine - knockdown | 235.00 SF | | 0.00 | 1.32 | 0.92 | 62.22 | 373.34 |
| 194.  Seal the ceiling w/PVA primer - one coat | 235.00 SF | | 0.00 | 0.69 | 0.92 | 32.62 | 195.69 |
| 195.  Paint the ceiling - two coats | 235.00 SF | | 0.00 | 1.18 | 4.74 | 56.40 | 338.44 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 196.  Scrape the walls & prep for paint | 447.00 SF | | 0.00 | 0.76 | 0.29 | 68.00 | 408.01 |
| 197.  Texture drywall - machine | 447.00 SF | | 0.00 | 0.92 | 1.74 | 82.58 | 495.56 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Living Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 198. Seal the walls w/PVA primer - one coat | 447.00 SF | | 0.00 | 0.69 | 1.74 | 62.02 | 372.19 |
| 199. Paint the walls - two coats | 447.00 SF | | 0.00 | 1.18 | 9.01 | 107.30 | 643.77 |
| **TRIM - BASEBOARD** | | | | | | | |
| 200. R&R Baseboard - 4 1/4" | 49.67 LF | | 0.67 | 5.57 | 9.49 | 63.90 | 383.33 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 201. Caulking - acrylic | 49.67 LF | | 0.00 | 2.82 | 0.61 | 28.14 | 168.82 |
| 202. Seal (1 coat) & paint (1 coat) baseboard | 49.67 LF | | 0.00 | 1.78 | 0.48 | 17.78 | 106.67 |
| **DOORS** | | | | | | | |
| 203. Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |
| **CLEANING** | | | | | | | |
| 204. Clean floor - Heavy | 235.00 SF | | 0.00 | 0.86 | 0.15 | 40.46 | 242.71 |
| 205. Final cleaning - construction - Residential | 235.00 SF | | 0.00 | 0.39 | 0.00 | 18.34 | 109.99 |
| Totals: Living Room | | | | | 39.60 | 968.12 | 5,808.68 |



| **Stairs** | **Height: 18' 2"** |
|---|---|
| 240.64 SF Walls | 26.67 SF Ceiling |
| 267.31 SF Walls & Ceiling | 48.76 SF Floor |
| 5.42 SY Flooring | 19.56 LF Floor Perimeter |
| 16.00 LF Ceil. Perimeter | |

| **Missing Wall** | **3' 4" X 18' 2"** | **Opens into Exterior** |
|---|---|---|

| **Subroom: Stairs1 (2)** | **Height: 11' 11"** |
|---|---|
| 157.85 SF Walls | 21.90 SF Ceiling |
| 179.76 SF Walls & Ceiling | 21.90 SF Floor |
| 2.43 SY Flooring | 13.25 LF Floor Perimeter |
| 13.25 LF Ceil. Perimeter | |

| **Missing Wall** | **3' 3" X 11' 10 15/16"** | **Opens into STAIRS2** |
|---|---|---|
| **Missing Wall** | **3' 4" X 11' 10 15/16"** | **Opens into STAIRS** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Stairs**

**Subroom: Stairs2 (1)**                                                                    **Height: 11' 11"**

| | |
|---|---|
| 158.16  SF Walls | 29.25  SF Ceiling |
| 187.41  SF Walls & Ceiling | 50.79  SF Floor |
| 5.64  SY Flooring | 21.23  LF Floor Perimeter |
| 18.00  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall** | **3' 3" X 11' 10 15/16"** | **Opens into STAIRS1** |
| **Missing Wall** | **3' 3" X 11' 10 15/16"** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 206.  Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| 207.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 40.42 | 0.00 | 8.08 | 48.50 |
| 208.  Mirror - plate glass - Detach & reset | 5.00 SF | | 0.00 | 7.26 | 0.00 | 7.26 | 43.56 |
| **CEILING CONTENTS** | | | | | | | |
| 209.  Detach & Reset Hanging light fixture | 1.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 13.46 | 80.79 |
| 210.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 211.  Floor protection - cloth - skid resistant, leak proof | 121.46 SF | | 1.13 | 0.00 | 3.08 | 28.08 | 168.41 |
| 212.  Mask the walls per square foot - plastic and tape - 4 mil | 556.65 SF | | 0.00 | 0.29 | 2.53 | 32.78 | 196.74 |
| 213.  Clean the walls and ceiling | 634.47 SF | | 0.00 | 0.52 | 0.41 | 66.06 | 396.39 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 214.  Additional cost for high wall or ceiling - Over 14' | 172.32 SF | | 0.00 | 0.10 | 0.00 | 3.44 | 20.67 |
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 215.  Scrape the ceiling & prep for paint | 77.82 SF | | 0.00 | 0.76 | 0.05 | 11.84 | 71.03 |
| 216.  Texture drywall - machine - knockdown | 77.82 SF | | 0.00 | 1.32 | 0.30 | 20.60 | 123.62 |
| 217.  Seal the ceiling w/PVA primer - one coat | 77.82 SF | | 0.00 | 0.69 | 0.30 | 10.80 | 64.80 |
| 218.  Paint the ceiling - two coats | 77.82 SF | | 0.00 | 1.18 | 1.57 | 18.68 | 112.08 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Stairs**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 219.  Additional cost for high wall or ceiling - Over 14' | 77.82 SF | | 0.00 | 0.11 | 0.00 | 1.72 | 10.28 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 220.  Scrape the walls & prep for paint | 556.65 SF | | 0.00 | 0.76 | 0.36 | 84.70 | 508.11 |
| 221.  Texture drywall - machine | 556.65 SF | | 0.00 | 0.92 | 2.17 | 102.86 | 617.15 |
| 222.  Seal the walls w/PVA primer - one coat | 556.65 SF | | 0.00 | 0.69 | 2.17 | 77.26 | 463.52 |
| 223.  Paint the walls - two coats | 556.65 SF | | 0.00 | 1.18 | 11.22 | 133.62 | 801.69 |
| 224.  Additional cost for high wall or ceiling - Over 14' | 94.50 SF | | 0.00 | 0.11 | 0.00 | 2.08 | 12.48 |
| **TRIM - BASEBOARD** | | | | | | | |
| 225.  R&R Baseboard - 4 1/4" | 13.25 LF | | 0.67 | 5.57 | 2.53 | 17.04 | 102.25 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 226.  Caulking - acrylic | 13.25 LF | | 0.00 | 2.82 | 0.16 | 7.52 | 45.05 |
| 227.  Seal (1 coat) & paint (1 coat) baseboard | 13.25 LF | | 0.00 | 1.78 | 0.13 | 4.74 | 28.46 |
| 228.  Paint stair skirt/apron | 40.79 LF | | 0.00 | 6.91 | 1.06 | 56.60 | 339.52 |
| **CLEANING** | | | | | | | |
| 229.  Clean and deodorize carpet | 121.46 SF | | 0.00 | 0.64 | 0.08 | 15.56 | 93.37 |
| 230.  Final cleaning - construction - Residential | 121.46 SF | | 0.00 | 0.39 | 0.00 | 9.48 | 56.85 |

| | | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals:  Stairs | | | | | 28.12 | 742.68 | 4,455.76 |
| **Total: 1st Floor** | | | | | **246.01** | **6,361.16** | **38,164.88** |

**2nd Floor**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

| **Loft** | | | | **Height: 8'** |
|---|---|---|---|---|

| | | |
|---|---|---|
| 720.00 SF Walls | 496.56 SF Ceiling | |
| 1,216.56 SF Walls & Ceiling | 496.56 SF Floor | |
| 55.17 SY Flooring | 90.00 LF Floor Perimeter | |
| 90.00 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| **Missing Wall** | **3' 3" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **4' 4" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **5' 3" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **9' 7 15/16" X 8'** | **Opens into Exterior** |
| **Missing Wall** | **2' X 8'** | **Opens into Exterior** |
| **Missing Wall** | **20' 2" X 8'** | **Opens into Exterior** |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 231. Outlet or switch - Detach & reset | 11.00 EA | | 0.00 | 24.15 | 0.00 | 53.14 | 318.79 |
| 232. Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 233. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | | 0.00 | 40.42 | 0.00 | 24.26 | 145.52 |
| 234. Thermostat - Detach & reset | 1.00 EA | | 0.00 | 59.72 | 0.00 | 11.94 | 71.66 |
| 235. Detach & Reset Light fixture - wall sconce | 2.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 26.94 | 161.60 |
| 236. Mirror - plate glass - Detach & reset | 3.00 SF | | 0.00 | 7.26 | 0.00 | 4.36 | 26.14 |
| *CEILING CONTENTS* | | | | | | | |
| 237. Detach & Reset Light fixture | 1.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 13.46 | 80.79 |
| 238. Recessed light fixture - Detach & reset entire unit | 3.00 EA | | 0.00 | 141.18 | 0.00 | 84.70 | 508.24 |
| 239. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 65.19 | 0.00 | 13.04 | 78.23 |
| 240. Cold air return cover - Detach & reset | 2.00 EA | | 0.00 | 24.39 | 0.00 | 9.76 | 58.54 |
| 241. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| 242. Remove Attic entrance cover and trim | 1.00 EA | | 11.38 | 0.00 | 0.00 | 2.28 | 13.66 |
| 243. Install Attic entrance cover and trim | 1.00 EA | | 0.00 | 81.09 | 0.00 | 16.22 | 97.31 |
| 244. Seal (1 coat) & paint (1 coat) trim to paint attic entrance trim | 10.00 LF | | 0.00 | 1.69 | 0.10 | 3.40 | 20.40 |

**MASKING - PAINT PREP**





**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## CONTINUED - Loft

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 245. Floor protection - cloth - skid resistant, leak proof | 496.56 SF | | 1.13 | 0.00 | 12.59 | 114.74 | 688.44 |
| 246. Mask the walls per square foot - plastic and tape - 4 mil | 720.00 SF | | 0.00 | 0.29 | 3.28 | 42.42 | 254.50 |
| 247. Clean the walls and ceiling | 1,216.56 SF | | 0.00 | 0.52 | 0.79 | 126.68 | 760.08 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

**CEILING - DRYWALL REPAIRS**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 248. Scrape the ceiling & prep for paint | 496.56 SF | | 0.00 | 0.76 | 0.32 | 75.54 | 453.25 |
| 249. Texture drywall - machine - knockdown | 496.56 SF | | 0.00 | 1.32 | 1.94 | 131.48 | 788.88 |
| 250. Seal the ceiling w/PVA primer - one coat | 496.56 SF | | 0.00 | 0.69 | 1.94 | 68.90 | 413.47 |
| 251. Paint the ceiling - two coats | 496.56 SF | | 0.00 | 1.18 | 10.01 | 119.18 | 715.13 |

**WALLS - DRYWALL REPAIRS**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 252. Scrape the walls & prep for paint | 720.00 SF | | 0.00 | 0.76 | 0.47 | 109.54 | 657.21 |
| 253. Texture drywall - machine | 720.00 SF | | 0.00 | 0.92 | 2.81 | 133.04 | 798.25 |
| 254. Seal the walls w/PVA primer - one coat | 720.00 SF | | 0.00 | 0.69 | 2.81 | 99.92 | 599.53 |
| 255. Paint the walls - two coats - 2 colors | 720.00 SF | | 0.00 | 1.47 | 14.51 | 214.58 | 1,287.49 |

**TRIM - BASEBOARD**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 256. R&R Baseboard - 4 1/4" | 90.00 LF | | 0.67 | 5.57 | 17.20 | 115.76 | 694.56 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 257. Caulking - acrylic | 90.00 LF | | 0.00 | 2.82 | 1.11 | 50.98 | 305.89 |
| 258. Seal (1 coat) & paint (1 coat) baseboard | 90.00 LF | | 0.00 | 1.78 | 0.88 | 32.22 | 193.30 |

**DOORS**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 259. Seal & paint door/window trim & jamb - (per side) | 8.00 EA | | 0.00 | 37.75 | 3.15 | 61.04 | 366.19 |
| 260. Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |

**CLEANING**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 261. Clean and deodorize carpet | 496.56 SF | | 0.00 | 0.64 | 0.32 | 63.62 | 381.74 |
| 262. Final cleaning - construction - Residential | 496.56 SF | | 0.00 | 0.39 | 0.00 | 38.74 | 232.40 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Loft

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals:  Loft | | | | | 75.16 | 1,889.94 | 11,339.55 |
| Total: 2nd Floor | | | | | **75.16** | **1,889.94** | **11,339.55** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 263.  Mirror/shower door labor minimum | 1.00 EA | | 0.00 | 2.66 | 0.00 | 0.54 | 3.20 |
| 264.  Window labor minimum | 1.00 EA | | 0.00 | 275.70 | 0.00 | 55.14 | 330.84 |
| Totals:  Labor Minimums Applied | | | | | 0.00 | 55.68 | 334.04 |
| **Line Item Totals: ANDERSEN_14882_LPA** | | | | | **2,035.70** | **32,237.58** | **193,623.26** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,916.59 | SF Walls | 1,721.69 | SF Ceiling | 5,638.29 | SF Walls and Ceiling |
| 1,706.80 | SF Floor | 189.64 | SY Flooring | 379.49 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 405.35 | LF Ceil. Perimeter |
| 1,706.80 | Floor Area | 1,781.39 | Total Area | 3,359.94 | Interior Wall Area |
| 5,271.58 | Exterior Wall Area | 320.03 | Exterior Perimeter of Walls | | |
| 3,975.99 | Surface Area | 39.76 | Number of Squares | 429.83 | Total Perimeter Length |
| 68.83 | Total Ridge Length | 143.00 | Total Hip Length | | |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 159,349.98 |
| Material Sales Tax | 2,035.70 |
| | |
| Subtotal | 161,385.68 |
| Overhead | 16,118.79 |
| Profit | 16,118.79 |
| | |
| **Replacement Cost Value** | **$193,623.26** |
| **Net Claim** | **$193,623.26** |

_____

Joe Mannella



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 16,118.79 | 16,118.79 | 2,035.70 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **16,118.79** | **16,118.79** | **2,035.70** | **0.00** | **0.00** | **0.00** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap by Room

**Estimate: ANDERSEN_14882_LPA**

| | | |
|---|---:|---:|
| Debris Removal | 4,655.80 | 2.92% |
| Miscellaneous | 1,690.72 | 1.06% |
| **Area: Roof** | | |
| House Roof | 99,970.31 | 62.74% |
| Area Subtotal:  Roof | 99,970.31 | 62.74% |
| Exterior | 11,822.63 | 7.42% |
| **Area: 1st Floor** | | |
| Family Room | 10,543.44 | 6.62% |
| Hallway 1 | 1,064.98 | 0.67% |
| Hallway 2 | 2,222.24 | 1.39% |
| Hallway 3 | 1,109.41 | 0.70% |
| Kitchen | 8,131.72 | 5.10% |
| Living Room | 4,800.96 | 3.01% |
| Stairs | 3,684.96 | 2.31% |
| Area Subtotal:  1st Floor | 31,557.71 | 19.80% |
| **Area: 2nd Floor** | | |
| Loft | 9,374.45 | 5.88% |
| Area Subtotal:  2nd Floor | 9,374.45 | 5.88% |
| Labor Minimums Applied | 278.36 | 0.17% |
| **Subtotal of Areas** | 159,349.98 | 100.00% |
| **Total** | 159,349.98 | 100.00% |





**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 556.86 | 0.29% |
| CLEANING | 9,124.34 | 4.71% |
| CONTENT MANIPULATION | 52.00 | 0.03% |
| GENERAL DEMOLITION | 12,770.85 | 6.60% |
| DRYWALL | 6,451.60 | 3.33% |
| ELECTRICAL | 2,429.17 | 1.25% |
| ELECTRICAL - SPECIAL SYSTEMS | 222.61 | 0.11% |
| FINISH CARPENTRY / TRIMWORK | 1,967.70 | 1.02% |
| FRAMING & ROUGH CARPENTRY | 2,748.44 | 1.42% |
| HEAT,  VENT & AIR CONDITIONING | 577.35 | 0.30% |
| INSULATION | 93.50 | 0.05% |
| LABOR ONLY | 1,202.72 | 0.62% |
| LIGHT FIXTURES | 2,919.29 | 1.51% |
| MOISTURE PROTECTION | 3,464.84 | 1.79% |
| MIRRORS & SHOWER DOORS | 169.64 | 0.09% |
| PLUMBING | 81.41 | 0.04% |
| PAINTING | 26,048.82 | 13.45% |
| ROOFING | 85,448.52 | 44.13% |
| SCAFFOLDING | 168.00 | 0.09% |
| SIDING | 289.84 | 0.15% |
| STUCCO & EXTERIOR PLASTER | 699.90 | 0.36% |
| TEMPORARY REPAIRS | 479.00 | 0.25% |
| WINDOW REGLAZING & REPAIR | 44.62 | 0.02% |
| WINDOW TREATMENT | 863.26 | 0.45% |
| WINDOWS - WOOD | 275.70 | 0.14% |
| **O&P Items Subtotal** | **159,149.98** | **82.20%** |

| Non-O&P Items | Total | % |
|---|---|---|
| PERMITS AND FEES | 200.00 | 0.10% |
| **Non-O&P Items Subtotal** | **200.00** | **0.10%** |
| O&P Items Subtotal | 159,149.98 | 82.20% |
| Material Sales Tax | 2,035.70 | 1.05% |
| Overhead | 16,118.79 | 8.32% |
| Profit | 16,118.79 | 8.32% |
| **Total** | **193,623.26** | **100.00%** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

This repair estimate is based on our visual observations during the site inspection. The estimate specifically does not include any repairs for hidden damages. If additional damages occur and/or additional relevant documentation becomes available, please contact our office to schedule a follow up inspection to revise the estimate as needed. Please note, as with any professionally prepared estimate, there may be error and omissions which does not constitute misrepresentation on the part of Lifeline Public Adjusters or the insured. Any errors will be corrected as we become aware of them.

Lifeline Public Adjusters will estimate the damages as accurately as possible, this estimate does not include additional cost due to building code compliance. Lifeline Public Adjusters will provide the policyholder with a true and correct copy of any report, bid, or estimate for damage done on their home by Lifeline Public Adjusters when requested by the homeowner. This estimate is presented to the policyholder with the understanding that Lifeline Public Adjusters does not give legal advice. Lifeline Public Adjusters reserves the right to revise and/or amend this estimate as additional information becomes available. This estimate may not be reproduced or quoted, in whole or part without the expressed written permission of Lifeline Public Adjusters Nothing herein constitutes as a waiver of any rights of our client under their policy of insurance.

 **Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

| | |
|---|---|
| Client: | Robert and Jamie Andersen |
| Property: | 14882 Old Thicket Trace |
| | Winter Garden, FL 34787 |

Operator:    MELISSA.

| | | | |
|---|---|---|---|
| Estimator: | Baez Restoration, LLC | Business: | (352) 346-4093 |
| Business: | 188 Jensen Dr. | E-mail: | claims@baezrestoration.com |
| | Groveland, FL 34736 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Tarp | | |
| Date Entered: | 12/20/2024 | Date Assigned: | 12/14/2024 |
| Date Est. Completed: | 1/8/2025 | Date Job Completed: | |

| | |
|---|---|
| Price List: | FLOR8X_DEC24 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | ROBERT_ANDERSEN |

Liberty Mutual

Policy# H32-251-911627-4044



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

ROBERT_ANDERSEN

**ROBERT_ANDERSEN**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1.  Emergency service call - after business hours | 1.00 | EA @ | 350.00 | = | 350.00 |

*Includes: Administrative/labor costs associated with allocating resources for an emergency response after normal business hours as needed.*
 ***Excludes: All labor, travel, materials, or equipment to do the work.***

| | | | | | |
|---|---|---|---|---|---|
| 2.  Tarp - poly - w/sandbags - flat rate (lab & mat) | 1.00 | EA @ | 2,500.00 | = | 2,500.00 |

*Note: Line item includes labor and materials to install 1 - 16x20 roof tarp.*

| | | | | | |
|---|---|---|---|---|---|
| 3.  On-Site Evaluation and/or Supervisor/Admin - per hour | 2.00 | HR @ | 85.00 | = | 170.00 |

*Administrative costs associated with delivery of materials and supplies to loss site, job site preparation and post-installation cleanup.*



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

## Summary

| | |
|---|---:|
| Line Item Total | 3,020.00 |
| Material Sales Tax | 0.03 |
| | |
| Subtotal | 3,020.03 |
| Overhead | 302.00 |
| Profit | 302.00 |
| Laundering Tax | 4.08 |
| | |
| **Replacement Cost Value** | **$3,628.11** |
| **Net Claim** | **$3,628.11** |

_____

Baez Restoration, LLC

 **Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

| | |
|---|---|
| Client: | Robert and Jamie Andersen |
| Property: | 14882 Old Thicket Trace |
| | Winter Garden, FL 34787 |

Operator:    MELISSA.

| | | | |
|---|---|---|---|
| Estimator: | Baez Restoration, LLC | Business: | (352) 346-4093 |
| Business: | 188 Jensen Dr. | E-mail: | claims@baezrestoration.com |
| | Groveland, FL 34736 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Tarp | | |
| Date Entered: | 12/20/2024 | Date Assigned: | 1/7/2025 |
| Date Est. Completed: | 3/12/2025 | Date Job Completed: | |

| | |
|---|---|
| Price List: | FLOR8X_DEC24 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | ROBERT_ANDERSEN-2 |

Liberty Mutual

Policy# H32-251-911627-4044



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

**ROBERT_ANDERSEN-2**

**ROBERT_ANDERSEN-2**

| DESCRIPTION | QTY | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1. Emergency service call - after business hours | 1.00 | EA @ | 350.00 | = | 350.00 |

*Includes: Administrative/labor costs associated with allocating resources for an emergency response after normal business hours as needed.*
**Excludes: All labor, travel, materials, or equipment to do the work.**

| | | | | | |
|---|---|---|---|---|---|
| 2. Remove Tarp - poly - w/sandbags - per sq ft (lab & mat) | 320.00 | SF @ | 0.50 | = | 160.00 |

*Note: Line item reflects labor and materials to detach roof tarp for insurance company inspection*

| | | | | | |
|---|---|---|---|---|---|
| 3. Tarp - poly - w/sandbags - flat rate (lab & mat) | 1.00 | EA @ | 1,800.00 | = | 1,800.00 |

*Note: Line item includes labor and materials to reinstall existing roof tarp after insurance company inspection*

| | | | | | |
|---|---|---|---|---|---|
| 4. On-Site Evaluation and/or Supervisor/Admin - per hour | 2.00 | HR @ | 85.00 | = | 170.00 |

*Administrative costs associated with delivery of materials and supplies to loss site, job site preparation and post-installation cleanup.*



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

## Summary

| | |
|---|---:|
| Line Item Total | 2,480.00 |
| Material Sales Tax | 0.03 |
| Subtotal | 2,480.03 |
| Overhead | 248.00 |
| Profit | 248.00 |
| Laundering Tax | 4.08 |
| **Replacement Cost Value** | **$2,980.11** |
| **Net Claim** | **$2,980.11** |

_____
Baez Restoration, LLC



Liberty Mutual Insurance
350 E 96th Street
Indianapolis, IN 46240

December 13, 2024

John Tucker
P.O. Box 5014
Scranton, PA 18505-5014

| | |
|---|---|
| Insured Name: | Robert Andersen |
| | Jamie Andersen |
| Policy Number: | H3225191162740 |
| Claim ID: | 058397854 |
| Date of Loss: | 10/09/2024 |
| Effective Date: | 05/15/2024 |

I hereby certify that the attached is a true and accurate copy of the documents requested for the policy listed above as maintained by the Liberty Mutual Fire Insurance Company in the usual and customary course of its business.

Sincerely,

Magda L. Mangual
Policy Copy Support

MLM
Enclosures

| Questions about your Policy?<br>Call 1-407-380-7852 or<br>1-888-862-9632 | Policy Number:<br>H32-251-911627-40 4 4 | Report a Claim:<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |



ACTION REQUIRED:
PLEASE REVIEW AND KEEP FOR YOUR RECORDS.

# Policy Declarations
# Liberty Mutual Fire Insurance Company
# Total 12 Month Premium:  $4,123.00

## Insurance Information

| Named Insured: | Robert Andersen<br>Jamie Andersen | Policy Number: | H32-251-911627-40 4 4 |
| Mailing Address: | 14882 Old Thicket Trce<br>Winter Garden FL 34787-6293 | Policy Period: | 05/15/2024-05/15/2025 12:01 a.m.<br>standard time at the  address of the<br>Named Insured at Insured Location. |
| Insured Location: | Same as Mailing address above | Declarations Effective: | 05/15/2024 |

### DISCOUNTS AND BENEFITS SECTION

Your discounts and benefits have been applied to your total policy premium.

|  |  | PREMIUM |
|---|---|---|
| · Insurance to Value Discount | $ | (154) |
| · Inflation Protection Discount | $ | (154) |
| · Safe Homeowner Program | $ | (674) |
| · Windstorm Construction Features Credit | $ | (1,782) |
| · Protective Device Discounts: | $ | (270) |
|     Smoke/Heat Alarm-All Floors, Extinguishers and Dead Bolt Locks |  |  |
| Total Discounts and Benefits | $ | (3,034) |

# Coverage Information

## Standard Policy

| SECTION I COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| A. Dwelling | $ | 497,100 | |
| B. Other Structures on Insured Location | $ | 49,710 | |
| C. Personal Property  with Replacement Cost | $ | 347,970 | |
| D. Loss of Use of Insured Location | $ | 99,420 | |



| Want to Add a Coverage? Call 1-407-380-7852 or 1-888-862-9632 to talk to your agent about the availability of this coverage and whether it meets your needs. | Policy Number: **49** H32-251-911627-40 4 4 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims |



## Coverage Information continued

| SECTION II COVERAGES | | LIMITS | PREMIUM |
|---|---|---|---|
| E. Personal Liability (each occurrence) | $ | 300,000 | |
| F. Medical Payments to Others (each person) | $ | 1,000 | |

### POLICY DEDUCTIBLES

Losses covered under Section I are subject to a deductible of : $2,500

**Losses as a result of Hurricane are subject to a deductible of 2%: $9,942**

Losses as a result of Sinkhole are subject to a deductible of 10% of coverage A: $49,710

| Total Standard Policy | $ | 6,900 |
|---|---|---|

Standard premium allocated for hurricane losses: $ 2,167
Standard premium allocated for all other losses: $ 4,733

| ADDITIONAL COVERAGES | DEDUCTIBLE | LIMITS | PREMIUM |
|---|---|---|---|
| Personal Property Replacement Cost | | | $ 245 |
| Ordinance Or Law 25% | | | $ 154 |
| Credit Card, Fund Transfer, Forgery | $ | 1,000 | $ 0 |
| Amendatory Mold End | $ | 10,000/ 20,000 | $ 0 |
| Coverage E increased limit | | | $ 17 |
| Total Additional Coverages | | | $ 416 |

| OTHER CHARGES AND CREDITS | | PREMIUM |
|---|---|---|
| Florida Emergency Management Surcharge | $ | 2.00 |
| Florida Building Code Effectiveness Grade Credit ** | $ | (190.00) |
| Florida Insurance Guaranty Association Surcharge A | $ | 29.00 |
| Total Other Charges and Credits | $ | (159.00) |

**Total 12 Month Policy Premium: $4,123.00**



| Want to Add a Coverage? Call 1-407-380-7852 or 1-888-862-9632 to talk to your agent about the availability of this coverage and whether it meets your needs. | Policy Number:    50 H32-251-911627-40 4 4 | Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims | Liberty Mutual INSURANCE |

## Additional Coverages and Products Available*

We've reviewed your policy and have identified additional optional coverages and products that can add valuable protection. Talk to your agent about purchasing the following coverages and products and whether they meet your needs.

- Home Computer and Smartphone: If your smartphone or other devices are not insured, repairing or replacing them can be expensive. Did you know you can insure multiple devices for up to $10,000 with a deductible of $50.00?

- Identity Fraud Expense: A stolen identity can be scary and expensive. We'll provide counseling, and pay up to $30,000 for expenses such as lost wages and attorney fees incurred to recover your identity.

- Water Backup and Sump Pump Overflow: Water damage can ruin your possessions. If your sump pump fails, or you suffer water damage from a sewer or drain backup, we'll pay for covered home and personal property losses.

*These optional coverages are subject to policy provisions, limitations, and exclusions. Daily limits or a deductible may apply. For a complete explanation, please consult your agent today.

## Policy Forms and Endorsements: The following forms and endorsements are applicable to your policy

| | |
|---|---|
| LibertyGuard® Deluxe Homeowner Policy (FMHO 943 03 17) | Personal Property Replacement Cost (FMHO 2993 0515) |
| Credit Card, Fund Transfer, Forgery (HO 04 53 04 91) | Protective Devices (HO 04 16 04 91) |
| Ordinance Or Law (FMHO-1068) | Special Provisions - Florida (FMHO1067FL 0523) |
| Amendatory Endorsement (FMHO-2493 5/03) | No SecII/Limit I-Daycare (HO 04 96 04 91) |
| Inflation Protection (FMHO-2835 11 03) | Sinkhole Loss (FMHO 3286 10 11) |
| Amendmt Pol Definitions (FMHO2934FL 0421) | Amendatory Mold End (FMHO 3468 0813) |
| Calendar Year Hurr Ded % (FMHO-1158 R1) | Lead Poisoning Exclusion (FMHO-976 05/92) |
| Seepage Exclusion Endorsement (FMHO 3314 10 11) | LMHC Membership (2340) |

## Important Messages

# LAW AND ORDINANCE: LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. PLEASE DISCUSS WITH YOUR INSURANCE AGENT.

Questions about your Policy?  Call 1-407-380-7852 or 1-888-862-9632

Policy Number:  51
H32-251-911627-40 4 4

Report a Claim: 1-800-2CLAIMS or LibertyMutual.com/Claims

Liberty Mutual INSURANCE

**Important Messages** (continued)

FLOOD INSURANCE: YOU SHOULD CONSIDER THE PURCHASE OF FLOOD INSURANCE. YOUR HOMEOWNER'S INSURANCE POLICY DOES NOT INCLUDE COVERAGE FOR DAMAGE RESULTING FROM FLOOD EVEN IF HURRICANE WINDS AND RAIN CAUSED THE FLOOD TO OCCUR. WITHOUT SEPARATE FLOOD INSURANCE COVERAGE, YOUR UNCOVERED LOSSES CAUSED BY FLOOD ARE NOT COVERED. PLEASE DISCUSS THE NEED TO PURCHASE SEPARATE FLOOD INSURANCE COVERAGE WITH YOUR INSURANCE AGENT.

THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

This policy contains a separate deductible for sinkhole losses, which may result in high out-of-pocket expenses to you. Please read it carefully.

| Questions about your Policy?<br>Call 1-407-380-7852 or<br>1-888-862-9632 | Policy Number:    52<br>H32-251-911627-40 4 4 | Report a Claim:<br>1-800-2CLAIMS or<br>LibertyMutual.com/Claims |  |
| --- | --- | --- | --- |

## Additional Information

In the event of a hurricane and/or sinkhole loss, your Dwelling Coverage (Coverage A) may be automatically increased in accordance with the Inflation Protection endorsement. In these cases, a hurricane and/or sinkhole deductible that is based on a percentage of dwelling coverage would also reflect this increase.

**A rate adjustment of $(190.00) is included to reflect building code effectiveness grading schedule in your area.   Adjustments ranged from 2% surcharge to 1-13% credit.

LibertyGuard® Deluxe Homeowners Policy Declarations provided and underwritten by  Liberty Mutual Fire Insurance Company (a stock insurance company), Boston, MA.

Timothy M. Sweeney
President

Damon Hart
Secretary

This policy, including endorsements listed above,
is countersigned by:

Scott Harelson
Authorized Representative



# LibertyGuard

## Deluxe Homeowners Policy

**Please read your policy and each endorsement carefully.**

**To serve you best...**

Liberty Mutual has over 350 service offices throughout the United States and Canada. Please contact your service office shown on your Declarations Page to report losses, or for any changes or questions about your insurance. Payments should be sent to the office indicated on your bill.

**THIS POLICY IS NON-ASSESSABLE**

Liberty Mutual Group

# LIBERTYGUARD DELUXE HOMEOWNERS POLICY

**TABLE OF CONTENTS** **Page**

Agreement ................................................... 1
Definitions ................................................. 1

**SECTION I - PROPERTY COVERAGES**
Coverage A Dwelling ................................ 2
Coverage B Other Structures ................... 2
Coverage C Personal Property ............... 2-3
Coverage D Loss of Use ........................... 3
Additional Coverages ............................... 3
Debris Removal ...................................... 3-4
Reasonable Repairs ................................. 4
Trees, Shrubs and Other Plants ............... 4
Fire Department Service Charge .............. 4
Property Removed .................................... 4
Credit Card, Fund Transfer Card, Forgery
and Counterfeit Money ......................... 4-5
Loss Assessment ...................................... 5
Collapse ................................................... 5
Glass or Safety Glazing Material ............. 5
Landlord's Furnishings .......................... 5-6

**SECTION I - PERILS INSURED AGAINST**
Coverage A Dwelling and Coverage B
Other Structures .................................. 6-7
Coverage C Personal Property ............... 7-8

**SECTION I - EXCLUSIONS**
Ordinance or Law ..................................... 8
Earth Movement ....................................... 8
Water Damage .......................................... 8
Power Failure ........................................... 8
Neglect ..................................................... 8
War ........................................................... 8
Nuclear Hazard ........................................ 8
Intentional Loss ....................................... 8
Weather Conditions ................................. 9
Acts or Decisions ..................................... 9
Faulty, Inadequate or Defective .............. 9

**SECTION I - CONDITIONS**
Insurable Interest and Limit of Liability ......... 9
Your Duties After Loss ............................ 9
Loss Settlement .................................... 9-10
Loss to a Pair or Set ................................ 10
Glass Replacement .................................. 10

**Page**
Appraisal .................................................. 10
Other Insurance ....................................... 10
Suit Against Us ........................................ 10
Our Option ............................................... 10
Loss Payment ........................................... 11
Abandonment of Property ....................... 11
Mortgage Clause ...................................... 11
No Benefit To Bailee ............................... 11
Nuclear Hazard Clause ............................ 11
Recovered Property .................................. 11
Volcanic Eruption Period ........................ 11

**SECTION II - LIABILITY COVERAGES**
Coverage E Personal Liability ................ 11
Coverage F Medical Payments to Others ............. 11-12

**SECTION II - EXCLUSIONS**
Coverage E Personal Liability and Coverage F
Medical Payments to Others ........... 12-13
Coverage E Personal Liability ............ 13-14
Coverage F Medical Payments to Others ................. 14

**SECTION II - ADDITIONAL COVERAGES**
Claim Expenses ....................................... 14
First Aid Expenses ................................... 14
Damage to Property of Others ............. 14-15
Loss Assessment ...................................... 15

**SECTION II - CONDITIONS**
Limit of Liability ..................................... 15
Severability of Insurance ........................ 15
Duties After Loss ..................................... 15
Duties of an Injured Person................. 15-16
Payment of Claim .................................... 16
Suit Against Us ........................................ 16
Bankruptcy of an Insured ........................ 16
Other Insurance ....................................... 16

**SECTIONS I AND II - CONDITIONS**
Policy Period ........................................... 16
Concealment or Fraud .............................. 16
Liberalization Clause ............................... 16
Waiver or Change of Policy Provisions ................. 16
Cancellation ........................................ 16-17
Non-Renewal ........................................... 17
Assignment .............................................. 17
Subrogation .............................................. 17
Death ....................................................... 17
**\*MUTUAL POLICY CONDITIONS** ................. 17

\*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

---

## DELUXE HOMEOWNERS POLICY

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Insured" means you and residents of your household who are:

   a. Your relatives; or

   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, "insured" also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";

   d. With respect to any vehicle to which this policy applies:

      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or

      (2) Other persons using the vehicle on an "insured location" with your consent.

4. "Insured location" means:

   a. The "residence premises";

   b. The part of other premises, other structures and grounds used by you as a residence and:

      (1) Which is shown in the Declarations; or

      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;

   d. Any part of a premises:

      (1) Not owned by an "insured"; and

      (2) Where an "insured" is temporarily residing;

   e. Vacant land, other than farm land, owned by or rented to an "insured";

   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

   g. Individual or family cemetery plots or burial vaults of an "insured"; or

   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage".

6. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

7. "Residence employee" means:

   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

   b. One who performs similar duties elsewhere not related to the "business" of an "insured".

8. "Residence premises" means:

   a. The one family dwelling, other structures, and grounds; or

   b. That part of any other building;

   where you reside and which is shown as the "residence premises" in the Declarations.

   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

---

## SECTION I - PROPERTY COVERAGES

### COVERAGE A - Dwelling

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises".

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B - Other Structures

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or

2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C - Personal Property

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";

2. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4. $1000 on trailers not used with watercraft.

5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6. $2000 for loss by theft of firearms.

7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, holloware, tea sets, trays and trophies made of or including silver, gold or pewter.

8. $2500 on property, on the "residence premises", used at any time or in any manner for any "business" purpose.

9. $250 on property, away from the "residence premises", used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media;

    for use with any electronic apparatus

11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

a.  Accessories or antennas; or

b.  Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1.  Articles separately described and specifically insured in this or other insurance;

2.  Animals, birds or fish;

3.  Motor vehicles or all other motorized land conveyances.

    This includes:

    a.  Their equipment and accessories; or

    b.  Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

        (1)  Accessories or antennas; or

        (2)  Tapes, wires, records, discs or other media;

        for use with any electronic apparatus.

        The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

    We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a.  Used to service an "insured's" residence; or

    b.  Designed for assisting the handicapped;

4.  Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5.  Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6.  Property in an apartment regularly rented or held for rental to others by an "insured", except as provided in Additional Coverages 10.;

7.  Property rented or held for rental to others off the "residence premises";

8.  "Business" data, including such data stored in:

    a.  Books of account, drawings or other paper records; or

    b.  Electronic data processing tapes, wires, records, discs or other software media;

    However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or

9.  Credit cards or fund transfer cards except as provided in Additional Coverages 6.

**COVERAGE D - Loss Of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1.  If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below.

    a.  **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

    b.  **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

    Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2.  If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

    **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

    Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3.  If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

**ADDITIONAL COVERAGES**

1.  **Debris Removal.** We will pay your reasonable expense for the removal of:

a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a. Does not increase the limit of liability that applies to the covered property;

b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION 2.d.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises", for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises", Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to $500 for:

a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover use of a credit card or fund transfer card:

a. By a resident of your household;

b. By a person who has been entrusted with either type of card; or

c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of "business" use or dishonesty of an "insured".

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a. Perils Insured Against in COVERAGE C - PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of contents, equipment, animals or people;

e. Weight of rain which collects on a roof; or

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

We cover:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured", for loss caused only by the following Perils Insured Against:

a. **Fire or lightning.**

b. **Windstorm or hail.**

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

c. **Explosion.**

d. **Riot or civil commotion.**

e. **Aircraft,** including self-propelled missiles and spacecraft.

f. **Vehicles.**

g. **Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

h. **Vandalism or malicious mischief.**

i. **Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

(1) To the system or appliance from which the water or steam escaped;

(2) Caused by or resulting from freezing except as provided in the peril of freezing below; or

(3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises".

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in anyone loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

---

## SECTION I - PERILS INSURED AGAINST

### COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;

2. Caused by:

a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain the system and appliances of water;

b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

(1) Fence, pavement, patio or swimming pool;

(2) Foundation, retaining wall, or bulkhead; or

(3) Pier, wharf or dock;

c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

e. Any of the following:

(1) Wear and tear, marring, deterioration;

(2) Inherent vice, latent defect, mechanical breakdown;

(3) Smog, rust or other corrosion, mold, wet or dry rot;

(4) Smoke from agricultural smudging or industrial operations;

(5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

(6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

(7) Birds, vermin, rodents, or insects; or

(8) Animals owned or kept by an "insured".

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

**3.** Excluded under Section I - Exclusions.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C - PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

**1. Fire or lightning.**

**2. Windstorm or hail.**

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

**3. Explosion.**

**4. Riot or civil commotion.**

**5. Aircraft,** including self-propelled missiles and spacecraft.

**6. Vehicles.**

**7. Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism or malicious mischief.**

**9. Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

This peril does not include loss caused by theft:

a. Committed by an "insured";

b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

c. From that part of a "residence premises" rented by an "insured" to other than an "insured".

This peril does not include loss caused by theft that occurs off the "residence premises" of:

a. Property while at any other residence owned by, rented to, or occupied by an "insured" except while an "insured" is temporarily living there. Property of a student who is an "insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

b. Watercraft, and their furnishings, equipment and outboard engines or motors; or

c. Trailers and campers.

**10. Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight of ice, snow or sleet** which causes damage to property contained in a building.

**12. Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

a. To the system or appliance from which the water or steam escaped;

b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises".

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

a. Maintain heat in the building; or

b. Shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

## SECTION I - EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair, or demolition of a building or other structure, unless specifically provided under this policy.

   b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

      (1) Fire;

      (2) Explosion; or

      (3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

   c. **Water Damage,** meaning:

      (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

      (2) Water which backs up through sewers or drains or which overflows from a sump; or

      (3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   .

   Direct loss by fire, explosion or theft resulting from water damage is covered.

   d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the "residence premises". But, if a Peril Insured Against ensues on the "residence premises", we will pay only for that ensuing loss.

   e. **Neglect,** meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

   f. **War,** including the following and any consequence of any of the following:

      (1) Undeclared war, civil war, insurrection, rebellion or revolution;

      (2) Warlike act by a military force or military personnel; or

      (3) Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

   g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

   h. **Intentional Loss,** meaning any loss arising out of any act committed:

      (1) By or at the direction of an "insured"; and

      (2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises".

---

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

   b. For more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:

   a. Give prompt notice to us or our agent;

   b. Notify the police in case of loss by theft;

   c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

   d. Protect the property from further damage. If repairs to the property are required, you must:

      (1) Make reasonable and necessary repairs to protect the property; and

      (2) Keep an accurate record of repair expenses;

   e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   f. As often as we reasonably require:

      (1) Show the damaged property;

      (2) Provide us with records and documents we request and permit us to make copies; and

      (3) Submit to examination under oath, while not in the presence of any other "insured", and sign the same;

   g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      (1) The time and cause of loss;

      (2) The interest of the "insured" and all others in the property involved and all liens on the property;

      (3) Other insurance which may cover the loss;

      (4) Changes in title or occupancy of the property during the term of the policy;

      (5) Specifications of damaged buildings and detailed repair estimates;

      (6) The inventory of damaged personal property described in 2.e. above;

      (7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

      (8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss Settlement.** Covered property losses are settled as follows:

   a. Property of the following types:

      (1) Personal property;

      (2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

      (3) Structures that are not buildings;

      at actual cash value at the time of loss but not more than the amount required to repair or replace.

   b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

      (1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) The limit of liability under this policy that applies to the building;

(b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) The necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) The actual cash value of that part of the building damaged; or

(b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

(a) Less than 5% of the amount of insurance in this policy on the building; and

(b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

**4. Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

a. Repair or replace any part to restore the pair or set to its value before the loss; or

b. Pay the difference between actual cash value of the property before and after the loss.

**5. Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

**6. Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;

b. There is an entry of a final judgement; or

c. There is a filing of an appraisal award with us.

11. **Abandonment of Property.** We need not accept any property abandoned by an "insured".

12. **Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**

a. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

---

## SECTION II - LIABILITY COVERAGES

**COVERAGE E - Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

**COVERAGE F - Medical Payments To Others**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years

from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":

   a. Which is expected or intended by the "insured";

   b. Arising out of or in connection with a "business" engaged in by an "insured". This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business";

   c. Arising out of the rental or holding for rental of any part of any premises by an "insured". This exclusion does not apply to the rental or holding for rental of an "insured location":

      (1) On an occasional basis if used only as a residence;

      (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

      (3) In part, as an office, school, studio or private garage;

   d. Arising out of the rendering of or failure to render professional services;

   e. Arising out of a premises:

      (1) Owned by an "insured";

      (2) Rented to an "insured"; or

      (3) Rented to others by an "insured";

      that is not an "insured location";

   f. Arising out of:

      (1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

      (2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

      (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

      This exclusion does not apply to:

      (1) A trailer not towed by or carried on a motorized land conveyance.

      (2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

         (a) Not owned by an "insured"; or

         (b) Owned by an "insured" and on an "insured location";

      (3) A motorized golf cart when used to play golf on a golf course;

      (4) A vehicle or conveyance not subject to motor vehicle registration which is:

         (a) Used to service an "insured's" residence;

         (b) Designed for assisting the handicapped; or

         (c) In dead storage on an "insured location";

   g. Arising out of:

      (1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

      (2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

      (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

      Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor, or are sailing vessels, whether owned by or rented to an "insured". This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

   (a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

   (b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

   (c) One or more outboard engines or motors with 25 total horsepower or less;

   (d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

   (e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

      (i) You acquire them prior to the policy period; and

         1. You declare them at policy inception; or

         2. Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

      (ii) You acquire them during the policy period.

      This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

   (a) Less than 26 feet in overall length;

   (b) 26 feet or more in overall length, not owned by or rented to an "insured".

(3) That are stored;

h. Arising out of:

  (1) The ownership, maintenance, use, loading or unloading of an aircraft;

  (2) The entrustment by an "insured" of an aircraft to any person; or

  (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g., and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employees" employment by an "insured".

2. **Coverage E - Personal Liability,** does not apply to:

a. Liability:

  (1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;

  (2) Under any contract or agreement. However, this exclusion does not apply to written contracts:

    (a) That directly relate to the ownership, maintenance or use of an "insured location"; or

    (b) Where the liability of others is assumed by the "insured" prior to an "occurrence"

    unless excluded in (1) above or elsewhere in this policy;

b. "Property damage" to property owned by the "insured";

c. "Property damage" to property rented to, occupied or used by or in the care of the "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

d. "Bodily injury" to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the "insured" under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:

(1) Is also an insured under a nuclear energy liability policy; or

(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors; or

f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

**3. Coverage F – Medical Payments to Others,** does not apply to "bodily injury":

a. To a "residence employee" if the "bodily injury":

(1) Occurs off the "insured location"; and

(2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

c. From any:

(1) Nuclear reaction;

(2) Nuclear radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

(4) Any consequence of any of these; or

d. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the "insured location".

---

## SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**1. Claim Expenses.** We pay:

a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**2. First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured".

**3. Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured".

We will not pay for "property damage":

a. To the extent of any amount recoverable under Section I of this policy;

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured" location"; or

(3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured".

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

   a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or

   b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

      (1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

      (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

   a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

   b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);

2. Condition 1. Policy Period, under SECTIONS I AND II - CONDITIONS.

---

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

   Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

3. **Duties After Loss.** In case of an accident or "occurrence", the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:

   a. Give written notice to us or our agent as soon as is practical, which sets forth:

      (1) The identity of the policy and "insured";

      (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

      (3) Names and addresses of any claimants and witnesses;

   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

   c. At our request, help us:

      (1) To make settlement;

      (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

      (3) With the conduct of suits and attend hearings and trials; and

      (4) To secure and give evidence and obtain the attendance of witnesses;

   d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;

   e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

4. **Duties of an Injured Person - Coverage F - Medical Payments to Others.**

   The injured person or someone acting for the injured person will:

a. Give us written proof of claim, under oath if required, as soon as is practical; and

b. Authorize us to obtain copies of medical reports and records.

The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

No one will have the right to join us as a party to any action against an "insured". Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

   relating to this insurance.

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

4. **Waiver or Change of Policy Provisions.**

   A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

5. **Cancellation.**

   a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

   b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect.

This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

   (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

   (b) If the risk has changed substantially since the policy was issued.

   This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

   a. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

b. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

7. **Assignment.** Assignment of this policy will not be valid unless we give our written consent.

8. **Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

9. **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

   a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

   b. "Insured" includes:

   (1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

   (2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

---

### *MUTUAL POLICY CONDITIONS

You are a member of the Liberty Mutual Fire Insurance Company while this policy is in force. Membership entitles you to vote in person or by proxy at meetings of the company. The Annual Meeting is in Boston, Massachusetts, on the second Wednesday in April each year at 11 o'clock in the morning.

Also, as a member, you will receive any dividends declared on this policy by the Directors.

This policy is classified in Dividend Class II.

This policy has been signed by our President and Secretary at Boston, Massachusetts, and countersigned on the Declarations Page by an authorized representative.

*These conditions apply only if Liberty Mutual Fire Insurance Company is shown in the Declarations as the insurer.

{Variable Field for Officer's Signature}

**SECRETARY**

**PRESIDENT**

Includes copyrighted material of Insurance Services Office, with its permission
Copyright, Insurance Services Office, Inc., 1990

**PERSONAL PROPERTY REPLACEMENT COST ENDORSEMENT**
**FLORIDA FORM HO 00 03 and HO 00 06 ONLY**

**THIS ENDORSEMENT CHANGES TO YOUR POLICY - PLEASE READ IT CAREFULLY**

**SECTION I**

For added premium, subsection a. of Condition 3 Loss Settlement is replaced as follows:

a. **At replacement cost without deduction for depreciation:**

   (1) Personal Property;

   (2) Carpeting and household appliances whether or not attached to buildings;

   (3) Awnings, outdoor antennas and outdoor equipment, whether or not attached to buildings

b. **At actual cash value at the time of loss:**

   (1) Structures that are not buildings

The Replacement Cost of any item of Personal Property is limited to the amount it would cost to replace it with a similar item of Personal Property of like kind and quality.

**THIS ENDORSEMENT SHALL NOT APPLY TO:**

1. Fine Arts and like items which, by their inherent nature, can't be replaced with new items.

2. Articles whose age or history contribute to their value including, but not limited to, Souvenirs and Collector's Items.

3. Property that is obsolete or unusable for the purpose for which it was originally intended due to age or historic condition.

**THIS COMPANY'S LIMIT OF LIABILITY FOR LOSS UNDER THIS ENDORSEMENT SHALL NOT EXCEED THE SMALLEST OF THE FOLLOWING AMOUNTS:**

1. Replacement Cost at the time of the loss;

2. The full cost of repair;

3. Any special limit of liability described in the policy; or

4. The Coverage C limit of liability stated in the declarations.

When insured for replacement cost, we will make payment whether or not actual repair or replacement is complete.

All other provisions of this policy apply

FMHO 2993 (05/15)                                                                                          PF

**HOMEOWNERS**
**HO 04 53 04 91**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY COVERAGE
### Increased Limit

For an additional premium, the limit of liability for Additional Coverage **6.**, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money, is increased to $ _____*.

*Entries may be left blank if shown elsewhere in this policy for this coverage.

All other provisions of this policy apply.

**HO 04 53 04 91**                     Copyright, Insurance Services Office, Inc.,  1990                     **Page 1 of 1**



## PREMISES ALARM OR
## FIRE PROTECTION SYSTEM

HO 04 16 04 91

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the "residence premises."  You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

HO 04 16 04 91               Copyright, Insurance Services Office, Inc., 1990               Page 1 of 1



FMHO 1067FL 05 23
(HOMEOWNERS)

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS - FLORIDA

### SECTION I - PROPERTY COVERAGES

In **Deluxe Homeowners Policy, FMHO 943** and **Condominium Policy, FMHO 936**, for **Coverage A - Dwelling** and **Deluxe Homeowners Policy, FMHO 943**, for **Coverage B - Other Structures**, the following is added:

**Special Limits of Liability**

**Cosmetic and Aesthetic Damage to Floors**

The total limit of liability for Coverages A and B combined is $10,000 per policy term for cosmetic and aesthetic damage to floors.

    a. Cosmetic or aesthetic damage includes, but is not limited to: chips, scratches, dents or any other damage to less than 5% of the total floor surface area and does not prevent typical use of the floor.

    b. This limit includes the cost of tearing out and replacing any part of the building necessary to repair the damaged flooring.

    c. This limit does not increase the Coverage A or Coverage B limits of liability shown on the Declarations page.

    d. This limit does not apply to cosmetic or aesthetic floor damage caused by a Peril Insured Against as named and described for COVERAGE C - PERSONAL PROPERTY.

### COVERAGE C - PERSONAL PROPERTY

**Special Limits of Liability**

Items **10.** and **11.** are deleted and replaced by the following:

**10.** $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **10.**

**11.** $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

    b. Is away from the "residence premises"; and

    c. Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

    a. Accessories and antennas; or

    b. Tapes, wires, records, discs or other media;

for use with any electronic apparatus described in this item **11.**



**Property Not Covered.**

Item **3.b.** is deleted and replaced by the following:

3.  Motor vehicles or all other motorized land conveyances. This includes:

   b.  Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances.

   Electronic apparatus includes:

   (1) Accessories and antennas; or

   (2) Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this item **3.b.**

   The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a.  Used to service an "insured's" residence; or

   b.  Designed for assisting the handicapped;

**COVERAGE D - Loss of Use**

In **Homeowners Policy**, **FMHO 952**, and **Deluxe Homeowners Policy**, **FMHO 943**, item **1.** is deleted and replaced by the following:

1.  If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

In **Tenants Policy**, **FMHO 954**, and **Condominium Policy**, **FMHO 936**, item **1.** is deleted and replaced the following:

1.  If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes the "residence premises" not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

**SECTION I - ADDITIONAL COVERAGES**

In **Homeowners Policy**, **FMHO 952**, **Deluxe Homeowners Policy**, **FMHO 943**, and **Condominium Policy**, **FMHO 936**, item **2.** is deleted and replaced by the following:

2.  **Reasonable Emergency Measures**.

   a.  We will pay up to the greater of $3,000 or 1% of your Coverage A limit of liability for the reasonable costs incurred by you for necessary measures taken solely to protect covered property from further damage, when the damage or loss is caused by a Peril Insured Against.

   b.  We will not pay more than the amount in a. above, unless we provide you approval within 48 hours of your request to us to exceed the limit in a. above. In such circumstance, we will pay only up to the additional amount for the measures we authorize.

   If we fail to respond to you within 48 hours of your request to us and the damage or loss is caused by a Peril Insured Against, you may exceed the amount in a. above only up to the cost incurred by you for the reasonable emergency measures necessary to protect the covered property from further damage.

c.  If however, a covered loss occurs during a "Hurricane", the amount we pay under this additional coverage is not limited to the amount in a. above.

**"Hurricane" described**.

(1) A hurricane means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service.

(2) A hurricane occurrence:

(a) Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service; and

(b) Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

d.  A reasonable measure under this Additional Coverage **2.** may include a permanent repair when necessary to protect the covered property from further damage or to prevent unwanted entry to the property. To the degree reasonably possible, the damaged property must be retained for us to inspect.

e.  This coverage does not:

(1) Increase the limit of liability that applies to the covered property.

(2) Relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I - CONDITION **2.**;

(3) Pay for property not covered, or for repairs resulting from a peril not covered, or for loss excluded in this Policy.

In **Condominium Policy**, **FMHO 936**, item **7.** is deleted and replaced by the following:

**7.  Loss Assessment**. We will pay up to $2000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A - DWELLING, other than earthquake or land shock waves or tremors before, during, or after a volcanic eruption. A $250 deductible shall apply, unless another deductible was or will be applied to other property loss that resulted from the same property loss being assessed. In that case no deductible for loss assessment will be applied.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises".

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $2,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. The maximum amount that will be paid for an assessment for any loss is equal to your unit owner's coverage limit in effect one day before the date of the occurrence that gave rise to the loss. Any changes to coverage limits made on or after the day before the date of occurrence are not applicable to such loss.

Condition 1. Policy Period, under SECTIONS I and II CONDITIONS, does not apply to this coverage.

In **Homeowners Policy**, **FMHO 952**, and **Deluxe Homeowners Policy**, **FMHO 943**, item **8.b.** is deleted and replaced by the following:

b.  **Hidden decay**. However, **8.b.** does not provide coverage for a plumbing system or any part of a plumbing system resulting from decay, unless the plumbing system or part of the plumbing system is damaged by a collapse of a building, or any part of a building.

In **Condominium Policy**, **FMHO 936**, item **8.** is deleted and replaced by the following:

**8.  Collapse**. We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

**Liberty Mutual.**
INSURANCE

a.  Perils Insured Against in COVERAGE C - PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

b.  Decay of a building or any part of a building that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

c.  Hidden insect or vermin damage;

d.  Weight of contents, equipment, animals or people;

e.  Weight of rain which collects on a roof; or

f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e., and f. unless the loss is a direct result of the collapse of a building.

The coverage provided under this Additional Coverage - Collapse, applies only to abrupt collapse.

For the purposes of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

Item **9.** is deleted and replaced by the following:

**9.  Glass or Safety Glazing Material.**

a.  We cover:

(1)  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2)  The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

(3)  The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b.  This coverage does not include loss:

(1)  To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

(2)  On the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss, except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this Additional Coverage 9. will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

The following ADDITIONAL COVERAGE is added:

**11. Ordinance or Law.**

a.  You may use up to the percentage shown on your policy Declarations that applies to COVERAGE A - DWELLING (or, for **Tenant Policy**, **FMHO 954**, you may use up to the percentage shown on the Declarations that applies to Building Additions and Alterations) for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

Liberty
Mutual.
INSURANCE

(1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of a covered building or other structure when that building or other structure must be totally demolished because of damage by a PERIL INSURED AGAINST to another part of that covered building or other structure; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a PERIL INSURED AGAINST.

b.  You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c.  We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

(This is Additional Coverage 10. in **Condominium Policy, FMHO 936**.)

## SECTION I - PERILS INSURED AGAINST

In **Homeowners Policy, FMHO 952, Deluxe Homeowners Policy, FMHO 943**, and **Condominium Policy, FMHO 936**, the following is added:

**Catastrophic Ground Cover Collapse**

a.  We insure for direct physical loss solely to the "covered dwelling", including the foundation, caused by the peril of "catastrophic ground cover collapse".

"Covered dwelling" means the stand-alone structure, or unit for HO 00 06 forms, covered under Coverage A, that you reside in as your residence, including an attached garage. This definition does not extend to any structures that are attached to the livable square footage of this stand-alone structure, including, but not limited to, patios, walkways, sidewalks, fences, screen enclosures, pavement, decks, porches, lanais, driveways, carports, pools, spas, gazebos, etc., unless the structure is under the same roofline or of the same foundation line and of the same depth as the "covered dwelling". Under no circumstance will it extend beyond the unit for **Condominium Policy, FMHO 936**.

"Catastrophic ground cover collapse" is geological activity that results in all of the following:

(1) The abrupt collapse of the ground cover;

(2) A depression in the ground cover clearly visible to the naked eye;

(3) "Structural damage" to the "covered dwelling," including the foundation; and

(4) The insured structure being condemned and ordered to be vacated by the governmental agency authorized by law to issue such an order for that structure.

"Structural damage" as defined means the "covered dwelling", regardless of the date of its construction, has experienced the following:



    i.  Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

    ii.  Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third of the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

    iii.  Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

    iv.  Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems", being significantly likely to imminently collapse because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

    v.  Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

    "Primary structural member" as used above means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure.

    "Primary structural system" as used above means an assemblage of "primary structural members".

b.  Contents coverage and additional living expenses apply only if there is a loss resulting from "catastrophic ground cover collapse".

(This is Peril Insured Against 17. Under COVERAGE C - PERSONAL PROPERTY in **Deluxe Homeowners Policy**, **FMHO 943** and SECTION I - PERILS INSURED AGAINST 17. in **Homeowners Policy**, **FMHO 952** and **Condominium Policy**, **FMHO 936**.)

Item **1.** under COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES (**Deluxe Homeowners Policy**, **FMHO 943** only) is deleted and replaced by the following:

**1.**  Involving Collapse, including any of the following conditions of property or any part of the property, whether above or below the ground:

    a.  An abrupt falling down or caving in;

    b.  Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

    c.  Any spalling, crumbling, settling, cracking, shifting, bulging, racking, sagging, bowing, bending, leaning, shrinkage or expansion, or any other age or maintenance related issues, as such condition relates to a. or b. above;

except as provided in Additional Coverages 8.

The final paragraph in item **2.e.** under COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES (**Deluxe Homeowners Policy**, **FMHO 943** only) is deleted and replaced by the following:

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost to tear out and replace only that part of a building or only that part of an other structure covered under Coverage A or B, on the 'residence premises', necessary to access the system or appliance.



We do not cover loss to the system or appliance from which this water escaped.

In **Condominium Policy**, **FMHO 936**, item **12.** is deleted and replaced by the following:

**12. Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance. We also pay for tearing out and replacing only that part of the building which is covered under Coverage A and at the location of the "residence premises", if necessary to repair the system or appliance from which the water or steam escaped.

This peril does not include loss:

a. On the "residence premises", if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

b. To the system or appliance from which the water or steam escaped;

c. Caused by or resulting from freezing except as provided in the peril of freezing below; or

d. On the "residence premises" caused by accidental discharge or overflow which occurs away from the building where the "residence premises" is located.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

In **Homeowners Policy**, **FMHO 952**, item **12.** is deleted and replaced by the following:

**12. Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance. We also pay for tearing out and replacing only that part of the building on the "residence premises" necessary to repair the system or appliance from which the water or steam escaped.

This peril does not include loss:

a. On the "residence premises", if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

b. To the system or appliance from which the water or steam escaped;

c. Caused by or resulting from freezing except as provided in the peril of freezing below; or

d. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises".

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

## SECTION I - EXCLUSIONS

Item **1.** is deleted and replaced by the following:

1. **Ordinance or Law**, meaning any ordinance or law:

a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion **1.a.** does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;

b. The requirements of which result in a loss in value to property; or

c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This exclusion applies whether or not the property has been physically damaged.

(This is exclusion **1.a.** in **Deluxe Homeowners Policy**, **FMHO 943**.)



Item **2.** is deleted and replaced by the following:

**2.** **Earth Movement**, meaning earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; sinkhole; mudflow; earth sinking, rising or shifting; unless direct loss by:

  a. Fire; or

  b. Explosion

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft or "Catastrophic Ground Cover Collapse".

(This is exclusion **1.b.** in **Deluxe Homeowners Policy, FMHO 943.**)

Item **4.** is deleted and replaced by the following:

**4.** **Power Failure**, meaning the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure of power or other utility service results in a loss, from a PERIL INSURED AGAINST on the "residence premises", we will pay for the loss or damage caused by that PERIL INSURED AGAINST.

(This is exclusion **1.d.** in **Deluxe Homeowners Policy, FMHO 943.**)

**SECTION I - CONDITIONS**

In **Homeowners Policy, FMHO 952, Deluxe Homeowners Policy, FMHO 943,** and **Condominium Policy, FMHO 936,** item **2.** is deleted and replaced by the following:

**2.** **Your Duties After Loss.** In case of a loss to covered property, we have no duty to provide coverage under this Policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

  a. Give prompt notice to us or your insurance agent.

  Except for Reasonable Emergency Measures taken under Additional Coverages 2., there is no coverage for repairs that begin before the earlier of:

  (1) 72 hours after we are notified of the loss;

  (2) The time of loss inspection by us; or

  (3) At the time of other approval by us;

  Any claim or reopened claim under an insurance policy that provides coverage for loss or damage caused by any peril is barred unless notice of the claim or reopened claim was given to us in accordance with the terms of the policy within 1 year after the date of loss. A reopened claim means a claim that we have previously closed but that has been reopened upon an "insured's" request for additional costs for loss or damage previously disclosed to us.

  A supplemental claim is barred unless notice of the supplemental claim was given to us in accordance with the terms of the policy within 18 months after the date of loss. A supplemental claim means a claim for additional loss or damage from the same peril which we have previously adjusted or for which costs have been incurred while completing repairs or replacement pursuant to an open claim for which timely notice was previously provided to us.

  For claims resulting from hurricanes, tornadoes, windstorms, severe rain or other weather-related events, the date of loss is the date that the hurricane made landfall or the tornado, windstorm, severe rain, or other weather-related event is verified by the National Oceanic and Atmospheric Administration.

  b. (1) To the degree reasonably possible, retain the damaged property; and

  (2) Allow us to inspect, subject to b.(1) above, all damaged property prior to its removal from the "residence premises";

  c. Notify the police in case of loss by theft;

**Liberty
Mutual.**
INSURANCE

d.  Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

e.  Protect the covered property from further damage. The following must be performed:

(1) Take reasonable emergency measures that are necessary to protect the covered property from further damage, as provided under Additional Coverage 2.; and

(2)  Keep an accurate record of repair expenses.

A reasonable emergency measure under e.(1) above may include a permanent repair when necessary to protect the covered property from further damage or to prevent unwanted entry to the property. To the degree reasonably possible, the damaged property must be retained for us to inspect.

f.  Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

g.  As often as we reasonably require:

(1) Show the damaged property to the extent reasonably possible;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) You and your representative, including any public adjuster engaged or acting on your behalf, must submit to recorded statements and examinations under oath as often as we reasonably require, within 60 days of the date of our request to do so. Your statements and examinations under oath will be conducted while not in the presence of any other "insured" or representative of an "insured", including a public adjuster. The statements and examinations under oath of your representative, including a public adjuster, will be conducted while not in the presence of any "insured". All recorded statements and examinations under oath must be signed by the person providing the statement or the person being examined. The person providing the statement or being examined must also provide us with records and documents that we request and permit us to make copies.

(4) The attorney representing the "insured" may always be present under the circumstances described in this condition.

h.  Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.f. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

i.  Your representative, including any public adjuster engaged or acting on your behalf, may not act or fail to act in any manner that unreasonably obstructs or prevents us or our adjuster from conducting an inspection of any part of the insured property for which there is a claim for loss or damage in a timely manner.

The duties above apply regardless of whether you, an "insured" seeking coverage, or a representative of either retains or is assisted by a party who provides legal advice, insurance advice or expert claim advice, regarding an insurance claim under this Policy.



In **Tenant Policy, FMHO 954**, item **2.** is amended by the following:

    a.  You, or your representative, including any public adjuster engaged or acting on your behalf, must give prompt notice to us or our agent.

        Any claim or reopened claim, under an insurance policy that provides coverage for loss or damage caused by any peril is barred unless notice of the claim or reopened claim was given to us in accordance with the terms of the policy within 2 years after the date of loss. A reopened claim means a claim that we have previously closed but that has been reopened upon an "insured's" request for additional costs for loss or damage previously disclosed to us.

        A supplemental claim is barred unless notice of the supplemental claim was given to us in accordance with the terms of the policy within 3 years after the date of loss. A supplemental claim means a claim for additional loss or damage from the same peril which we have previously adjusted or for which costs have been incurred while completing repairs or replacement pursuant to an open claim for which timely notice was previously provided to us.

        For claims resulting from hurricanes, tornadoes, windstorms, severe rain, or other weather-related events, the date of loss is the date that the hurricane made landfall or the tornado, windstorm, severe rain, or other weather-related event is verified by the National Oceanic and Atmospheric Administration.

Item f.(1) is deleted and replaced by the following:

    (1)  Show the damaged property to the extent reasonably possible;

Items f. (4) and (5) are added:

    (4)  You and your representative, including any public adjuster engaged or acting on your behalf, must submit to recorded statements and examinations under oath as often as we reasonably require, within 60 days of the date of our request to do so. Your statements and examinations under oath will be conducted while not in the presence of any other "insured" or representative of an "insured", including a public adjuster. The statements and examinations under oath of your representative, including a public adjuster, will be conducted while not in the presence of any "insured". All recorded statements and examinations under oath must be signed by the person providing the statement or the person being examined. The person providing the statement or being examined must also provide us with records and documents that we request and permit us to make copies.

    (5)  The attorney representing the "insured" may always be present under the circumstances described in this condition.

The beginning paragraph of item g. is deleted and replaced by the following:

        Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

Item h. is added:

    h.  Your representative, including any public adjuster engaged or acting on your behalf, may not act or fail to act in any manner that unreasonably obstructs or prevents us or our adjuster from conducting an inspection of any part of the insured property for which there is a claim for loss or damage in a timely manner.

  **3.**  **Loss Settlement.**

    In **Homeowners Policy, FMHO 952** and **Deluxe Homeowners Policy, FMHO 943**, items b.(4) and (5) are deleted and replaced by the following:

    b.  (4)  We will initially pay at least the actual cash value of the insured loss, less any applicable deductible. We shall pay any remaining amounts necessary to perform such repairs as work is performed and expenses are incurred. We will not require you to advance payment for such repairs or expenses, with the exception of incidental expenses to mitigate further damage, subject to the provisions of SECTION I - CONDITIONS, Your Duties After Loss, item **2.**e.



If a total loss of the covered dwelling occurs, we shall pay the replacement cost coverage without reservation or holdback of any depreciation in value, subject to the policy limits.

In **Condominium Policy**, **FMHO 936**, items b.(1) and (2) are deleted and replaced by the following:

**b. Coverage A - Dwelling**

(1) At the actual cost to repair or replace;

(2) We will initially pay at least the actual cash value of the insured loss, less any applicable deductible. We shall pay any remaining amounts necessary to perform such repairs as work is performed and expenses are incurred. We will not require you to advance payment for such repairs or expenses, with the exception of incidental expenses to mitigate further damage, subject to the provisions of SECTION I - CONDITIONS, Your Duties After Loss, item **2.e.**

If a total loss of the covered dwelling occurs, we shall pay the Replacement cost coverage without reservation or holdback of any depreciation in value, subject to the policy limits.

Item **6.** is deleted and replaced by the following:

**6. Mediation.**

a. If either you or a third party who is an assignee of benefits under the Policy and we are engaged in a dispute regarding a claim under this Policy, either you, the third-party assignee, or we may request a mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. However, we are not required to participate in any mediation requested by a third-party assignee. In order to mediate the dispute, the loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount requested. If the dispute is mediated, the settlement in the course of the mediation is binding only if both parties agree in writing on a settlement, and you or the third-party assignee have not rescinded the settlement within 3 business days after reaching settlement. You or the third-party assignee may not rescind the settlement after cashing or depositing the settlement check or draft we provided.

We will pay the cost of conducting any mediation conference except when you or the third-party assignee fail to appear at a conference. That conference will then be rescheduled upon payment of the mediator's fee for that rescheduled conference. However, if we fail to appear at a mediation conference, we will pay the actual cash expenses you or the third-party assignee incur in attending the conference and also pay the mediator's fee for the rescheduled conference.

Mediation will not apply to any claim in which we have a reasonable basis to suspect fraud or where based on agreed-upon facts as to the cause of the loss, there is no coverage under this policy.

In **Condominium Policy**, **FMHO 936**, item **7.** is deleted and replaced by the following:

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance covering the same property this insurance will be excess over the amount recoverable under such other insurance. However, if a loss covered by this policy is covered by other insurance covering the same property and such other insurance is excess insurance over the amount recoverable under any other policy covering the same property, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of such insurance covering the loss.

Item **8.** is deleted and replaced by the following:

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within 5 years after the date of loss. In addition, the "insured" must provide the Department of Financial Services with written notice of intent to initiate litigation at least 10 business days prior to filing any legal action against us in accordance with section 627.70152 of Florida Statutes.

The following is added to item **9.**:

If at the time of loss, the Personal Property Replacement Cost Endorsement is made part of this Policy, we will pay the amount of loss as noted in that endorsement.

**10.** is deleted and replaced by the following:

**10. Loss Payment**. We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable upon the earliest of:

    a.  20 days after we receive your proof of loss and reach written agreement with you; or

    b.  60 days after we receive your proof of loss and:

        (1) There is an entry of a final judgment; or

        (2) There is a filing of a mediation settlement with us.

    c.  Within 60 days after we receive notice of an initial, reopened or supplemental property insurance claim from you, we shall pay or deny such claim unless failing to pay such claim is caused by factors beyond the control of us which reasonably prevent such payment.

## SECTION II - EXCLUSIONS

Under **1. Coverage E - Personal Liability** and **Coverage F - Medical Payments to Others**, items a. and l. are deleted and replaced by the following:

    a.  Which is expected or intended by one or more "insureds";

    l.  Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined under federal law. Controlled Substances include but are not limited to cocaine, LSD, marijuana, and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed healthcare professional.

    (This is exclusion **E.9.** in **Farmers Personal Liability Endorsement, HO 24 73**.)

## SECTIONS I AND II - CONDITIONS

Item **2.** is deleted and replaced by the following:

**2. Concealment or Fraud**.

    a.  Under SECTION I - PROPERTY COVERAGES, with respect to all "insureds" covered under this policy, we may not provide coverage for loss under SECTION I - PROPERTY COVERAGES if, whether before or after a loss, one or more "insureds" have:

        (1) Intentionally concealed or misrepresented any material fact or circumstance;

        (2) Engaged in fraudulent conduct; or

        (3) Made material false statements;

    relating to this insurance.

    b.  Under Section II - LIABILITY COVERAGES, we may not provide coverage to one or more "insureds" who, whether before or after a loss, have:

        (1) Intentionally concealed or misrepresented any material fact or circumstance;

        (2) Engaged in fraudulent conduct; or

        (3) Made material false statements;

    relating to this insurance.

However, we will not deny a claim based on credit information available in public records, whether disclosed or undisclosed, if the policy has been in effect for more than ninety (90) days.

**Liberty Mutual.** INSURANCE

Under **5. Cancellation**, item e. is added. Items b., c., and d. are deleted and replaced by the following:

b.  When this policy has been in effect for 90 days or less, we may cancel immediately if there has been a material misstatement or misrepresentation or failure to comply with underwriting requirements.

c.  We may also cancel this policy subject to the following provisions. A written cancellation notice, together with the specific reasons for cancellation, will be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1)  When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect. We will reinstate your policy provided that cancellation for nonpayment of premium occurs due to a lender's failure to pay the policy premium.

(2)  When this policy has been in effect for 90 days or less, we may cancel for any reason, except we may not cancel:

(a)  On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(b)  On the sole basis of filing a single claim resulting from water damage unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

(c)  Based on the lawful use, possession, or ownership of a firearm or ammunition by an "insured" or household member of an "insured".

Except as provided in items **5.b.** and **5.c.(1)** above, we will let you know of our action at least 20 days before the date cancellation takes effect.

(3)  When this policy has been in effect for more than 90 days, we may cancel:

(a)  If there has been a material misstatement;

(b)  If the risk has changed substantially since the policy was issued;

(c)  In the event of failure to comply, within 90 days of the effective date of coverage, with underwriting requirements established by us before the effective date of coverage;

(d)  If the cancellation is for all insureds under policies of this type for a given class of insureds;

(e)  On the basis of property insurance claims that are the result of an Act of God, if we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

(f)  On the basis of filing a single claim which is the result of water damage, if we can demonstrate that the "insured" has failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

(4)  When this policy has been in effect for more than 90 days, we may not cancel:

(a)  On the basis of credit information available in public records; or

(b)  On the basis of lawful use, possession or ownership of a firearm or ammunition by you, an "insured" or member of your household.

This can be done by letting you know at least 120 days before the date cancellation takes effect. If more than one notice requirement applies, we will provide the broadest notice.



However, such 120 day notice does not apply when the cancellation is due to nonpayment of premium.

Proof of mailing will be sufficient proof of notice.

d. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

e. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within 15 working days after the date cancellation takes effect.

An insurer that cancels a property insurance policy on property secured by a mortgage due to the failure of the lender to timely pay the premium when due shall reinstate the policy as required by Section 501.137, Florida Statutes.

Item **6.** is deleted and replaced by the following:

6. **Nonrenewal**. We may elect not to renew this policy. However, we will not nonrenew this policy:

a. On the basis of property insurance claims that are the result of an Act of God, unless we can demonstrate, by claims frequency or otherwise, that the "insured" has failed to take action reasonably necessary as requested by us to prevent recurrence of damage to the insured property; or

b. On the basis of filing a single claim resulting from water damage unless we can demonstrate that you have failed to take action reasonably requested by us to prevent a future similar occurrence of damage to the insured property.

c. Based on the lawful use, possession, or ownership of a firearm or ammunition by an "insured" or household member of an "insured".

d. On the basis of filing of claims for loss caused by sinkhole damage, regardless of whether this policy has been the subject of a sinkhole claim, or on the basis of the risk associated with the occurrence of such a claim. However, we may elect not to renew this policy if:

(1) The total of such property claim payments equal or exceed the policy limits of coverage in effect on the date of loss for "property damage" to the covered building, as set forth on the declarations page; or

(2) You have failed to repair the structure in accordance with the engineering recommendations of the professional engineer retained by us upon which any loss payment or policy proceeds were based.

e. On the basis of credit information available in public records.

We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice, together with the specific reasons for nonrenewal, at least 120 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

In **Condominium Policy**, **FMHO 936**, the following is added to the opening paragraph of item **8.**:

However, we waive any rights of recovery against the corporation or association of property owners of the condominium where the "residence premises" is located.

The following conditions are added:

10. **Notice**. A company employee adjuster, independent adjuster, attorney, investigator, or other persons acting on behalf of us that need access to an "insured" or claimant or to the insured property that is the subject of a claim must provide at least forty eight (48) hours' notice to the "insured" or claimant, public adjuster, or legal representative before scheduling a meeting with the claimant or an onsite inspection of the insured property.

The "insured" or claimant may deny access to the property if notice is not provided. The "insured" or claimant may waive the forty-eight (48) hour notice.



**11. Renewal Notification**. If we elect to renew this policy, we will let you know, in writing:

    a.   Of our decision to renew this policy; and

    b.   The amount of renewal premium payable to us.

This notice will be delivered to you or mailed to you at your mailing address shown in the Declarations at least 45 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

All other provisions of this policy apply.

FMHO 1068
HOMEOWNERS
(HO 04 77 06 94)

POLICY NUMBER:

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ORDINANCE OR LAW - INCREASED AMOUNT OF COVERAGE FLORIDA

For the premium charged, the percentage applied to the Coverage A limit of liability under Additional Coverage **11.** Ordnance or Law, is increased from 25% to the percentage shown below.

New Total Percentage          %*

* Entry may be left blank if shown elsewhere in the policy for this coverage.

All other provisions of this policy apply.

Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1994

# AMENDATORY ENDORSEMENT

## THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY

*THIS ENDORSEMENT SUPERCEDES ALL OTHER ENDORSEMENTS WHICH HAVE BEEN MADE PART OF YOUR POLICY AND REFERENCE THESE SAME PROVISIONS*

## SECTION I - PROPERTY COVERAGES

### COVERAGE A - Dwelling
Item 1. is amended as follows:
We cover:
1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling, and attached wall-to-wall carpeting;

### COVERAGE C - Personal Property

The introductory paragraph of **Special Limits of Liability** is amended to read**:**

These do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply.

The following limits are added:
12. $5000 on electronic data processing system equipment and the recording or storage media or accessories used with that equipment.

13. $5000 on any one article and $10000 in the aggregate for loss by theft of any rug, carpet (excluding attached wall-to-wall carpet), tapestry, wall-hanging or other similar article.

14. $2500 in the aggregate for loss of any of the following whether or not they are part of a collection: trading cards, comic books, figurines, stamps, advertising materials, stuffed animals, dolls, sports and entertainment memorabilia, toys, games, militaria, and books.

15. $1200 for any one electrical appliance for loss by sudden and accidental damage from artificially generated electrical currents. This special limit does not apply to electronic data processing equipment or storage media.

### Property Not Covered under COVERAGE C - Personal Property

The final two subparagraphs of Item 3 (a. and b.) are replaced by the following:

We do cover vehicles or conveyances not subject to motor vehicle registration which are:
  a. Used solely to service an "insured's" residence; or
  b. Designed for assisting the handicapped;

Item 10. is added as personal property items not covered.
10. Water or steam

**ADDITIONAL COVERAGES** is revised as follows:

Item 7. **Loss Assessment** is deleted in its entirety.

The following is added to Item 8. **Collapse**.
  With respect to this Additional Coverage:
  (1) Collapse means the sudden and entire falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied or used for its current intended purpose.
  (2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.
  (3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.
  (4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

Item 10. **Landlord's Furnishings** is deleted in its entirety.

## SECTION I - PERILS INSURED AGAINST

### COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES
The following is added to item **2.b.**
  (4) Footing(s)

The following are added to item **2.e.** Any of the following:
  (10) Growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
The final paragraph of Item 2. is further revised as follows:

If any of these cause sudden and accidental water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

## SECTION II - EXCLUSIONS

Item **1.a**. under **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** is amended as follows:
Which is expected or intended by the "insured", even if the resulting "bodily injury" or "property damage"

    (1) is of a different kind, quality, or degree than initially expected or intended; or

    (2) is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

## SECTION II - ADDITIONAL COVERAGES

Item **1.c**. under **Claims Expenses** is amended as follows:

Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit.

Item **4. Loss Assessment** is deleted in its entirety.

All other policy terms and conditions apply.



## NO SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## LIMITED SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

HO 04 96 04 91

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II - Liability Coverages because a "business" of an "insured" is excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item **8.** imposes that limit on "business" property on the "residence premises." (Item **8.** corresponds to item **5.** in Form **HO 00 08.**);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item **9.** imposes that limit on "business" property away from the "residence premises." Special Limit of Liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.** (Items **9.**, **10.** and **11.** correspond to items **6.**, **7.** and **8.** respectively in Form **HO 00 08.**)

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

Copyright, Insurance Services Office, Inc., 1990



## INFLATION PROTECTION ENDORSEMENT

It is agreed that the limits of liability for:

> Coverage A, Dwelling;
>
> Coverage B, Structure;
>
> Coverage C, Personal Property;
>
> and Coverage D, Loss of Use,

shall be raised by the rate of increase in the latest available information on residential building cost inflation.

## METHOD

To find the limits of liability on a given date, the Index Level the Company assigns to that date will be divided by the Index Level for the effective date of this Endorsement. This Factor is then multiplied by the limit for Coverages A, B, C and D separately.

If during this policy's term the Coverage A limit is changed at the insured's request, the effective date of this Endorsement is amended to the effective date of such change.

This Endorsement shall not reduce the limits of liability to less than the amount shown on:

> a.  The policy; or
>
> b.  The most recent Homeowners Policy Renewal Declaration.

This Endorsement must be attached to Change Endorsement when issued after the policy is written.

# "SINKHOLE LOSS" COVERAGE - SECTION 1 PROPERTY

## FMHO 3286 10 11

(FOR USE WITH FORMS HO 00 02, HO 00 03 and HO 00 06)

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**DEFINITIONS**

The following definitions are added for purposes of this endorsement only:

1. "Sinkhole loss" means "structural damage" solely to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, including the foundation, arising out of or caused by "sinkhole activity".  Contents coverage and additional living expenses apply only if there is "structural damage" to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, caused by "sinkhole activity".  The definition for "sinkhole loss" does not include damage to anything other than the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence.

2. "Structural damage" means the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, regardless of the date of its construction, has experienced the following:

   • Interior floor displacement or deflection in excess of acceptable variances as defined in ACI 117-90 or the Florida Building Code, which results in settlement related damage to the interior such that the interior building structure or members become unfit for service or represent a safety hazard as defined within the Florida Building Code;

   • Foundation displacement or deflection in excess of acceptable variances as defined in ACI 318-95 or the Florida Building Code, which results in settlement related damage to the "primary structural members" or "primary structural systems" that prevents those members or systems from supporting the loads and forces they were designed to support to the extent that stresses in those "primary structural members" or "primary structural systems" exceeds one and one-third of the nominal strength allowed under the Florida Building Code for new buildings of similar structure, purpose, or location;

   • Damage that results in listing, leaning, or buckling of the exterior load bearing walls or other vertical "primary structural members" to such an extent that a plumb line passing through the center of gravity does not fall inside the middle one-third of the base as defined within the Florida Building Code;

   • Damage that results in the building, or any portion of the building containing "primary structural members" or "primary structural systems," being significantly likely to imminently collapse

because of the movement or instability of the ground within the influence zone of the supporting ground within the sheer plane necessary for the purpose of supporting such building as defined within the Florida Building Code; or

- Damage occurring on or after October 15, 2005, that qualifies as "substantial structural damage" as defined in the Florida Building Code.

"Primary structural member" as used above means a structural element designed to provide support and stability for the vertical or lateral loads of the overall structure. "Primary structural system" as used above means an assemblage of "primary structural members."

3. "Sinkhole activity" means settlement or systematic weakening of the earth supporting the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, only if the settlement or systematic weakening results from contemporaneous movement or raveling of soils, sediments, or rock materials into subterranean voids created by the effect of water on a limestone or similar rock formation.

4. "Professional engineer" means a person, as defined in Florida statute 471.005, who has a bachelor's degree or higher in engineering. A "professional engineer" must also have experience and expertise in the identification of "sinkhole activity" as well as other potential causes of "structural damage."

5. "Covered dwelling", as used in this endorsement, means the stand-alone structure, or unit for HO 00 06 forms, covered under this policy that you reside in, including an attached garage. This definition does not extend to any structures that are attached to the livable square footage of this stand-alone structure, including, but not limited to, patios, walkways, sidewalks, fences, screen enclosures, pavement, decks, porches, lanais, driveways, carports, pools, spas, gazebos, etc., unless the structure is under the same roofline or foundation line and depth as the "covered dwelling". Under no circumstance will it extend beyond the unit for HO 00 06 forms.

6. "Neutral evaluation" means the alternative dispute resolution provided in Florida statute 627.7074.

7. "Neutral evaluator" means a "professional engineer" or a professional geologist who has completed a course of study in alternative dispute resolution designed or approved by the Department of Financial Services (referred to as department from here on) for use in the "neutral evaluation" process and who is determined by the department to be fair and impartial.

**"SINKHOLE LOSS" COVERAGE**

Subject to the coverage and terms of this policy, we insure for direct physical loss to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, that occurs during the policy period and is caused by a "sinkhole loss", including the cost incurred to:

1. Stabilize the land in accordance with the recommendation of Liberty Mutual's selected "professional engineer" and the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence; and,

2. Repair the foundation in accordance with the recommendations of Liberty Mutual's selected "professional engineer" who verifies the presence of a "sinkhole loss" with notice to you, subject to the coverage and terms of the policy.

**FMHO 3286 10 11**

**Deductible:** This coverage will be subject to a deductible in an amount that is equal to 10% of your policy's **Coverage A** amount shown in the declarations page.

## SECTION I - EXCLUSIONS

With respect to coverage provided by this endorsement:

1. The **Section I - Earth Movement** exclusion does not apply with respect to coverage provided by this endorsement.

## SECTION I - CONDITIONS

2. **Your Duties After Loss**

   Item 2.a.(1) is added:

   2. a.(1) Any claim, including, but not limited to, initial, supplemental, and reopened claims under an insurance policy that provides sinkhole coverage is barred unless notice of the claim was given to us in accordance with the terms and conditions of the policy within 2 years after you  knew or reasonably should have known about the "sinkhole loss."

3. **Loss Settlement**

   With respect to a loss to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, caused by a "sinkhole loss", Item **3.b.(5)** is added:

   3.b.(5) Subject to the Deductible provision appearing under the heading "SINKHOLE LOSS" COVERAGE,

   (a) We will pay no more than the actual cash value, less the deductible, of the "sinkhole loss," not including underpinning or grouting or any other repair technique performed below the existing foundation of the "covered dwelling," until you enter into a contract for the performance of building stabilization or foundation repairs in accordance with the recommendations set forth in Liberty Mutual's engineer's report issued pursuant to Florida statute 627.7073.

   (b) You must enter into a contract for the performance of building stabilization or foundation repairs, in accordance with the recommendation of Liberty Mutual's selected "professional engineer", within 90 days after we confirm coverage for the "sinkhole loss" and notify you of such confirmation. This time period is tolled if either party invokes the "neutral evaluation" process, and begins again 10 days after the conclusion of the "neutral evaluation" process.

   (c) After you enter into such contract for the performance of building stabilization and foundation repairs, we will settle the loss as described in this Condition and pay the amounts necessary to begin and perform such repairs as work is performed and as expenses are incurred.

   (d) The stabilization and all other repairs to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence,  and contents must be completed within 12 months after entering into the contract for repairs described above unless:

FMHO 3286 10 11

(i) There is mutual agreement between us and you;

(ii) The claim is involved with the "neutral evaluation" process;

(iii) The claim is in litigation; or

(iv) The claim is under "neutral evaluation" or mediation.

**(e)** If the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, suffers a "sinkhole loss," you must repair such damage or loss in accordance with Liberty Mutual's "professional engineer's" recommended repairs. However, if the repairs have begun and the "professional engineer" selected or approved by Liberty Mutual determines that the recommended repairs cannot be completed within the policy limits, we will either:

   **(i)** Pay to complete the repairs recommended by Liberty Mutual's "professional engineer"; or

   **(ii)** Tender the Coverage A policy limits to the policyholder without a reduction for the repair expenses incurred.

**(f)** You may not accept a rebate from any person performing the required repairs. If you receive a rebate, coverage is void and you must refund the amount of the rebate to us.

**(g)** As a pre-condition to accepting payment for a "sinkhole loss," you must file a copy of any sinkhole report regarding the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, which was prepared on your behalf or request, with the county clerk of court. You shall bear the cost of filing and recording the report.

**(h)** If we determine there is no "sinkhole loss" without performing testing, you may demand testing in writing within 60 days after your receipt of our claim denial. You will be required to pay the lesser of 50% of the actual costs of the analyses and services provided under Florida statutes 627.7072 and 627.7073 or $2,500. We will reimburse you for the entire cost of these tests if we obtain written certification that there is a "sinkhole loss."

**(i)** If we obtain, pursuant to Florida statutes 627.7073, written certification that there is no "sinkhole loss" or that the cause of the damage was not "sinkhole activity", and if you submitted the sinkhole claim without good faith grounds for submitting such claim, you shall reimburse us for 50 percent of the actual costs of the analyses and services provided under Florida statutes 627.7072 and 627.7073; however, you are not required to reimburse us more than $2,500 with respect to any claim. You are required to pay reimbursement under this subsection only if you requested the analysis and services provided under Florida statutes 627.7072 and 627.7073 and we, before ordering the analysis under Florida statute 627.7072, inform you in writing of your potential liability for reimbursement and give you the opportunity to withdraw the claim.

**6. Appraisal** is deleted and replaced by the following:

**FMHO 3286 10 11**

**6. Neutral Evaluation.**  For sinkhole claims "neutral evaluation" takes the place of any previous Mediation conditions in Section I - Conditions 6a. "Neutral evaluation" is available to either party if a sinkhole report has been issued pursuant to Florida statute 627.7073.

Following the receipt of the sinkhole report or the denial of a claim for a "sinkhole loss," we shall notify you of your right to participate in the "neutral evaluation" program.  We shall provide to you the consumer information pamphlet prepared by the department as defined in Florida statutes.

a. "Neutral evaluation" is nonbinding, but mandatory if requested by either party. A request for "neutral evaluation" may be filed with the department by you or us on a form approved by the department. The request for "neutral evaluation" must state the reason for the request and must include an explanation of all the issues in dispute at the time of the request.  Filing a request for "neutral evaluation" tolls the applicable time requirements for filing suit for 60 days following the conclusion of the "neutral evaluation" process or 5 years, whichever is later.

b. At a minimum, "neutral evaluation" must determine:

   **(1)** Causation;

   **(2)** All methods of stabilization and repair both above and below ground;

   **(3)** The costs for stabilization and all repairs; and

   **(4)** The information necessary to carry out **6f**.

c. "Neutral evaluation" shall be conducted as an informal process in which formal rules of evidence and procedure need not be observed. A party to "neutral evaluation" is not required to attend "neutral evaluation" if a representative of the party attends and has the authority to make a binding decision on behalf of the party. All parties shall participate in the evaluation in good faith. The "neutral evaluator" must be allowed reasonable access to the interior and exterior of insured structures to be evaluated or for which a claim has been made. Any reports initiated by the policyholder, or an agent of the policyholder, confirming a "sinkhole loss" or disputing another sinkhole report regarding insured structures must be provided to the "neutral evaluator" before the evaluator's physical inspection of the insured property.

d. We shall pay reasonable costs associated with the "neutral evaluation". However, if a party chooses to hire a court reporter or stenographer to contemporaneously record and document the "neutral evaluation", that party must bear such costs.

e. Upon receipt of a request for "neutral evaluation", the department shall provide the parties a list of certified "neutral evaluators". The department shall allow the parties to submit requests to disqualify evaluators on the list for cause.

   **(1)** The department shall disqualify "neutral evaluators" for cause based only on any of the following grounds:

   **(a)** A familial relationship exists between the "neutral evaluator" and either party or a representative of either party within the third degree.

**FMHO 3286 10 11**

**(b)** The proposed "neutral evaluator" has, in a professional capacity, previously represented either party or a representative of either party, in the same or a substantially related matter.

**(c)** The proposed "neutral evaluator" has, in a professional capacity, represented another person in the same or a substantially related matter and that person's interests are materially adverse to the interests of the parties. The term substantially related matter means participation by the "neutral evaluator" on the same claim, property, or adjacent property.

**(d)** The proposed "neutral evaluator" has, within the preceding 5 years, worked as an employer or employee of any party to the case.

**(2)** The parties shall appoint a "neutral evaluator" from the department list and promptly inform the department. If the parties cannot agree to a "neutral evaluator" within 14 business days, the department shall appoint a "neutral evaluator" from the list of certified "neutral evaluators." The department shall allow each party to disqualify two "neutral evaluators" without cause. Upon selection or appointment, the department shall promptly refer the request to the "neutral evaluator."

**(3)** Within 14 business days after the referral, the "neutral evaluator" shall notify you and us of the date, time, and place of the "neutral evaluation" conference. The conference may be held by telephone, if feasible and desirable. The "neutral evaluator" shall make reasonable efforts to hold the conference within 90 days after the receipt of the request by the department. Failure of the "neutral evaluator" to hold the conference within 90 days does not invalidate either party's right to "neutral evaluation" or to a "neutral evaluation" conference held outside this timeframe.

**f.** At the conclusion of the "neutral evaluation", the "neutral evaluator" shall prepare a report describing all matters that are the subject of the "neutral evaluation", including whether, in his or her opinion, the "sinkhole loss" has been verified or eliminated within a reasonable degree of professional probability and, if verified, whether the "sinkhole activity" caused "structural damage" to the covered building, and if so, the need for and estimated costs of stabilizing the land and any covered buildings and other appropriate remediation or necessary building structural repairs due to the "sinkhole loss." The evaluator's report shall be sent to all parties and to the department, within 14 days after completing the "neutral evaluation" conference.

**g.** The recommendation of the "neutral evaluator" is not binding on any party, and the parties retain access to the court. The "neutral evaluator's" written recommendation, oral testimony, and full report shall be admitted in any action, litigation, or proceeding relating to the claim or to the cause of action giving rise to the claim.

**h.** If the "neutral evaluator" verifies the existence of a sinkhole that caused "structural damage" and recommends the need for and estimates costs of stabilizing the land and any covered buildings and other appropriate remediation or building repairs, which exceed the amount that we offered to pay you, we are liable to you for up to $2,500 in attorney's fees for the attorney's participation in the "neutral evaluation" process. For purposes of this subsection, the term "offer to pay" means a written offer signed by us or our legal representative and delivered to you within 10 days after we receive notice that a request for "neutral evaluation" has been made.

   **i.**   If we timely agree in writing to comply and timely comply with the recommendation of the "neutral evaluator", but you decline to resolve the matter in accordance with the recommendation of the "neutral evaluator" pursuant to this section:

      **(1)**  We are not liable for extracontractual damages related to a claim for a "sinkhole loss" but only as related to the issues determined by the "neutral evaluation" process. This section does not affect or impair claims for extracontractual damages unrelated to the issues determined by the "neutral evaluation" process contained in this section; and

      **(2)**  Our actions are not a confession of judgment or admission of liability, and we are not liable for attorney's fees under Florida statute 627.428 or other provisions of the insurance code unless the policyholder obtains a judgment that is more favorable than the recommendation of the "neutral evaluator."

   **j.**  If we agree to comply with the "neutral evaluator's" report, payments shall be made in accordance with the terms and conditions of the applicable insurance policy pursuant to Florida statute 627.707(5).

**8. Suit Against Us.** The following language is added with respect to sinkhole coverage:

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with. Filing a request for "neutral evaluation" tolls the applicable time requirements for filing suit for a period of 60 days following the conclusion of the "neutral evaluation" process or 5 years, whichever is later.

## SECTION I AND 2 - CONDITIONS

### 6. Nonrenewal

With respect to a loss to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, caused by a "sinkhole loss", Item **6.c.** is added:

   **6.c.**  We will not nonrenew any policy on the basis of filing of claims for sinkhole loss if the total of such payments does not equal or exceed the policy limits of coverage for the policy in effect on the date of loss, for property damage to the "covered dwelling" on the "residence premises" under **Coverage A**, as defined under the Definitions of the homeowners policy, that you reside in as your residence, or if the policyholder repaired the structure in accordance with Liberty Mutual's engineer's recommendations upon which any payment or policy proceeds were based. If we pay such limits, we may nonrenew the policy.

All other provisions of your policy apply.

                                                **FMHO 3286 10 11**



**THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY**

## HOMEOWNER AMENDATORY ENDORSEMENT

**DEFINITIONS**

The following is added:

"Actual cash value"

a.  When damage to property is economically repairable, "actual cash value" means the cost that would be necessary to repair the damage based on the age and conditions of the materials making up the damaged property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

b.  When damage to property is not economically repairable or loss prevents repair, "actual cash value" means the market value of property in a used condition equal to that of the lost or damaged property, if reasonably available on the used market.

c.  Otherwise, "actual cash value" means the market value of new, identical, or nearly identical property, less reasonable deduction for wear and tear, deterioration, and obsolescence.

The reasonable deduction in items (a) and (c), above, will apply to materials, labor, and overhead and profit.

Where the term actual cash value is stated in the policy and any endorsements attached to the policy, this Definition of "actual cash value" applies.

All other provisions of this policy apply.



# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT, BACTERIA, OR VIRUS ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DEFINITIONS**

The following definition is added to the DEFINITIONS section:

9. **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** means any type or form of fungus, rot, virus or bacteria.  This includes mold, mildew and any mycotoxins (meaning a toxin produced by a fungus), other microbes, spores, scents or byproducts produced or released by mold, mildew, fungus, rot, bacteria, or viruses.

**SECTION I – PROPERTY COVERAGES**

**Additional Coverages**

The following Additional Coverage is added:

12. Remediation of "Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus" Resulting Directly From Any Covered Loss

We will pay, up to the Basic Policy Limits or Option shown in the Declarations, for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss.

**"Remediation"** means the reasonable and necessary treatment, containment, decontamination, removal or disposal of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by any covered peril insured against, and also consists of the following:

1. The reasonable costs or expense to remove, repair, restore, and replace that property including the costs to tear out and replace any part of the building as needed to gain access to the **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

2. the reasonable costs or expense for the testing or investigation necessary to detect, evaluate or measure **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"**; and

3. any loss of fair rental value, or reasonable increase in additional living expenses, that is necessary to maintain your normal standard of living, if **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss makes your residence premises uninhabitable.

We will pay no more than the Basic Policy Limits or Option shown in the Declarations for the **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** resulting directly from any covered loss during the policy period, regardless of the number of locations under the policy to which this endorsement is attached, the number of persons whose property is damaged, the number of "insureds," or the number of losses or claims made.

If there is a covered loss or damage to covered property, not caused, in whole or in part, by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** loss payment will not be limited by the terms of this Additional Coverage, except to the extent that **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** causes an increase in the loss.  Any such increase in the loss will be subject to the terms of this Additional Coverage.



This limitation does not apply to **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** ensuing from a covered fire or lightning loss.

This Additional Coverage does not increase the limits of liability under Section I of the policy as shown in the Declarations.

## SECTION I – EXCLUSIONS

Exclusion **1.i.** is added:

    i.   Except as provided by **Additional Coverage 12.**, loss consisting of or caused by **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** is excluded, even if resulting from a peril insured against under Section I.  We do not cover **"Remediation"** of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus,"** even if resulting from a peril insured against under Section I, except as provided by **Additional Coverage 12.**

This exclusion does not apply to **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** ensuing from a covered fire or lightning loss.

## SECTION II (LIABILITY COVERAGES) – CONDITIONS

Condition **1. Limit of Liability** is deleted and replaced by the following:

    1.   **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage Limit shown in the Declarations. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

However, our total liability under Coverage E for the total of all damages arising directly or indirectly, in whole or in part, out of the alleged or threatened inhalation of, ingestion of contact with exposure to, existence of, or presence of any **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** will not be more than the Coverage E Aggregate Sublimit of Liability for **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** shown in the Declarations.  This is the most we will pay regardless of the:

    a.   Number of locations insured under the policy to which this endorsement is attached;

    b.   Number of persons injured;

    c.   Number of persons whose property is damaged;

    d.   Number of "insureds"; or

    e.   Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage **E** limit of liability shown in the Declarations. This sublimit applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of **"Mold, Fungus, Wet Rot, Dry Rot, Bacteria, or Virus"** described in **1. Limit of Liability** of this endorsement, Condition **2. Severability of Insurance** is deleted and replaced by the following:

    2.   **Severability of Insurance.**  This insurance applies separately to each "insured" except with respect to the Coverage E Aggregate Sublimit of Liability described in this endorsement under Section II Conditions **1. Limit of Liability.**  This condition will not increase the limit of liability for this coverage.

**This endorsement takes precedence over all other endorsements attached to your policy.**



**_BASIC COVERAGE LIMITS AND OPTIONAL INCREASED LIMITS_**

| | | | |
|---|---|---|---|
| **Basic Policy Limit:** | SECTION I | Each Covered Loss | $10,000 |
| | | Policy Aggregate | $20,000 |
| | SECTION II | Aggregate Sublimit | $50,000 |
| **Option A – for a premium charge:** | SECTION I | Each Covered Loss | $25,000 |
| | | Policy Aggregate | $50,000 |
| | SECTION II | Aggregate Sublimit | $50,000 |
| **Option B – for a premium charge:** | SECTION I | Each Covered Loss | $50,000 |
| | | Policy Aggregate | $50,000 |
| | SECTION II | Aggregate Sublimit | $50,000 |



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**
# CALENDAR YEAR HURRICANE DEDUCTIBLE (PERCENTAGE) - FLORIDA
## ALL FORMS EXCEPT HO 00 04
# SCHEDULE*

**Calendar Year Hurricane Deductible Amount _____ % of the Coverage A - Dwelling Limit of Liability**

*Entries may be left blank if shown elsewhere in this policy for this coverage.

**A. Loss by Windstorm During a Hurricane**

With respect to paragraphs **C.** and **D.**, coverage for windstorm loss caused by a hurricane which occurs anywhere in the state of Florida, includes loss to:

1. The inside of a building; or

2. The property contained in a building caused by:

   a. Rain;

   b. Snow;

   c. Sleet;

   d. Hail;

   e. Sand; or

   f. Dust;

if the direct force of the windstorm damages the building, causing an opening through which rain, snow, sleet, hail, sand or dust enters and causes damage.

**B. Hurricane Described**

1. A hurricane means a storm system that has been declared to be a hurricane by the National Hurricane Center of the National Weather Service.

2. A hurricane occurrence:

   a. Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service; and

   b. Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

**C. Calendar Year Hurricane Deductible Described**

A hurricane deductible issued by us or an insurer in the same insurer group:

1. Can be exhausted only once during each calendar year; and

2. Applies to loss on Covered Property caused by one or more hurricanes during each calendar year.

The dollar amount of the calendar year hurricane deductible is determined by multiplying the Coverage **A** limit of liability shown in the Declarations by the percentage amount shown in the Schedule above.

**D. Application of Calendar Year Hurricane Deductible**

1. In the event of the first windstorm loss caused by a single hurricane occurrence during a calendar year, we will pay only that part of the total of all loss payable under Section I - Property Coverages that exceeds the calendar year hurricane deductible stated in the Schedule.

2. With respect to a windstorm loss caused by the second, and each subsequent hurricane occurrence during the same calendar year, we will pay only that part of the total of all loss or damage payable under Section I - Property Coverages that exceeds the greater of:

   a. The remaining dollar amount of the calendar year hurricane deductible; or

   b. The deductible that applies to fire that is in effect at the time of the loss.

   The remaining dollar amount of the calendar year hurricane deductible is determined by subtracting all previous windstorm losses caused by hurricanes during the calendar year from the calendar year hurricane deductible.

3. If:

   a. Covered property is insured under more than one policy issued by us or another insurer in the same insurer group; and

   b. Different hurricane deductibles apply to the same property under such policies;

   Then the hurricane deductible applicable under all such policies used to determine the total of all loss payable under Section I - Property Coverages shall be the highest amount stated in any one of the policies.

4. When a renewal policy is issued by us or an insurer in the same insurer group, or we issue a policy that replaces one issued by us or an insurer in the same insurer group, and the renewal or replacement policy takes effect on a date other than January 1st of a calendar year, the following provisions apply:

   a. If the renewal or replacement policy provides a lower hurricane deductible than the prior policy, and you incurred loss from a hurricane under the prior policy in that same calendar year, the lower hurricane deductible will not take effect until January 1st of the following calendar year.

   b. If the renewal or replacement policy provides a lower hurricane deductible than the prior policy, and you have not incurred a hurricane loss in the same calendar year, the lower hurricane deductible will take effect on the effective date of the renewal or replacement policy.

   c. If the renewal or replacement policy provides a higher hurricane deductible than the prior policy, the higher hurricane deductible:

      (1) Will take effect on the effective date of the renewal or replacement policy; and

      (2) Shall be used to calculate the remaining dollar amount of the hurricane deductible described in Paragraph **2.**

5. You must:

   a. Maintain receipts or other records of hurricane losses below the deductible amount;

   So that we may apply the amount of losses below the deductible amount to subsequent claims for windstorm loss caused by hurricanes that occur during the calendar year.

**E. Loss By Windstorm That is Not A Declared Hurricane**

Refer to the policy declarations for the deductible that applies to windstorm loss if the circumstances of the loss described above do not apply.

All other provisions of this policy apply.



# LEAD POISONING EXCLUSION ENDORSEMENT

The following provisions are added to and made part of your Homeowners Policy:

Section I - Property Coverages do not apply to any costs or expenses incurred or loss arising out of:

1. the removal, testing for, monitoring, clean-up, abatement, treatment, or neutralization of lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead, or;

2. any governmental direction or other request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

Coverage E - Personal Liability and Coverage F - Medical Payments to Others do not apply to bodily injury or property damage:

1. arising out of lead paint, plaster or putty containing lead; soil or earth containing lead or any other material or substance containing lead, or;

2. any costs or expenses incurred or loss arising out of any claim, governmental direction, or request that you test for, monitor, clean-up, remove, abate, contain, treat or neutralize lead; paint, putty or plaster containing lead; soil or earth containing lead; or any other substance or material containing lead.

This exclusion applies to any obligation to share damages, costs or expenses with someone else or to repay someone else who must pay damages, costs or expenses.

FMHO 976 (Ed. 5-92)                **LIBERTY MUTUAL GROUP**                PF

**SEEPAGE EXCLUSION ENDORSEMENT**

**This endorsement changes your policy.  Please read it carefully.**

**SECTION I - PERILS INSURED AGAINST**

**Coverage A - Dwelling and Coverage B - Other Structures**

Paragraph **2.e. (9)** is added:

  **(9) Seepage**, meaning a gradual, continuous or repeated seepage or leakage, of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

**This endorsement takes precedence over all other endorsements attached to your policy.**



**Notice of Membership in Liberty Mutual Holding Company Inc.**

While this policy is in effect, the named insured first named in the Declarations is a member of Liberty Mutual Holding Company Inc. and is entitled to vote either in person or by proxy at any and all meetings of the members of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is in Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

The named insured first named in the Declarations shall participate in the distribution of any dividends declared by us for this Policy.  The amount of such Named Insured's participation is determined by the decision of our Board of Directors in compliance with any laws that apply.

Any provisions in the policy relating to:

1.  Membership in Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company; or

2.  Entitlement to dividends as a member of Liberty Mutual Insurance Company or Liberty Mutual Fire Insurance Company

are deleted and replaced by the preceding paragraphs.

2340e




Liberty Mutual Fire Insurance Company
P.O. Box 5014
Scranton, PA 18505-5014

📞 CONTACT US

John.Tucker@LibertyMutual.com

Direct:    (407) 607-7286
Fax:        888-268-8840

**Liberty Mutual Fire Insurance Company**
P.O. Box 5014
Scranton, PA 18505-5014
800-225-2467

ROBERT ANDERSEN
14882 OLD THICKET TRCE
WINTER GARDEN, FL 34787-6293

LibertyMutual.com

January 30, 2025

Claim Number:           058397854-01
Date of Incident:        10/09/2024
Insured:                    ROBERT ANDERSEN, JAMIE ANDERSEN
Policy Number:          H32-251-911627-40
Loss Location:           14882 OLD THICKET TRCE, WINTER GARDEN, FL 34787-6293
Underwriting Company: Liberty Mutual Fire Insurance Company

Dear ROBERT ANDERSEN,

We're writing to inform you that we completed our review of your claim based on information provided by you or on your behalf. The following is a summary of our findings and position on coverage for this claim.

The insurance policy provides coverage subject to policy terms and conditions. Based on our review of the policy, there is partial coverage available for your loss as outlined below.

**Our Coverage Position**

 Investigation of your claim revealed the following information:  The roof tiles were not damaged by wind or wind-borne debris associated with Hurricane Milton. The causes of damage to the roof tiles were slippage due to gravity, age-related deterioration, construction deficiency, and/or foot traffic.  The cause of the kitchen ceiling stains was moisture intrusion due to a non-storm-related breach (age-related deterioration and/or construction deficiency) in the roofing underlayment above and/or upslope of the stains. No coverage is afforded for the repair or replacement of the roof system. Coverage is afforded for the repair of ensuing water damage to the Kitchen / Living Area ceiling.

---

1PDEN First Party Partial Coverage Denial 058397854-01                                         Page 1 of 3



After repairs are complete, if you've made any improvements to your home, or replaced the roofing shingles on your home, you'll need to update your policy accordingly. For assistance, please contact your Sales Representative or call **800-225-7014**.

**Payment to you:**

| | |
|---|---|
| Dwelling | $ 2,687.03 |
| Deductible | ($ 9,981.77) |
| Less Deductible | ($7,294.74) |

We list below the grounds under which all aspects of the claim are not covered under the policy, so you may be aware of the factors for the partial denial of coverage.  It is our intent to incorporate by reference all of the terms of the policy through this partial denial of coverage letter. Based on the information available to date, the grounds for the partial denial of coverage under the policy, or under applicable law, with respect to the claim, include, but are not limited to, the following:

**SECTION I - PERILS INSURED AGAINST COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES**

**We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property.**

We do not insure, however, for loss:
…
2. Caused by:
…
e. Any of the following:
(1) Wear and tear, marring, deterioration;
(2) Inherent vice, latent defect, mechanical breakdown;
(3) Smog, rust or other corrosion, mold, wet or dry rot;
…
(9) Seepage, meaning a gradual, continuous or repeated seepage or leakage, of water, steam or fuel over a period of 14 days or more, resulting in damage to the structure, whether hidden or not.

**SECTION I – EXCLUSIONS:**
…
2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.
…
c. Faulty, inadequate or defective:
…
(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**We're Here To Help**

We understand this is disappointing news and we want to make sure you fully understand our decision. If you have any questions or concerns, please feel free to call or email me anytime.



Sincerely,

JOHN TUCKER
Claims Department
W818711

If you don't agree with our position, you have the right of appeal under the law. A committee of company employees will review the appeal. The review will be completed within 10 business days of receipt of your letter, and written notice will be sent within three business days of the decision.

This Internal Appeals Process does not waive or alter any of the terms or conditions of our policy, nor does it extend any statutes of limitation or suit limitation provisions. Please direct your appeal to:
NJ Claims Internal Appeals Committee
Liberty Mutual Insurance
175 Berkeley Street Boston, MA, 02116
Email: presidentialsvcteam@libertymutual.com

Pursuant to New York Regulation 65-3.5(o) With respect to claims for medical services, to any treatment or service rendered on or after April 1, 2013 and with respect to claims for lost earnings and reasonable and necessary expenses, to any accident occurring on or after April 1, 2013: An insurer may deny the claim if the applicant does not provide within 120 calendar days from the date of the initial request either all such verification under the applicant's control or possession or written proof providing reasonable justification for the failure to comply.

Under your policy's conditions, any action against us for denial of a claim, in whole or in part, must be commenced at any time up to, but not to exceed, one year from the date of the denial of the claim.



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| | |
|---|---|
| **CLAIM NO.:**        058397854 | **INSURED:**    ROBERT ANDERSEN |

| | |
|---|---|
| Date of Loss: 10/09/2024 | Address:    14882 OLD THICKET TRCE |
| Deductible: $9,981.77 | WINTER GARDEN FL  34787-6293 |
| Type of Claim: Hurricane/Tropical Storm | Home phone: |
| Pricing Database: CoreLogic Data Driven USDC - December 2024 (Florida) (Orlando) | Business phone: |
| | Mobile phone:   (321) 693-1537 |
| | Email: |

| ADJUSTER CONTACT | |
|---|---|
| Claim Rep: John Tucker | Contact Name:   ROBERT ANDERSEN |
|      Phone: (407) 607-7286 | Contact Phone:   (321) 693-1537 |
|      Email: JOHN.TUCKER@LIBERTYMUTUAL.COM | Contact Email: |
|      W818711 | |
| | Loss address:   14882 OLD THICKET TRCE |
| Estimator: John Tucker | WINTER GARDEN FL  34787-6293 |
|      Phone: (407) 607-7286 | |
|      Email: JOHN.TUCKER@LIBERTYMUTUAL.COM | |
|      W818711 | |

| DATES | POLICY INFORMATION |
|---|---|
| Assigned: 12/11/2024 | Policy No.:   H3225191162740 |
| Contacted: 12/11/2024 | Policy Type:   Homeowner's |
| Inspected: 01/07/2025 | Effective from:   05/15/2024   to:   05/15/2025 |
| Estimated: | Underwriting Co:   Liberty Mutual Fire Insurance Company |
| Estimated: | |

ALL SUPPLEMENTS REQUIRE PRIOR APPROVAL BY LIBERTY MUTUAL / SAFECO INSURANCE COMPANY

Fastest Way, Submit Supplement Request at:
https://property-supplements.libertymutual.com/



# Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

In the following pages, you will find the estimated cost of covered repairs to your property.

***This estimate is based on the replacement cost of the damaged property, less your policy deductible and any applicable depreciation.*** The estimated cost of covered repairs to your property is calculated using current local prices that are usual and customary. Subject to the terms of your policy, the depreciation may be recoverable to you.

Your current mortgage company or loss payees may be listed as a payee on payment(s) for the covered repairs to your property. If so, you will need to contact your mortgage company or that involved party to determine their procedures for processing claims payments.

If you or your contractor has any questions or concerns about the estimate, for fastest approval please submit them via our supplement portal at:

It is important to inform us with questions prior to beginning repairs, as any changes in scope of damages or pricing must be pre-approved by Liberty Mutual Insurance.

If you have personal property damages that were included on this estimate, prices are calculated utilizing like kind and quality goods, less any applicable depreciation, policy limits, or other adjustments as outlined in the estimate. For your convenience, we can refer you to vendors who may be able to directly replace some of your lost and/or damaged items.

If you have any questions about this estimate, please do not hesitate to contact us at the numbers provided above.

Thank you for insuring with Liberty Mutual Insurance.  We appreciate your business.

**THIS ESTIMATE REPRESENTS OUR CURRENT EVALUATION OF THE COVERED DAMAGES TO YOUR INSURED PROPERTY AND MAY BE REVISED AS WE CONTINUE TO EVALUATE YOUR CLAIM. IF YOU HAVE QUESTIONS, CONCERNS, OR ADDITIONAL INFORMATION REGARDING YOUR CLAIM, WE ENCOURAGE YOU TO CONTACT US.**

*Please refer to your insurance policy for actual policy language and definitions.*

# Understanding your building estimate
## Property Claims

 

We want to make understanding your property claim as easy as possible. This sample estimate will help explain how we calculate your total payment.

## 1   Understanding line item details

Let's take a look at damages to the building. However, based on your specific loss, your property claim estimate could also include other structures like a detached garage or inground pool.

### Sample estimate

| Description | Quantity | Unit Price Per | Total O&P | Total Taxes | RC | Depreciation | | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. Switch Only | 4 | $78.36 EA | $94.76 | $0.41 | $98.61 | $42.55 | ✓ | $46.08 |
| 2. Outlet/Receptacle Telephone | - | $21.97 EA | $1.38 | $0.96 | $80.75 | $38.52 | ✓ | $41.73 |
| 3. Outlet/Receptacle Duplex | 9 | $18.00 EA | $96.86 | $0.87 | $218.13 | $104.71 | ✓ | $112.42 |
| 4. Ceiling/Paddle Fan Good | - | $375.76 EA | $76.58 | $7.65 | $459.39 | $22.96 | ✓ | $436.43 |
| 5. Carpet, Wall to Wall Good | $34.01 | $3.17 SF | $93.34 | $20.57 | $560.04 | $6.08.01 | ✓ | $392.03 |
| 6. Carpet Pad, Good | 416.80 | $0.65 LF | $112.98 | $27.29 | $677.87 | $203.37 | ✓ | $474.50 |
| 7. Drywall, Wall 1/2", Taped | 678.40 | $1.78 SF | $614.50 | $52.93 | $3,687.06 | $294.96 | ✓ | $3,392.10 |
| 8. Prime & Paint - Drywall/Plaster Wall | 616.66 | $1.00 SF | $342.54 | $16.29 | $2,055.25 | $548.06 | ✓ | $1,507.19 |
| 9. Base Molding, Paint Grade | 84.80 | $2.58 LF | $56.72 | $7.07 | $340.29 | $22.68 | ✓ | $317.61 |
| 10. Prime & Paint - Base Molding | 84.80 | $1.54 LF | $33.16 | $0.77 | $198.97 | $53.06 | ✓ | $145.91 |
| Living Room - Subtotal (10 items) | | | $1,394.32 | $134.76 | $8,365.86 | $1,498.86 | | $6,867.00 |

### General PWI (paid when incurred)

| Description | Quantity | Unit Price Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|
| 11. Dumpster 20 Yard | 1 | $769.23 EA | $153.84 | $46.15 | $969.22 | ($0.00) | $969.22 |
| *The payment for this item has not been incurred.* | | | | | | | |
| 12. Permits & Fees **Open Item** | 1 | $0.00 LS | $0.00 | $0.00 | $0.00 | ($0.00) | $0.00 |
| *To be paid upon submission of receipts for actual cost of permits.* | | | | | | | |

## Term key:

**Quantity**
Amount of material or time needed.

**Unit Price**
Cost of material, labor, or equipment for each unit.

**(Total O&P) Overhead and Profit**
Overhead and profit is included in a repair estimate when the complexity of repair or replacement requires a general contractor.

**(RC) Replacement Cost value**
What you would pay to replace the item at today's cost: Quantity x Unit Price + Tax + Overhead and Profit.

**Depreciation**
Reduction in value of property over time due to age, use, and condition of item. Depending on your policy, some depreciation may be recoverable (or reimbursable). Recoverable depreciation is represented with a blue check mark to the right of the depreciation amount.

**(ACV) Actual Cash Value**
What you would pay for the item at today's cost minus depreciation: Replacement Cost Value - Depreciation.

**Non-Recoverable Depreciation**
Reduction in value of property over time due to age, use, and condition of the item. Depending on your policy, some depreciation may not be recoverable (or reimbursable). Non-Recoverable depreciation is represented with no blue check mark next to the depreciation amount.

**(PWI) Paid When Incurred**
Items (e.g., dumpster load) that may not be necessary in the repair of your property. These items will be reimbursed to you after the expense is incurred and the paid invoice/receipt is submitted.

### Commonly used measurements

| | | | |
|---|---|---|---|
| **EA** | Each | **SQ** | Square |
| **LF** | Linear foot | **HR** | Hour |
| **SF** | Square foot | **DA** | Day |
| **SY** | Square yard | **WK** | Week |
| **CF** | Cubic foot | **MO** | Month |
| **CY** | Cubic yard | **RM** | Room |

## 2  Your summary

| | |
|---|---|
| Replacement cost value | $8,365.86 |
| Less recoverable depreciation | ($1,406.86) |
| Net ACV on coverage building | $6,867.00 |
| Deductible ($1,000.00) | ($1,000.00) |
| Net Estimate | $5,867.00 |
| Total net recoverable depreciation | $1,498.86 |
| **Net estimated depreciation is recovered:** | **$7,365.86** |

### Dwelling PWI (paid when incurred)

| | |
|---|---|
| Replacement cost value | $6,468.21 |
| Less recoverable depreciation | $463.24) |
| Less debris removal: not incurred | $969.22) |
| Net ACV on coverage building | $5,035.75 |
| Deductible ($1,000.00) | ($1,000.00) |
| Net estimate | $4,035.75 |
| **Net estimate if depreciation is recovered:** | **$4,498.99** |

**Term key:**

**(Total O&P) Overhead and Profit**
Total overhead and profit per coverage type, if applicable.

**(RC) Replacement Cost value**
Total cost of repairing your home and/or replacing damaged items.

**(ACV) Actual Cash Value**
Replacement Cost Value minus Depreciation.

**Deductible**
Amount you pay out of pocket toward repair or replacement costs.

**Net Estimate**
Amount paid to you today. It is calculated by taking Actual Cash Value minus Your Deductible (the portion you pay out of pocket).

**Non-Recoverable Depreciation**
The depreciation that is not reimbursable based on the loss settlement provisions in your policy.

**Total Net Recoverable Depreciation**
The depreciation that is reimbursable based on the loss settlement provisions in your policy.

**Less Debris Removal: not incurred**
The amount that will be reimbursed to you once this expense is incurred.

"Paid When Incurred" items refer to items, which may not be necessary in the repair of your property damaged by a covered loss. If incurred, or completed, reimbursement of reasonable costs will be made up to the maximum amounts identified as eligible for PWI in the estimate.

## 3  Manage your claim by downloading our app

- View status updates 24/7
- Upload photos and documents
- View FAQs and other helpful resources
- Update your contact preferences



**Download our app.**

Scan this code with your mobile camera to get the app.



This document is not intended to be a complete summary of Liberty Mutual's claims handling practices and standards, nor does it address all claims scenarios. The application of any information within this document will depend on specific facts, circumstances, policy language, and applicable law. Any failure to quote or refer to any specific policy provision in the body of this document is otherwise not a waiver of those provisions. Overhead and Profit is included in a repair estimate when the complexity of repair or replacement requires a general contractor. Your Claims Representative will review overhead and profit with you, if applicable. Equal Housing Insurer. Coverage provided and underwritten by Liberty Mutual Insurance Company or its subsidiaries or affiliates, 175 Berkeley Street, Boston, MA 02116. ©2021 Liberty Mutual Insurance.

LMPRHOMP6-202106 V1



# Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| Description | Quantity | Unit Price | Per | Total O&P | Total Taxes | RC | Depreciation | ACV |
|---|---|---|---|---|---|---|---|---|
| **ESTIMATE: Structure** | | | | | | | Claim #058397854, ROBERT ANDERSEN | |

**FLOORPLAN: Floorplan**

**Debris Removal**

| 1 Trucking & Hauling, 1/2 Ton | 1 | $170.40 | LD | $0.00 | $3.59 | $173.99 | $0.00 | $173.99 |
| **Debris Removal - Subtotal** *(1 item)* | | | | **$0.00** | **$3.59** | **$173.99** | **$0.00** | **$173.99** |

**Living / Kitchen**

| **Length:** 24'6" | **Width:** 29'5" | **Height:** 9' Flat | |
|---|---|---|---|
| **Walls:** 970.50 SF | **Walls-subs:** 970.50 SF | **Walls-subs-cas-bsbd:** 939.06 SF | |
| **Doors:** 0.00 SF | **Windows:** 0.00 SF | **Openings:** 0.00 SF | **Missing Walls:** 0.00 SF |
| **Floor:** 563.56 SF | **Ceiling:** 563.56 SF | **Perim (F):** 107.83 LF | **Perim (C):** 107.83 LF |

**CEILING COVERING ITEMS**

| 2 Remove - Drywall, 1/2", Taped, Ceilings | 16.00 | $0.85 | SF | $0.00 | $0.00 | $13.60 | $0.00 | $13.60 |
| 3 Replace - Drywall, 1/2", Taped, Ceilings | 16.80 | $3.57 | SF | $0.00 | $0.76 | $60.73 | $4.06 | $56.67 |
| Includes 5% waste on quantity. | | | | | | | | |

**SURFACE FINISH ITEMS**

| 4 Replace - Texture, Knockdown, Ceilings | 16.00 | $0.85 | SF | $0.00 | $0.03 | $13.63 | $2.73 | $10.90 |
| 5 Prime - Drywall/Plaster Ceiling | 16.00 | $0.76 | SF | $0.00 | $0.14 | $12.30 | $5.12 | $7.18 |
| 6 Paint, 1 Coat - Drywall/Plaster Ceiling | 563.56 | $0.76 | SF | $0.00 | $5.12 | $433.43 | $180.61 | $252.82 |

**MASKING AND PREP ITEMS**

| 7 Floor, Cover & Protect | 563.56 | $0.40 | SF | $0.00 | $2.57 | $227.99 | $0.00 | $227.99 |
| 8 Tape & Drape Wall | 970.50 | $0.18 | SF | $0.00 | $5.68 | $180.38 | $0.00 | $180.38 |

**LIGHTING, FANS, ELECTRICAL, AND HVAC ITEMS**

| 9 Rem/Reset - Light Fixture, Ceiling, Good | 4 | $101.25 | EA | $0.00 | $0.00 | $405.00 | $0.00 | $405.00 |
| 10 Rem/Reset - Light Fixture, Chandelier, Good | 1 | $201.12 | EA | $0.00 | $0.00 | $201.12 | $0.00 | $201.12 |
| 11 Rem/Reset - Trim Kit, Recessed Light | 6 | $15.95 | EA | $0.00 | $0.00 | $95.70 | $0.00 | $95.70 |
| 12 Rem/Reset - Diffuser, 12" | 4 | $47.81 | EA | $0.00 | $0.00 | $191.24 | $0.00 | $191.24 |
| 13 Rem/Reset - Grille, Air Return, 12"x8" | 3 | $34.04 | EA | $0.00 | $0.00 | $102.12 | $0.00 | $102.12 |
| 14 Rem/Reset - Ceiling/Paddle Fan Good | 1 | $118.78 | EA | $0.00 | $0.00 | $118.78 | $0.00 | $118.78 |

**CONTENT MANIPULATION ITEMS**

| 15 Rem/Reset - Content Manipulation, Extra Large Room | 1 | $190.31 | RM | $0.00 | $0.00 | $190.31 | $0.00 | $190.31 |

**FINAL CLEANING**

| 16 Clean - Final Clean, per SF | 563.56 | $0.47 | SF | $0.00 | $1.83 | $266.71 | $0.00 | $266.71 |
| **Living / Kitchen - Subtotal** *(21 items)* | | | | **$0.00** | **$16.13** | **$2,513.04** | **$192.52** | **$2,320.52** |
| **Floorplan - Subtotal** *(22 items)* | | | | **$0.00** | **$19.72** | **$2,687.03** | **$192.52** | **$2,494.51** |



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

**ESTIMATE:** Structure                                        Claim #058397854, ROBERT ANDERSEN

### MATERIALS

| MATERIALS | Quantity | Purchase Qty | Total |
|---|---|---|---|
| Drywall, 1/2", Taped, Ceilings (Replace) | 16.80 SF | n/a | $11.59 |
| Drywall/Plaster Ceiling (Paint, 1 Coat) | 563.56 SF | n/a | $78.90 |
| Drywall/Plaster Ceiling (Prime) | 16.00 SF | n/a | $2.24 |
| Final Clean, per SF (Clean) | 563.56 SF | n/a | $28.18 |
| Floor, Cover & Protect | 563.56 SF | n/a | $39.45 |
| Tape & Drape Wall | 970.50 SF | n/a | $87.35 |
| Texture, Knockdown, Ceilings (Replace) | 16.00 SF | n/a | $0.48 |
| Trucking & Hauling, 1/2 Ton | 1 LD | n/a | $55.21 |
| | | | **$303.40** |

### LABOR

| LABOR | Quantity | Rate | Total |
|---|---|---|---|
| 1 CLEANING LABORER | ~4.56 hrs | $50.66 | $231.06 |
| 1 DRYWALLER | ~0.82 hrs | $90.26 | $73.98 |
| 1 ELECTRICIAN | ~7.79 hrs | $105.47 | $820.60 |
| 1 HVAC TECHNICIAN | ~2.94 hrs | $99.78 | $293.36 |
| 1 LABORER | ~5.74 hrs | $50.84 | $291.99 |
| 1 PAINTER | ~5.71 hrs | $78.05 | $446.68 |
| 1 PROPERTY PRESERVATION SPECIALIST | ~1.80 hrs | $103.32 | $185.97 |
| | **~29.36 hrs** | | **$2,343.64** |

### EQUIPMENT

| EQUIPMENT | Quantity | Total |
|---|---|---|
| Final Clean, per SF (Clean) | 563.56 SF | $5.64 |
| Texture, Knockdown, Ceilings (Replace) | 16.00 SF | $1.12 |
| Trucking & Hauling, 1/2 Ton | 1 LD | $13.51 |
| | | **$20.27** |



### Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

| **ESTIMATE:** Structure | Claim #058397854, ROBERT ANDERSEN |
|---|---|

| | |
|---|---|
| Total Materials: | $303.40 |
| Total Labor: | $2,343.64 |
| Total Equipment: | $20.27 |
| **Subtotal:** | **$2,667.31** |
| | |
| State 6.000% (applies to materials only): | $18.20 |
| County 0.500% (applies to materials only): | $1.52 |
| **Replacement Cost Value:** | **$2,687.03** |
| | |
| Replacement Cost on Coverage Building ($497,100.00 limit): | $2,687.03 |
| Less Recoverable Depreciation: | |
| **Net Actual Cash Value on Coverage Building:** | **$2,494.51** |
| Recoverable Depreciation: | $192.52 |
| Net Coverage Building if Depreciation Is Recovered: | $2,687.03 |
| | |
| Deductible ($9,981.77): | |
| **Net Estimate:** | **$0.00** |
| | |
| **Net Estimate if Depreciation Is Recovered:** | **$0.00** |

Finalization

ADMINISTRATIVE ORDER
NO. 2021-04-03

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE AND OSCEOLA
COUNTIES, FLORIDA

## AMENDED ORDER GOVERNING CIVIL CASE MANAGEMENT AND RESOLUTION

The procedures established herein will improve the court's ability as required by Florida Rule of General Practice & Judicial Administration 2.545, to provide effective early and continuous control of case processing to ensure fair and prompt resolution of disputes consistent with the nature and complexity of the case and to respond to the growing number of commercial, business and other economic based civil filings having a direct impact on the circuit.

These uniform procedures also provide for effective early judicial intervention and management of complex cases consistent with Florida Rule of Civil Procedure 1.201 for managing complex litigation and will reduce public costs of civil litigation through early identification and expedited handling of relatively simple two-party cases to ensure prompt resolution of expedited matters.

By the power vested in the chief judge under Article V, section 2(d) of the Florida Constitution, section 43.26, Florida Statutes, and Rule 2.215 of the Florida Rules of General Practice and Judicial Administration, effective **immediately**, unless otherwise provided herein, to continue until further order and superseding any provisions in prior Administrative Orders that may be inconsistent, it is **ORDERED**:

1. There is established in the Ninth Judicial Circuit a program for active, differentiated case management of all civil cases, applicable to all currently filed civil cases and all newly filed civil cases.

2. This Order does not apply to: (a) those cases assigned to Business Court pursuant to Administrative Order(s) 2019-08-02 and 2004-03-04, as may be amended; (b) any civil case designated as complex under Florida Rule of Civil Procedure 1.201; and (c) any civil case filed on or before December 31, 2024, in which a case management order has been entered or the Court has entered an order setting the case for pre-trial and/or trial, in which event the dates and deadlines set forth therein shall govern the progress of the case.

3. As required in Florida Rule of Civil Procedure 1.200, each civil case will be assigned to a track:

   a. **Complex civil cases** are actions that have been or may be designated by court order as complex under Florida Rule of Civil Procedure 1.201. Upon such designation, the action shall proceed as provided in the rule.

   b. **Streamlined** civil cases are actions that reflect some mutual knowledge about the underlying facts, have limited needs for discovery, well-established legal issues related to liability and damages, few anticipated dispositive pretrial motions, minimal documentary evidence, and an anticipated trial length of no more than 3 days. Uncontested cases should generally be presumed to be

streamlined cases.

Based on the factors outlined above, the following case types are designated as streamlined:

> **Circuit court:** Ch. 718, Condominium Association Lawsuit, any Constitutional Challenge, Distress, Replevin, any Foreclosure, and any Other Real Property Actions.

> **County court:** Other Civil – Non-Monetary, any Replevin, any Foreclosure, Personal Injury Protection (and other first party insurance claims), and Small Claims (if the rules of civil procedure have been invoked).

    c. **<u>General civil cases</u>** are all civil cases other than complex cases and streamlined cases.

4. **FOR CIRCUIT CIVIL CASES FILED ON OR AFTER JANUARY 1, 2025**:

In consultation with the presiding judges the Court has developed, for entry in each circuit civil case filed on or after January 1, 2025, a Uniform Trial and Case Management Order (UTCMO) for streamlined (non-jury trial) and general (jury trial) circuit civil cases (attached as Exhibit "A" and Exhibit "B" to this Order).

The UTCMO will be entered on each applicable circuit civil case within three (3) business days of the filing of the initial complaint. The UTCMO sets various deadlines, including pre-trial and trial dates. Deadlines established in the UTCMO will be strictly enforced by the court.

Any party serving an initial pleading (complaint, third-party complaint, etc.) in the case shall serve a copy of the UTCMO together with initial service of process to each defendant.

Parties seeking to have a case designated as complex shall initially serve the UTCMO and thereafter comply with Florida Rule of Civil Procedure Rule 1.201(a) by filing an appropriate motion to declare the case complex.

Any motion to change the track to which a case is assigned must be filed promptly after the appearance of good cause to support the motion. A track assignment may be changed by the court on its own motion.

5. **FOR CIRCUIT CIVIL CASES FILED ON OR BEFORE DECEMBER 31, 2024:**

For circuit civil cases filed on or before December 31, 2024, in which a case management order has been entered or the Court has entered an order setting the case for pre-trial and/or trial, the dates and deadlines set forth therein shall govern the progress of the case.

To have a case placed on the trial docket, the plaintiff must file a Notice for Trial per Division guidelines and send a copy of the Notice for Trial to the Division's judicial assistant via email. The Court may issue a *sua sponte* trial order at any time.

6. **FOR COUNTY CIVIL CASES FILED ON OR AFTER JANUARY 1, 2025:**

In consultation with the presiding judges the Court has developed, for entry in each county civil case filed on or after January 1, 2025, a Standing Case Management Plan/Order for streamlined and general county civil cases (attached as Exhibit "C" and Exhibit "D" to this Order). Electronic versions of the Standing Case Management Plan/Order for streamlined and general county civil cases can be found under Quick Links on the home page for the Ninth Judicial Circuit, the Miscellaneous category, and then the Civil Case Management tab.

The Standing Case Management Plan/Order specifies, at a minimum, the deadlines for service of complaints, service under extensions, and adding new parties and the deadlines by which: fact and expert discovery shall be completed; all objections to pleadings and pretrial motions shall be resolved; and mediation shall have occurred. The Standing Case Management Plan/Order also indicates that the deadlines established in the order will be strictly enforced by the court; and that a firm trial date and related deadlines will be ordered by the presiding judge to include a case management conference six months after the complaint is filed for streamlined cases and nine months after the complaint is filed for general cases.

The plaintiff shall, at the outset and based on the definitions in paragraph 3 above, determine the applicable form of Standing Case Management Plan/Order (General or Streamlined). Plaintiff shall file the applicable Standing Case Management Plan/Order in the case at the same time as the civil cover sheet, complaint and summons(es). The Clerk of Court is directed not to issue summonses in any county civil case in which the Standing Case Management Plan/Order has not been filed. The Clerk of Court shall notify the filer that the summons is not being accepted for filing until the Standing Case Management Plan/Order has been filed. Any party serving an initial pleading (complaint, third-party complaint, etc.) in the case shall serve a copy of the appropriate Standing Case Management Plan/Order together with initial service of process to each defendant.

7. **FOR COUNTY CIVIL CASES FILED ON OR BEFORE DECEMBER 31, 2024:**

For cases filed on or before December 31, 2024, in which a case management order has been entered or the Court has entered an order setting the case for pre-trial and/or trial, the dates and deadlines set forth therein shall govern the progress of the case.

Parties seeking to have a case designated as complex shall initially file and serve the Standing Case Management Plan/Order (General) and thereafter comply with Florida Rule of Civil Procedure Rule 1.201(a) by filing an appropriate motion to declare the case complex.

To have a case placed on the trial docket, the plaintiff must file a Notice for Trial per division guidelines and send a copy of the Notice for Trial to the Division's judicial assistant via email. The Court may issue a *sua sponte* trial order at any time.

8. Pre-trial and trial dates will be ordered in a manner consistent with the time standards specified in Florida Rule of General Practice and Judicial Administration 2.250(a)(1)(B) for the completion of civil cases.

9. All judges within the Circuit are directed to strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), (b), and (e), which respectively require judges to conclude litigation as soon as it is reasonably and justly possible to do so, to take charge of all cases at an early stage and to control the progress of the case thereafter until it is determined, and to apply a firm continuance policy allowing continuances only for good cause shown.

10. Counsel must strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), which requires lawyers to conclude litigation as soon as it is reasonably and justly possible to do so.

11. Administrative Order 2021-04-02 is vacated and set aside except to the extent that it has been incorporated and/or amended herein.  Vacating an Administrative Order that vacates a prior Order does not revive the prior Order.

      **DONE AND ORDERED** at Orlando, Florida, this 31st of December, 2024.

Lisa T. Munyon
Chief Judge

Copies provided to:

Clerk of Court, Orange County
Clerk of Court, Osceola County
General E-Mail Distribution List
http://www.ninthcircuit.org

Exhibit "A"

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE / OSCEOLA COUNTY, FLORIDA

CASE NO.:
DIVISION:

IN RE

UNIFORM TRIAL ORDER WITH CASE MANAGEMENT

_____/

## UNIFORM TRIAL AND CASE MANAGEMENT ORDER
### (Streamlined Track)
*(Effective January 1, 2025)*

PURSUANT TO Florida Rules of General Practice & Judicial Administration 2.250 and 2.545 and Florida Rules of Civil Procedure 1.200 and 1.440, and based on the case type designated in the initial filing (as required by AO 2021-04-03), the Court ORDERS as follows:

1.      COMPLIANCE WITH UNIFORM TRIAL AND CASE MANAGEMENT ORDER. The parties must strictly comply with the terms of this Uniform Trial and Case Management Order ("UTCMO"), unless otherwise ordered by the court. Failure to comply with all requirements of this order may result in the imposition of sanctions, up to and including dismissal of this action or the striking of pleadings and entry of default final judgment.

2.      ADDITIONAL NINTH CIRCUIT AND DIVISION-SPECIFIC GUIDELINES. All counsel and unrepresented parties must be familiar with and comply with the following: (a) Amended Administrative Order Establishing the Ninth Judicial Circuit Court Circuit Civil Court Guidelines (AO 2012-03-01); (b) Amended Administrative Order Establishing the Ninth Judicial Circuit Courtroom Decorum Policy (AO 2003-07-02); and (c) any division-specific guidelines published by the division (or the division judge) in which the case is pending.

3.      MODIFICATION OF THIS ORDER. The parties may not, individually or by agreement, alter or extend the deadlines in this order or waive any of the provisions of this order. The provisions of this order may be modified only upon motion/stipulation and court order in accordance with applicable law.

4.    SERVICE OF THIS ORDER WITH INITIAL PROCESS. The court will issue and electronically file a UTCMO within three (3) business days after the date of filing of the initial complaint.  Any party serving an initial pleading in this case must serve a copy of this order with initial service of process.

5.    CASE MANAGEMENT. The following pretrial deadlines are imposed. All dates are to be calculated from the date of the filing of the initial complaint unless otherwise noted. These are the dates that will control this case unless modified by court order pursuant to Florida Rule of Civil Procedure 1.200.

6.    TRIAL DATE.  This case is set for a non-trial during the trial docket beginning **[DATE]** in **COURTROOM _____** beginning at **[TIME] [a.m. / p.m.]** at the [ORANGE COUNTY COURTHOUSE, 425 N. Orange Ave., Orlando, FL 32801] [OSCEOLA COUNTY COURTHOUSE, 2 Courthouse Square, Kissimmee, FL 32801].

7.    PRETRIAL CONFERENCE.  Lead Trial Counsel, or a trial partner with full authority,[1] and unrepresented parties must attend a Pretrial Conference on **[DATE]** in **COURTROOM _____** beginning at **[TIME] [a.m. / p.m.]** at the [ORANGE COUNTY COURTHOUSE, 425 N. Orange Ave., Orlando, FL 32801] [OSCEOLA COUNTY COURTHOUSE, 2 Courthouse Square, Kissimmee, FL 32801] [virtually at **[virtual link here]**.  The parties must comply with the requirements for pretrial conferences of the division to which the case is assigned.  No motions will be heard at the pretrial conference except as otherwise provided for in the division guidelines or allowed by court order.

8.    CASE MANAGEMENT.  The following pretrial compliance deadlines are imposed. All dates must be calculated from the date of filing of the initial complaint unless otherwise noted.

| Deadline for Service of Process: | 120 days |
|---|---|
| Automatic Extension for Service of Process if not perfected timely: | 30 additional days, for a total of 150 days.  If service of process is not completed by the end of the Automatic Extension, all unserved defendants are automatically dismissed without prejudice and without notice or further opportunity to be heard. |

---

[1] No other attorney may cover a pretrial conference unless they are: (i) fully prepared; (ii) have confirmed all pretrial requirements have been fulfilled, and (iii) have full authority from the client and lead counsel to make decisions about the case.

| | |
|---|---|
| Initial Discovery Disclosures: | 60 days after service. *See* Fla. R. Civ. P. 1.280(a)(3). |

| | |
|---|---|
| Motions to Dismiss, Motions for More Definite Statement, Motions to Strike, and Any Objections to the Pleadings: | Must be filed, set for hearing and heard within 60 days from filing of the motion, or automatically deemed abandoned and denied without further order. |
| Disclosure of Expert Witnesses: | 275 days. |
| Deadline for Completion of Fact and Expert Discovery: | 375 days. |
| Pretrial Motions (excluding Motions in Limine), Motions for Summary Judgment and Daubert Motions: | Filed:    420 days.<br><br>Heard:  No later than 7 days prior to the Pretrial Conference or automatically deemed abandoned and denied without further order. |
| Motions in Limine: | Filed:  Prior to the Pretrial Conference.<br><br>Heard: No later than 7 days prior to the beginning of the trial period |
| Mediation: | Completed prior to the Pretrial Conference.<br><br>Plaintiff must submit a mediation order[2] for entry by the Court once the date of mediation has been agreed and a mediator selected. |

9.    EXPERT WITNESSES. The following will govern proceedings related to expert witnesses.

a.    Within the time required in Paragraph 7 above, Plaintiff must disclose the expert witnesses (including both treating and hybrid experts) that Plaintiff actually intends to present at trial.  "Experts" is specifically defined in this order (wherever used) to include retained experts, treating experts and hybrid experts.

---

[2] All mediation orders shall contain the following language: *All parties, counsel, authorized representatives and other mediation participants are hereby ordered to turn on your video cameras (and visually appear in your video) for the duration of the mediation conference unless otherwise excused by the mediator.*

b.      Defendant must disclose the expert witnesses that Defendant actually intends to present at trial within 15 days of Plaintiff's expert witness disclosure or the time required by Paragraph 7, whichever is later.

c.      Plaintiff must disclose all rebuttal witnesses within 15 days of Defendant's expert witness disclosure or the time required by Paragraph 7, whichever is later.

d.      As used herein, "disclose" means furnishing in writing the expert's (a) name, business address and telephone number, (b) curriculum vitae or qualifications, (c) medical specialty or field of expertise, (iv) statement of the specific subjects upon which the expert will testify and offer opinions, and (v) the party or parties against whom the expert will be called to testify. Any changes in an expert's opinion or changes in the basis of the expert's opinion must be disclosed to all parties no less than 60 days prior to the Pretrial Conference.

e.      All out-of-court testing, experiments, or physical or mental examinations by experts must be completed prior to the expert's deposition.

10.     CLOSE OF DISCOVERY. Discovery closes 375 days after the initial filing of the action. All depositions must be completed by this date.  All answers to interrogatories, responses to requests to produce, and requests for admissions must be served by this date.  This deadline may only be extended by court order.  Joint stipulations to extend this deadline (without court order) do not alter the discovery deadline.

11.     MOTIONS:

a. PRETRIAL MOTIONS *(EXCLUDING MOTIONS IN LIMINE)*, MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS. Must be filed within 420 days of the date of the filing of the initial complaint and heard no later than 7 days prior to the Pretrial Conference. Late-filed motions are subject to summary denial.

b. MOTIONS IN LIMINE AND MOTIONS TO EXCLUDE WITNESSES OR EVIDENCE:  Motions in limine and motions to exclude witnesses or evidence must be filed and served prior to the Pretrial Conference. Motions in Limine must be scheduled and heard no later than 7 days prior to the beginning of the trial

period. Motions in limine will not be heard during the trial period, absent good cause. No motion in limine may be scheduled for hearing unless it contains a certification of good faith attempt to resolve the matter at issue. Omnibus motions asking that the Court order the opposing party/counsel to comply with Florida law, the Florida Rules of Civil Procedure, and the Florida Rules of Professional Conduct are disfavored.

12.    MOTIONS FOR SUMMARY JUDGMENT. Motions for summary judgment are subject to the deadline imposed above. Failure to respond to a motion for summary judgment within the time required by Florida Rule of Civil Procedure 1.510(b) may result in the court granting any relief available pursuant to Florida Rule of Civil Procedure 1.510(e). Refer to and comply with any division requirements for additional requirements.

13.    EXCHANGE OF WITNESS LISTS AND EVIDENCE SCHEDULES. No less than 60 days before the Pretrial Conference, attorneys and unrepresented parties must serve the following:

a.    A list of all witnesses including potential impeachment and rebuttal witnesses who may testify at trial. The list must: (a) provide the name, address and telephone number of the witness, and (b) specify whether the witness is a liability, damage, rebuttal, or impeachment witness.

b.    A schedule of all exhibits, including depositions, a party may offer at trial, lettered sequentially. Exhibits must be described with specificity. For example, "all medical records" is insufficient.

14.    MEETING OF COUNSEL. No later than 15 days prior to the Pretrial Conference, lead counsel and pro se parties, if any, must meet. Live or videoconference attendance at this meeting by Lead Trial Counsel is mandatory. At the meeting, the attorneys and unrepresented parties must:

a.    Discuss and attempt to settle the case.

b.    Produce all documents to be offered at trial. Exhibits must be bates-stamped.

c.    Examine, and initial every exhibit (or entry on an Exhibit Schedule) to be produced by the opposing party at trial. The parties must agree on those exhibits which will

be admitted as joint exhibits and those that can be admitted without objection. The parties must identify all other exhibits and specify all objections thereto. "Exhibit Schedules" must be prepared reflecting these separate categories of exhibits for each party. The Exhibit Schedules for each party must be attached to the Joint Pretrial Statement described below. Objections not noted are waived. Exhibits marked for identification must be listed alphabetically (*e.g.*, Ex. A) and, if received in evidence, will be listed numerically (*e.g.*, Ex. 1).

        d.      Review opposing parties' witness lists.  Witness lists for each party must be attached to the Joint Pretrial Statement described below.

        e.      Discuss and stipulate to any facts requiring no proof at trial.

        f.      Discuss, clarify, and frame all factual issues of fact to be tried.

        g.      Identify all legal, procedural, or evidentiary issues to be decided prior to or during trial.

        h.      Discuss any evidentiary stipulations.

        i.      Discuss the proposed verdict forms.

        j.      The Verdict Form must be emailed to the division email address to which the case is assigned in Word format no later than 3 business days before the first day of trial. The email for the Verdict form shall contain the following in the subject line of the email: "VERDICT FORM **[Insert case # here]**." External hard drives are discouraged. The parties must designate whether the proposed Verdict form is agreed to, or submit competing Verdict forms/ Additional division guidelines may apply.

        k.      Discuss and attempt to agree upon any other matters leading to a more orderly and expeditious trial.

        l.      Prepare a Pretrial Checklist if required by the division procedures of the division to which the case is assigned.  Any required checklist must be emailed (but not filed) to the division email, together with the Joint Pretrial Statement, no less than 5 days prior to the Pretrial Conference.  The email for the Checklist and the Joint Pretrial Statement must contain the following in the subject line of the email: "CHECKLIST & PTS **[Insert case**

**# here]**."  Additional division guidelines may apply.

15.      JOINT PRETRIAL STATEMENT. The parties must confer on and file a Joint Pretrial Statement addressing the matters described below, no later than 5 days prior to the Pretrial Conference, with a courtesy copy sent to the division email. If the Parties are unable to agree on the contents of the Joint Pretrial Statement, the differing views should be set forth within a single Joint Pretrial Statement. The Joint Pretrial Statement must contain the following:

a.      A statement of the case to be read to the court.

b.      A statement of admitted facts that may be read at trial as a stipulation of counsel.

c.      A statement of the issues of fact to be tried.

d.      A statement of the unresolved issues of law, procedure or evidence.

e.      Each party's witness list.

f.      Each party's schedule of exhibits with objections.

g.      Any stipulation on evidentiary matters specifying the applicable matters to which such stipulation applies, e.g., authenticity, hearsay exceptions, etc.

h.      A current estimate of the number of days required for trial.

i.      The specific category of damages, including attorneys' fees, claimed by each party and, when possible, the amount of such damages sought by each party.

j.      A designation of Lead Trial Counsel. No change of Lead Trial Counsel may be made without leave of the Court if such change would disrupt the trial schedule.

k.      A list of all pending motions and date filed.  Motions not timely heard in accordance with the dates set forth herein are subject to summary denial.

l.      A list identifying, with specificity, any matters of which the parties will ask the Court to take Judicial Notice under sections 90.201 and 90.202, Florida Statutes, and any objections or agreement thereto.

16.      DEPOSITION DESIGNATIONS. No less than 30 days prior to the beginning of the trial period, each party must file designations of the depositions it intends to offer at trial. Counter (or "fairness") designations and objections, if any, must be filed within 7 days of the deposition

designations. Objections to the counter-designations shall be filed within 7 days thereafter. Deposition designations must be heard by the Court before the first day of trial unless the court directs otherwise. If the parties cannot resolve objections to deposition designations, and no hearing time can be coordinated, the party making the objection must submit to the court a properly marked copy of the deposition transcript along with a proposed order identifying the page and line of the testimony to which the party objects, the basis for the objection, and a blank space for the Court to rule no later than 7 days prior to the first day of trial.  Additional division guidelines may apply.

17.      *[FOR OPENING STATEMENTS ONLY]:* DEMONSTRATIVE AIDS, COMPUTER SLIDESHOWS AND/OR POWERPOINT PRESENTATIONS. Demonstrative aids, computer slideshows and/or PowerPoint presentations counsel seek to use *during opening statement* must be shared with opposing counsel no less than 3 business days prior to the beginning of trial. Computer slideshows and/or PowerPoint presentations may refer to what a party believes the evidence will show if the parties agree that the matter will, in fact, be received in evidence. Computer slideshows and/or PowerPoint presentations may not include argument or citations to legal authorities. Disputes over demonstrative aids, computer slideshows and/or PowerPoint presentations must be heard by the Court before the first day of trial. If the parties cannot resolve disputes over computer slideshows and/or PowerPoint presentations (and no hearing time can be coordinated), the demonstrative aids, computer slideshows and/or PowerPoint presentations are subject to being excluded during Opening Statement, subject to division procedures.

18.      NOTICE OF SETTLEMENT. In the event of settlement, the parties must immediately email the division to which the case is assigned.  The email for the Notice of Settlement must contain the following in the subject line of the email: "NOTICE OF SETTLEMENT: **[Insert case # here]**." Thereafter, the parties must file a Notice of Settlement signed by all parties. Noncompliance with this Paragraph will result in the case remaining on the docket as well as the possible imposition of sanctions. When a Notice of Settlement is filed, the parties are required to appear at trial call on the first day of their designated trial period unless expressly advised they are excused from appearing. If the parties are advised they are excused from appearing at trial call, the parties are

directed to conclude the settlement and file the appropriate dismissal within 60 days, or the court may *sua sponte* enter an order of dismissal. *There is no requirement that the settlement documents be filed.* Additional division guidelines may apply.

19.     DISCOVERY DISPUTES. All counsel and unrepresented parties must familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible. Counsel are also directed to familiarize themselves with Florida Rules of Civil Procedure 1.280(k), 1.340(a), 1.350(b), and 1.380. Failure to comply with any Florida Rule of Civil Procedure may result in sanctions.

20.     MEET AND CONFER. The parties must comply with the "meet and confer" requirements of Florida Rule of Civil Procedure 1.202(d) **and** Administrative Order No. 2012-03. Any non-compliant motion or notice of hearing may be summarily stricken or denied by the Court, requiring resubmission of the motion, notice of hearing, or both.

21.     SANCTIONS. Failure to attend the meeting of counsel referenced above, the pretrial conference, or the trial, or to comply with the requirements of this order, may result in the imposition of appropriate sanctions, including but not limited to contempt, dismissal, default, striking of pleadings, exclusion of evidence, assessment of attorneys' fees or costs, or any combination thereof.

22.     AUDIO/VISUAL.  Requests for audio or visual equipment (or both) must be made at least three (3) business days in advance of trial to avoid delays. All such requests must be made to the Ninth Circuit's Technology Support Department and not to the division email.  For assistance, see the Court's website: www.ninthcircuit.org, under Programs and Services, then Technology Support.

DONE and ORDERED in [Orange] [Osceola] County, Florida, on the date shown on the electronic signature.

_____
CIRCUIT JUDGE

Exhibit "B"

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE / OSCEOLA COUNTY,
FLORIDA

CASE NO.:
DIVISION:

IN RE

UNIFORM TRIAL ORDER WITH CASE
MANAGEMENT

_____/

## UNIFORM TRIAL AND CASE MANAGEMENT ORDER
### (General Track)
*(Effective January 1, 2025)*

PURSUANT TO Florida Rules of General Practice & Judicial Administration 2.250 and 2.545 and Florida Rules of Civil Procedure 1.200 and 1.440, and based on the case type designated in the initial filing (as required by AO 2021-04-03), the Court ORDERS as follows:

23.    COMPLIANCE WITH UNIFORM TRIAL AND CASE MANAGEMENT ORDER. The parties must strictly comply with the terms of this Uniform Trial and Case Management Order ("UTCMO"), unless otherwise ordered by the court. Failure to comply with all requirements of this order may result in the imposition of sanctions, up to and including dismissal of this action or the striking of pleadings and entry of default final judgment.

24.    ADDITIONAL NINTH CIRCUIT AND DIVISION-SPECIFIC GUIDELINES. All counsel and unrepresented parties must be familiar with and comply with the following: (a) Amended Administrative Order Establishing the Ninth Judicial Circuit Court Circuit Civil Court Guidelines (AO 2012-03-01); (b) Amended Administrative Order Establishing the Ninth Judicial Circuit Courtroom Decorum Policy (AO 2003-07-02); and (c) any division-specific guidelines published by the division (or the division judge) in which the case is pending.

25.    MODIFICATION OF THIS ORDER. The parties may not, individually or by agreement, alter or extend the deadlines in this order or waive any of the provisions of this order. The provisions of this order may be modified only upon motion/stipulation and court order in accordance with applicable law.

26.    SERVICE OF THIS ORDER WITH INITIAL PROCESS. The court will issue and electronically file a UTCMO within three (3) business days after the date of filing of the initial complaint.  Any party serving an initial pleading in this case must serve a copy of this order with initial service of process.

27.    CASE MANAGEMENT. The following pretrial deadlines are imposed. All dates are to be calculated from the date of the filing of the initial complaint unless otherwise noted. These are the dates that will control this case unless modified by court order pursuant to Florida Rule of Civil Procedure 1.200.

28.    TRIAL DATE.  This case is set for a jury trial during the trial docket beginning **[DATE]** in **COURTROOM _____** beginning at **[TIME] [a.m. / p.m.]** at the [ORANGE COUNTY COURTHOUSE, 425 N. Orange Ave., Orlando, FL 32801] [OSCEOLA COUNTY COURTHOUSE, 2 Courthouse Square, Kissimmee, FL 32801].

29.    PRETRIAL CONFERENCE.  Lead Trial Counsel, or a trial partner with full authority,[3] and unrepresented parties must attend a Pretrial Conference on **[DATE]** in **COURTROOM _____** beginning at **[TIME] [a.m. / p.m.]** at the [ORANGE COUNTY COURTHOUSE, 425 N. Orange Ave., Orlando, FL 32801] [OSCEOLA COUNTY COURTHOUSE, 2 Courthouse Square, Kissimmee, FL 32801] [virtually at **[virtual link here]**.  The parties must comply with the requirements for pretrial conferences of the division to which the case is assigned.  No motions will be heard at the pretrial conference except as otherwise provided for in the division guidelines or allowed by court order.

30.    CASE MANAGEMENT.  The following pretrial compliance deadlines are imposed. All dates must be calculated from the date of filing of the initial complaint unless otherwise noted.

| Deadline for Service of Process: | 120 days |
|---|---|
| Automatic Extension for Service of Process if not perfected timely: | 30 additional days, for a total of 150 days.  If service of process is not completed by the end of the Automatic Extension, all unserved defendants are automatically dismissed without prejudice and without notice or further opportunity to be heard. |

---

[3] No other attorney may cover a pretrial conference unless they are: (i) fully prepared; (ii) have confirmed all pretrial requirements have been fulfilled, and (iii) have full authority from the client and lead counsel to make decisions about the case.

| Initial Discovery Disclosures: | 60 days after service. *See* Fla. R. Civ. P. 1.280(a)(3). |
|---|---|

| Motions to Dismiss, Motions for More Definite Statement, Motions to Strike, and Any Objections to the Pleadings: | Must be filed, set for hearing and heard within 60 days from filing of the motion, or automatically deemed abandoned and denied without further order. |
|---|---|
| Disclosure of Expert Witnesses: | 365 days. |
| Deadline for Completion of Fact and Expert Discovery: | 540 days. |
| Pretrial Motions (excluding Motions in Limine), Motions for Summary Judgment and Daubert Motions: | Filed:    585 days. <br><br> Heard:  No later than 7 days prior to the Pretrial Conference or automatically deemed abandoned and denied without further order. |
| Motions in Limine: | Filed:  Prior to the Pretrial Conference. <br><br> Heard: No later than 7 days prior to the beginning of the trial period |
| Mediation: | Completed prior to the Pretrial Conference. <br><br> Plaintiff must submit a mediation order[4] for entry by the Court once the date of mediation has been agreed and a mediator selected. |

31.    EXPERT WITNESSES. The following will govern proceedings related to expert witnesses.

f.    Within the time required in Paragraph 7 above, Plaintiff must disclose the expert witnesses (including both treating and hybrid experts) that Plaintiff actually intends to present at trial.  "Experts" is specifically defined in this order (wherever used) to include retained experts, treating experts and hybrid experts.

---

[4] All mediation orders shall contain the following language: *All parties, counsel, authorized representatives and other mediation participants are hereby ordered to turn on your video cameras (and visually appear in your video) for the duration of the mediation conference unless otherwise excused by the mediator.*

g.    Defendant must disclose the expert witnesses that Defendant actually intends to present at trial within 15 days of Plaintiff's expert witness disclosure or the time required by Paragraph 7, whichever is later.

h.    Plaintiff must disclose all rebuttal witnesses within 15 days of Defendant's expert witness disclosure or the time required by Paragraph 7, whichever is later.

i.    As used herein, "disclose" means furnishing in writing the expert's (a) name, business address and telephone number, (b) curriculum vitae or qualifications, (c) medical specialty or field of expertise, (iv) statement of the specific subjects upon which the expert will testify and offer opinions, and (v) the party or parties against whom the expert will be called to testify. Any changes in an expert's opinion or changes in the basis of the expert's opinion must be disclosed to all parties no less than 60 days prior to the Pretrial Conference.

j.    All out-of-court testing, experiments, or physical or mental examinations by experts must be completed prior to the expert's deposition.

32.    CLOSE OF DISCOVERY. Discovery closes 540 days after the initial filing of the action. All depositions must be completed by this date.  All answers to interrogatories, responses to requests to produce, and requests for admissions must be served by this date.  This deadline may only be extended by court order.  Joint stipulations to extend this deadline (without court order) do not alter the discovery deadline.

33.    MOTIONS:

a.    PRETRIAL MOTIONS *(EXCLUDING MOTIONS IN LIMINE)*, MOTIONS FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS. Must be filed within 585 days of the date of the filing of the initial complaint and heard no later than 7 days prior to the Pretrial Conference. Late-filed motions are subject to summary denial.

b.    MOTIONS IN LIMINE AND MOTIONS TO EXCLUDE WITNESSES OR EVIDENCE:  Motions in limine and motions to exclude witnesses or evidence must be filed and served prior to the Pretrial Conference. Motions in Limine must be scheduled and heard no later than 7 days prior to the beginning of the trial

period. Motions in limine will not be heard during the trial period, absent good

cause. No motion in limine may be scheduled for hearing unless it contains a

certification of good faith attempt to resolve the matter at issue. Omnibus motions

asking that the Court order the opposing party/counsel to comply with Florida

law, the Florida Rules of Civil Procedure, and the Florida Rules of Professional

Conduct are disfavored.

34.    MOTIONS FOR SUMMARY JUDGMENT. Motions for summary judgment are

subject to the deadline imposed above. Failure to respond to a motion for summary judgment within

the time required by Florida Rule of Civil Procedure 1.510(b) may result in the court granting any

relief available pursuant to Florida Rule of Civil Procedure 1.510(e). Refer to and comply with any

division requirements for additional requirements.

35.    EXCHANGE OF WITNESS LISTS AND EVIDENCE SCHEDULES. No less than 60

days before the Pretrial Conference, attorneys and unrepresented parties must serve the following:

c.    A list of all witnesses including potential impeachment and rebuttal witnesses

who may testify at trial. The list must: (a) provide the name, address and telephone number

of the witness, and (b) specify whether the witness is a liability, damage, rebuttal, or

impeachment witness.

d.    A schedule of all exhibits, including depositions, a party may offer at trial,

lettered sequentially. Exhibits must be described with specificity. For example, "all medical

records" is insufficient.

36.    MEETING OF COUNSEL. No later than 15 days prior to the Pretrial Conference,

lead counsel and pro se parties, if any, must meet. Live or videoconference attendance at this

meeting by Lead Trial Counsel is mandatory. At the meeting, the attorneys and unrepresented

parties must:

m.    Discuss and attempt to settle the case.

n.    Produce all documents to be offered at trial. Exhibits must be bates-stamped.

o.    Examine, and initial every exhibit (or entry on an Exhibit Schedule) to be

produced by the opposing party at trial. The parties must agree on those exhibits which will

be admitted as joint exhibits and those that can be admitted without objection. The parties must identify all other exhibits and specify all objections thereto. "Exhibit Schedules" must be prepared reflecting these separate categories of exhibits for each party. The Exhibit Schedules for each party must be attached to the Joint Pretrial Statement described below. Objections not noted are waived. Exhibits marked for identification must be listed alphabetically (*e.g.*, Ex. A) and, if received in evidence, will be listed numerically (*e.g.*, Ex. 1).

p.    Review opposing parties' witness lists.  Witness lists for each party must be attached to the Joint Pretrial Statement described below.

q.    Discuss and stipulate to any facts requiring no proof at trial.

r.    Discuss, clarify, and frame all factual issues of fact to be tried.

s.    Identify all legal, procedural, or evidentiary issues to be decided prior to or during trial.

t.    Discuss any evidentiary stipulations.

u.    Agree upon and draft a concise statement of the case to be read by the Court at the beginning of voir dire.

v.    Discuss the proposed jury instructions (voir dire through closing) and verdict forms. Discuss whether the Court will instruct the jury on the law prior to opening statements and, if so, which jury instructions are to be read at that time.

w.    Prepare Jury Instructions and a Verdict Form. The Jury Instructions and Verdict Form must be emailed to the division email address to which the case is assigned in Word format no later than 3 business days before the first day of trial. The email for the jury instructions shall contain the following in the subject line of the email: "JURY INSTR. **[Insert case # here]**."  The email for the Verdict form shall contain the following in the subject line of the email: "VERDICT FORM **[Insert case # here]**." External hard drives are discouraged.  The parties must designate which instructions are agreed and which instructions, if any, are in dispute. Jury instructions must include a cover page with the case style. Any blanks or bracketed terms contained in the standard jury instructions must be

filled in or deleted if inapplicable.  Additional division guidelines may apply.

x.     Discuss and attempt to agree upon any other matters leading to a more orderly and expeditious trial.

y.     Prepare a Pretrial Checklist if required by the division procedures of the division to which the case is assigned.  Any required checklist must be emailed (but not filed) to the division email, together with the Joint Pretrial Statement, no less than 5 days prior to the Pretrial Conference.  The email for the Checklist and the Joint Pretrial Statement must contain the following in the subject line of the email: "CHECKLIST & PTS **[Insert case # here]**."  Additional division guidelines may apply.

37.    JOINT PRETRIAL STATEMENT. The parties must confer on and file a Joint Pretrial Statement addressing the matters described below, no later than 5 days prior to the Pretrial Conference, with a courtesy copy sent to the division email. If the Parties are unable to agree on the contents of the Joint Pretrial Statement, the differing views should be set forth within a single Joint Pretrial Statement. The Joint Pretrial Statement must contain the following:

m.     A statement of the case to be read to the jury at the beginning of voir dire.

n.     A statement of admitted facts that may be read at trial as a stipulation of counsel.

o.     A statement of the issues of fact to be tried.

p.     A statement of the unresolved issues of law, procedure or evidence.

q.     Each party's witness list.

r.     Each party's schedule of exhibits with objections.

s.     Any stipulation on evidentiary matters specifying the applicable matters to which such stipulation applies, e.g., authenticity, hearsay exceptions, etc.

t.     The number of peremptory challenges available to each party.

u.     An estimate of the number of jurors requested for the venire panel and a statement regarding the necessity of any jury panel in excess of 22 venirepersons.

v.     A current estimate of the number of days (to include voir dire) required for trial.

w.    The specific category of damages, including attorneys' fees, claimed by each party and, when possible, the amount of such damages sought by each party.

x.    A designation of Lead Trial Counsel. No change of Lead Trial Counsel may be made without leave of the Court if such change would disrupt the trial schedule.

y.    A list of all pending motions and date filed.  Motions not timely heard in accordance with the dates set forth herein are subject to summary denial.

z.    A list identifying, with specificity, any matters of which the parties will ask the Court to take Judicial Notice under sections 90.201 and 90.202, Florida Statutes, and any objections or agreement thereto.

38.    DEPOSITION DESIGNATIONS. No less than 30 days prior to the beginning of the trial period, each party must file designations of the depositions it intends to offer at trial. Counter (or "fairness") designations and objections, if any, must be filed within 7 days of the deposition designations. Objections to the counter-designations shall be filed within 7 days thereafter. Deposition designations must be heard by the Court before the first day of trial unless the court directs otherwise. If the parties cannot resolve objections to deposition designations, and no hearing time can be coordinated, the party making the objection must submit to the court a properly marked copy of the deposition transcript along with a proposed order identifying the page and line of the testimony to which the party objects, the basis for the objection, and a blank space for the Court to rule no later than 7 days prior to the first day of trial.  Additional division guidelines may apply.

39.    *[FOR OPENING STATEMENTS ONLY]:* DEMONSTRATIVE AIDS, COMPUTER SLIDESHOWS AND/OR POWERPOINT PRESENTATIONS. Demonstrative aids, computer slideshows and/or PowerPoint presentations counsel seek to use *during opening statement* must be shared with opposing counsel no less than 3 business days prior to the beginning of trial. Computer slideshows and/or PowerPoint presentations may refer to what a party believes the evidence will show if the parties agree that the matter will, in fact, be received in evidence. Computer slideshows and/or PowerPoint presentations may not include argument or citations to legal authorities. Disputes over demonstrative aids, computer slideshows and/or PowerPoint

presentations must be heard by the Court before the first day of trial. If the parties cannot resolve disputes over computer slideshows and/or PowerPoint presentations (and no hearing time can be coordinated), the demonstrative aids, computer slideshows and/or PowerPoint presentations are subject to being excluded during Opening Statement, subject to division procedures.

40.     NOTICE OF SETTLEMENT. In the event of settlement, the parties must immediately email the division to which the case is assigned.   The email for the Notice of Settlement must contain the following in the subject line of the email: "NOTICE OF SETTLEMENT: **[Insert case # here]**."   Thereafter, the parties must file a Notice of Settlement signed by all parties. Noncompliance with this Paragraph will result in the case remaining on the docket as well as the possible imposition of sanctions. When a Notice of Settlement is filed, the parties are required to appear at trial call on the first day of their designated trial period unless expressly advised they are excused from appearing. If the parties are advised they are excused from appearing at trial call, the parties are directed to conclude the settlement and file the appropriate dismissal within 60 days, or the court may *sua sponte* enter an order of dismissal. *There is no requirement that the settlement documents be filed.* Additional division guidelines may apply.

41.     DISCOVERY DISPUTES. All counsel and unrepresented parties must familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without court intervention whenever possible. Counsel are also directed to familiarize themselves with Florida Rules of Civil Procedure 1.280(k), 1.340(a), 1.350(b), and 1.380.  Failure to comply with any Florida Rule of Civil Procedure may result in sanctions.

42.     MEET AND CONFER. The parties must comply with the "meet and confer" requirements of Florida Rule of Civil Procedure 1.202(d) **and** Administrative Order No. 2012-03. Any non-compliant motion or notice of hearing may be summarily stricken or denied by the Court, requiring resubmission of the motion, notice of hearing, or both.

43.     SANCTIONS. Failure to attend the meeting of counsel referenced above, the pretrial conference, or the trial, or to comply with the requirements of this order, may result in the imposition of appropriate sanctions, including but not limited to contempt, dismissal, default, striking of pleadings, exclusion of evidence, assessment of attorneys' fees or costs, or any combination

thereof.

44.    AUDIO/VISUAL.  Requests for audio or visual equipment (or both) must be made at least three (3) business days in advance of trial to avoid delaying jury selection. All such requests must be made to the Ninth Circuit's Technology Support Department and not to the division email. For assistance, see the Court's website: www.ninthcircuit.org, under Programs and Services, then Technology Support.

DONE and ORDERED in [Orange] [Osceola] County, Florida, on the date shown on the electronic signature.

_____
CIRCUIT JUDGE

Copies to Counsel of Record
Via Florida's e-Filing Portal

Exhibit "C"

IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE AND OSCEOLA
COUNTY, FLORIDA

IN RE: COUNTY CIVIL CASE
     MANAGEMENT PLAN AND
     ORDER

_____/

**COUNTY CIVIL
STANDING CASE MANAGEMENT PLAN/ORDER
(Streamlined Track)**

       PURSUANT TO *In re: Comprehensive COVID-19 Emergency Measures for Florida Trial Courts*, **Fla. Admin. Order No. AOSC20-23 (Amendment 12) (April 13, 2021)**, and Ninth Judicial Circuit Court Administrative Order No. 2021-04 (collectively the "Case Management Administrative Orders"), this case is before the Court for case management.  Based on the case type of the initial filing in this case, the Case Management Administrative Orders, and pursuant to Rule 2.545, Fla. R. Gen. Prac. & Jud. Admin., the Court hereby establishes a case management plan.  It is hereby

       **ORDERED** that:

       1.    **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN/ORDER:**  The parties shall strictly comply with the terms of this Case Management Plan/Order, unless otherwise ordered by the Court.  FAILURE TO COMPLY WITH ALL REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

       2.    **ADDITIONAL NINTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following:  (i) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court Circuit Civil Court Guidelines (AO 2012-03-01)**; (ii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Courtroom Decorum Policy (AO 2003-07-02)**; (iii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court County Civil Court Guidelines, Orange County (AO2017-04-01)** and (iv) **any division-specific guidelines that may be applicable**.

3.    **MODIFICATION OF THIS ORDER:**  The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation <u>and</u> Court order in accordance with applicable law.

4.    **SERVICE OF THIS ORDER WITH INITIAL PROCESS:** Pursuant to the Case Management Orders, the Plaintiff shall file a copy of this Order in the case.  Any party serving an initial pleading (complaint, third-party complaint, etc.) in this case shall serve a copy of this Order together with initial service of process.

**CASE MANAGEMENT PLAN – STREAMLINED TRACK**

*Note:  All dates are to be calculated from the date of filing of the initial complaint unless otherwise noted.*

| | |
|---|---|
| Deadline for Service of Process: | 120 days |
| Deadline for Service of Process extended if not accomplished within 120 days: | 150 days, failing same, all unserved defendants are dismissed without prejudice |
| Deadline for Leave to Add Parties and Amend Pleadings: | Motions must be set for hearing and heard within 60 days from service on the last defendant, or deemed abandoned and denied |
| Motions to Dismiss, Motions for More Definite Statement, Motions to Strike and any objections to the pleadings: | Must be set for hearing and heard within 45 days from filing of the motion/objection, or deemed abandoned and denied. Non-movant shall timely submit a proposed order in the event the motion/objection is deemed abandoned and denied |
| Deadline for Completion of Fact and Expert Discovery: | 275 days (additional disclosure and discovery deadlines will be established by the Uniform Order Setting Pre-Trial and Trial in the case) |
| Pre-trial Motions, including Dispositive and *Daubert* Motions | Must be filed no later than 15 days after completion of discovery and heard no later than 7 days prior to the pre-trial conference, or deemed abandoned and denied |
| Mediation/Alternative Dispute Resolution | Within 30 days after completion of the depositions of all parties, counsel shall meet and confer regarding whether an early mediation would be productive to resolution of certain issues or the entire case.  A final mediation shall occur no later than 30 days after completion of all discovery |

| Approximate Pre-Trial Conference: | 11 months<br>*Actual Date to be set by Trial Order* |
|---|---|
| Approximate Trial Date: | 12 months<br>*Actual date to be set by Trial Order* |

5. **NOTICES FOR TRIAL:** Within ten (10) days of the case being at issue as defined by Rule 1.440, Fla. R. Civ. P., the Plaintiff shall confer with opposing counsel/party regarding the anticipated length of trial and file a Notice for Trial. The Plaintiff shall forward a copy of the Notice for Trial to the Judicial Assistant at the Division email address noted on the <u>Ninth Circuit website</u>.

6. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the <u>Florida Handbook on Civil Discovery Practice</u> and seek to resolve discovery issues without court intervention whenever possible.

7. **SETTLEMENT:** *The case will not be removed from the docket until all documents necessary for closure of the case are filed with the Clerk and notification has been provided to the judicial assistant. A notice of settlement is not sufficient to remove the case from the trial docket.*

   **DONE AND ORDERED** in Orange/Osceola County, Florida.

Chief Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

**ORANGE COUNTY:  Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303**

**OSCEOLA COUNTY:  Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, Florida, (407) 742-2417**

REV 12/20/2024

Exhibit "D"

IN THE COUNTY COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE AND OSCEOLA
COUNTY, FLORIDA

IN RE: COUNTY CIVIL CASE
     MANAGEMENT PLAN AND
     ORDER

_____/

**COUNTY CIVIL**
**STANDING CASE MANAGEMENT PLAN/ORDER**
**(General Track)**

     **PURSUANT TO** *In re: Comprehensive COVID-19 Emergency Measures for Florida Trial Courts***,** **Fla. Admin. Order No. AOSC20-23 (Amendment 12) (April 13, 2021)**, and Ninth Judicial Circuit Court Administrative Order No. 2021-04 as amended (collectively the "Case Management Administrative Orders"), this case is before the Court for case management.  Based on the case type of the initial filing in this case, the Case Management Administrative Orders, and pursuant to Rule 2.545, Fla. R. Gen. Prac. & Jud. Admin., the Court hereby establishes a case management plan.  It is hereby

     **ORDERED** that:

     1.     **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN/ORDER:**  The parties shall strictly comply with the terms of this Case Management Plan/Order, unless otherwise ordered by the Court.  FAILURE TO COMPLY WITH ALL REQUIREMENTS OF THIS ORDER WILL RESULT IN THE IMPOSITION OF SANCTIONS.

     2.     **ADDITIONAL NINTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:**  All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the following:  (i) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court Circuit Civil Court Guidelines (AO 2012-03-01)**; (ii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Courtroom Decorum Policy (AO 2003-07-02)** (iii) **Amended Administrative Order Establishing the Ninth Judicial Circuit Court County Civil Court Guidelines, Orange County (AO2017-04-01)** and (iv) **any division-specific guidelines that may be applicable**.

3.    **MODIFICATION OF THIS ORDER:**  The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation <u>and</u> Court order in accordance with applicable law.

4.    **SERVICE OF THIS ORDER WITH INITIAL PROCESS:** Pursuant to the Case Management Orders, the Plaintiff shall file a copy of this Order in the case.  Any party serving an initial pleading (complaint, third-party complaint, etc.) in this case shall serve a copy of this Order together with initial service of process.

## CASE MANAGEMENT PLAN – GENERAL TRACK

*Note:  All dates are to be calculated from the date of filing of the initial complaint unless otherwise noted.*

| | |
|---|---|
| Deadline for Service of Process: | 120 days |
| Deadline for Service of Process extended if not accomplished within 120 days: | 150 days, failing same, all unserved defendants are dismissed without prejudice |
| Deadline for Leave to Add Parties and Amend Pleadings: | Motions must be set for hearing and heard within 90 days from service on the last defendant, or deemed abandoned and denied |
| Motions to Dismiss, Motions for More Definite Statement, Motions to Strike and any objections to the pleadings: | Must be set for hearing and heard within 60 days from filing of the motion/objection, or deemed abandoned and denied. Non-movant shall timely submit a proposed order in the event the motion/objection is deemed abandoned and denied |
| Deadline for Completion of Fact and Expert Discovery: | 450 days (additional disclosure and discovery deadlines will be established by the Uniform Order Setting Pre-Trial and Trial in the case) |
| Pre-trial Motions, including Dispositive and *Daubert* Motions | Must be filed no later than 15 days after completion of discovery and heard no later than 7 days prior to the pre-trial conference, or deemed abandoned and denied |
| Mediation/Alternative Dispute Resolution | Within 30 days after completion of the depositions of all parties, counsel shall meet and confer regarding whether an early mediation would be productive to resolution of certain issues or the entire case.  A final mediation shall occur no later than 30 days after completion of all discovery |

| Approximate Pre-Trial Conference: | 17 months<br>*Actual Date to be set by Trial Order* |
|---|---|
| Approximate Trial Date: | 18 months<br>*Actual date to be set by Trial Order* |

5. **NOTICES FOR TRIAL:** Within ten (10) days of the case being at issue as defined by Rule 1.440, Fla. R. Civ. P., the Plaintiff shall confer with opposing counsel/party regarding the anticipated length of trial and file a Notice for Trial. The Plaintiff shall forward a copy of the Notice for Trial to the Judicial Assistant at the Division email address noted on the <u>Ninth Circuit website</u>.

6. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the <u>Florida Handbook on Civil Discovery Practice</u> and seek to resolve discovery issues without court intervention whenever possible.

7. **SETTLEMENT:** *The case will not be removed from the docket until all documents necessary for closure of the case are filed with the Clerk and notification has been provided to the judicial assistant. A notice of settlement is not sufficient to remove the case from the trial docket.*

   **DONE AND ORDERED** in Orange/Osceola County, Florida.

   Chief Judge

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in your county at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days. If you are hearing or voice impaired, call 711.**

**ORANGE COUNTY:   Human Resources, Orange County Courthouse, 425 N. Orange Avenue, Suite 510, Orlando, Florida, (407) 836-2303**

**OSCEOLA COUNTY:  Court Administration, Osceola County Courthouse, 2 Courthouse Square, Suite 6300, Kissimmee, Florida, (407) 742-2417**

REV 12/20/2024

Case 6:25-cv-01479-JSS-NWH   Document 1-1   Filed 08/04/25   Page 149 of 314 PageID 154

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

ROBERT AND JAMIE ANDERSEN,

     Plaintiffs,

v.                               CASE NO.:

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

     Defendant.

_____/

## DESIGNATION EMAIL ADDRESS FOR SERVICE OF COURT DOCUMENTS

     KUHN RASLAVICH, P.A., by and through the undersigned attorneys, hereby designate the following email addresses for use pursuant to the Florida Rule of Judicial Administration 2.516:

               Ali@theKRfirm.com
               Ben@theKRfirm.com
               Randy@theKRfirm.com
               Service2@theKRfirm.com

## CERTIFICATION OF SERVICE

     I DO HEREBY CERTIFY that a true and correct copy of this document will be served on the Defendant along with the summons in this action.

DATED: July 2, 2025

                               Respectfully submitted by:

                               /s/ *Ali A. Kadir*
                               **ALI A. KADIR, ESQ.**
                               Florida Bar No.: 13582
                               **KUHN RASLAVICH, P.A.**
                               986 Douglas Ave., Ste. 102
                               Altamonte Springs, FL 32714
                               Telephone: (407) 501-4833
                               Facsimile: (407) 501-4856
                               Ali@thekrfirm.com
                               Counsel for Plaintiffs

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

ROBERT AND JAMIE ANDERSEN,

     Plaintiffs,

v.                                                    **CASE NO.: 2025-CA-006277-O**

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

     Defendant.

_____/

## PLAINTIFFS' INITIAL DISCOVERY DISCLOSURES

**COMES NOW**, Plaintiffs, ROBERT AND JAMIE ANDERSEN (hereinafter "Plaintiffs"), by and through the undersigned counsel, pursuant to Florida Rule of Civil Procedure 1.280(a)(1), provide the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY (hereinafter "Defendant"), with the following Initial Discovery Disclosures:

### PRELIMINARY STATEMENT

Plaintiffs make these initial disclosures based on information presently known and reasonably available to Plaintiffs and that Plaintiffs reasonably believe they may use in support of their claim(s), unless the use would be solely for impeachment. Plaintiffs' investigations and discovery are ongoing, and Plaintiffs reserve the right to amend and supplement these initial disclosures and to introduce additional factual evidence or legal theories at or prior to trial. Plaintiffs additionally reserve the right to identify additional items that might be used at trial under Sections 90.702, 90.703, and/or 90.705, Florida Statutes, as well as withhold from disclosure any documents that might be used solely for impeachment.

These initial disclosures do not constitute a waiver or limitation of any of Plaintiffs' privileges, immunities, or other rights, or any objection(s) Plaintiffs have or may have to use for any purpose of these initial disclosures or any of the information referenced herein in this case or any other case or proceeding.

By making these initial disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness possibly relevant to all issues that might eventually be

raised in this action. Plaintiffs' initial disclosures represent a good faith effort to identify information they reasonably believe is required to be disclosed pursuant to Rule 1.280(a)(1).

Each and every disclosure set forth below is subject to the above qualifications and limitations.

## INITIAL DISCOVERY DISCLOSURES

1. The name and, if known, the address, telephone number, and e-mail address of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

| NAME | SUBJECTS |
|---|---|
| Plaintiffs, Robert and Jamie Andersen c/o Kuhn Raslavich, P.A. (*see signature block below for contact information*) | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Defendant and/or concerning the loss at issue. |
| Defendant, Liberty Mutual Fire Insurance Company | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Defendant and/or concerning the loss at issue. |
| Defendant's representatives, including but not limited to field adjuster(s), desk adjuster(s), and/or underwriter(s). | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| John Albert Tucker *Defendant's Field Claim Resolution Specialist I* W818711 c/o Defendant Licensee Address: 175 Berkeley Street, Boston, MA 02116-5066 Phone: (407) 607-7286 Licensee Phone: (407) 607-7286 Email: John.Tucker@LibertyMutual.com Licensee Email: John.Tucker@LibertyMutual.com | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| Current or former employees of Defendant. | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response |

| | to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
|---|---|
| Defendant's Third-Party Vendors and their representatives. | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| L. Dean Sooter, P.E.<br>Sdii Global, LLC<br>*Defendant's Principal Civil/Structural Engineer*<br>83111<br>Principal Address: 4902 Eisenhower Boulevard, Suite 250, Tampa, FL 33634<br>Licensee Address: 114 Brierwood Drive, Sanford, FL 32771<br>Phone: (800) 454-7344<br>Email: Info@Sdii-Global.com | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| Joseph Mannella<br>Lifeline Public Adjusters, LLC<br>*Plaintiffs' Public Adjuster*<br>Address: 7380 W. Sand Lake Rd. Ste. 500, Orlando, FL 32819<br>Phone: (407) 462-5664<br>Email: Joe@LifelinePublicAdjusters.com | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. The allegations in Plaintiffs' Complaint. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| Plaintiffs' Third-Party Vendors. | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| Baez Restoration, LLC<br>*Plaintiffs' Tarp Company*<br>Principal Address: 188 Jensen Drive, Groveland, FL 34736<br>Phone: (352) 346-4093<br>Email: Claims@BaezRestoration.com | The cause, origin, extent, and/or scope of the loss at issue in this case. Defendant's response to the claim in question. The property at issue. Communications with Plaintiffs, Defendant, and/or concerning the loss at issue. |
| Other Witnesses | Plaintiffs reserve the right to name additional witnesses, including agents and employees of service providers, records custodians required for authentication of documents, all witnesses named by Defendant, including designees to any notices of deposition pursuant to Fla.R.Civ.P. 1.310(b)6), other business entities, if any, associated with the handling |

|  | of the claim at issue, and their current or former employees, and any additional witnesses learned through the discovery process. |
|---|---|
| Experts to be identified | Including but not limited to causation, scope and price, and/or damages. |

In addition to the witnesses named here, Plaintiffs reserve the right to name additional witnesses(es), including the custodian(s) of all records, if any, required for authentication of documents, all witnesses named by Defendant, including its designees to any Notices of Depositions pursuant to Fla.R.Civ.P. 1.410(e)(1) and/or 1.310(b)(6), and any and all additional witnesses learned through the discovery process. Plaintiffs additionally reserve the right to supplement the substance about which the aforementioned witnesses will testify.

2. A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control (or, if not in the disclosing party's possession, custody, or control, a description by category and location of such information) and may use to support its claims or defenses, unless the use would solely for impeachment.

| CATEGORY | LOCATION |
|---|---|
| Estimate of Damages | Offices of Kuhn Raslavich, P.A. |
| Receipts/Invoices | Offices of Kuhn Raslavich, P.A. |
| Communications to/from Defendant regarding or concerning Plaintiffs and the claim at issue | In possession of Defendant |
| Policy of Insurance issued by Defendant to Plaintiffs | In possession of Defendant |
| Signed Lifeline Public Adjuster Contract & Claim Process Disclosure Form; Lifeline Inspection Photographs Zipdrive; Unsigned Sworn Proof of Loss; Baez W-9 (2025); Correspondences with Baez regarding outstanding invoices; Sdii Storm Damage Assessment Report. | Offices of Kuhn Raslavich, P.A. |

Plaintiffs do not represent or concede by the foregoing disclosures that any particular document is discoverable or admissible in this action and reserve the right to object to any document request on any ground permitted by law. Plaintiffs reserve the right to amend, modify, or supplement this response as discovery progresses, specifically noting that experts are likely to be retained after the provision of these disclosures.

3. A computation for each category of damages claimed by the disclosing party and a copy of the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered; provided that a party is not required to provide computations as to noneconomic damages, but the party must identify categories of damages claimed and provide supporting documents.

    a. Breach of Contract Damages – please see Plaintiffs' Notice of Intent to Initiate Litigation, Complaint, and Estimate of Damages provided to Defendant.

    b. Costs and interest pursuant to Fla. Stat. §§ 57.041, 627.70131, and/or 55.03.

    c. Attorney's fees and costs pursuant to Fla. Stat. §§ 627.428, 627.70152, and/or 626.9373.

    d. Receipt(s)/Invoice(s) and/or estimate(s) for work not yet performed (*see attached*).

Plaintiffs do not represent or concede by the foregoing disclosures that Plaintiffs' claim for damages is limited or otherwise capped in any way, as Plaintiffs' damages may be continuing and/or ongoing in nature due to Defendant's failure to fully indemnify Plaintiffs for the loss at issue. Among other things, the damages in question may worsen over time and/or the cost to repair or replace the damages may increase over time. Plaintiffs therefore reserve the right to seek additional damages. Plaintiffs further reserve the right to seek attorney fees under Section 768.79, Florida Statutes, and/or Florida Rule of Civil Procedure 1.422 in the event the pre-requisites are satisfied.

4. A copy of any insurance policy or agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    If Plaintiffs are in possession of the Policy of Insurance issued by Defendant which is at issue in this action, then a copy of said Policy was attached to Plaintiffs' Complaint as Exhibit "B."

*Pursuant to Florida Rule of Civil Procedure 1.280(k)(1), the undersigned certifies that, to the best of the undersigned's knowledge, information, and belief formed after a reasonable inquiry, the foregoing disclosures are complete and correct as of the time they are made.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served upon

Defendant.

DATED: July 14, 2025

/s/ *Ali A. Kadir*
**ALI A. KADIR, ESQ.**
Florida Bar No.: 13582
**KUHN RASLAVICH, P.A.**
986 Douglas Ave., Ste. 102
Altamonte Springs, FL 32714
Telephone: (407) 501-4833
Facsimile: (407) 501-4856
Ali@thekrfirm.com
Counsel for Plaintiffs

**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

Insured:    Robert Andersen & Jamie Andersen
Property:   14882 Old Thicket Trace
            Winter Garden, FL 34787

Claim Rep.:   Joe Mannella
Company:      Lifeline Public Adjusters

Estimator:    Joe Mannella
Company:      Lifeline Public Adjusters

**Claim Number:** 058397854          **Policy Number:** H32-251-911627-4044          **Type of Loss:** Hurricane

Date of Loss:    10/9/2024 12:00 AM              Date Received:
Date Inspected:                                   Date Entered:    2/21/2025 5:14 AM

Price List:    FLOR8X_FEB25
               Restoration/Service/Remodel
Estimate:      ANDERSEN_14882_LPA

The property scope of damages noted herein is based on a visual inspection, any and all hidden damages will be addressed in the future upon disclosure. Any errors or omissions will be corrected as soon as we are made aware of them. Any errors or omissions does not constitute any misrepresentation on the part of the estimator or the insured, it is only an error that will be corrected as soon as possible. Nothing herein constitutes, nor should it be constituted as a waiver of any of the rights of our client under their policy of insurance, specifically they are reserving all the rights under their policy of insurance. The work outlined in the following pages should be performed in accordance with all the standards set forth by the Florida Building Code. This is a repair estimate. The insurance policy may contain provisions that will reduce any payment that might be made, receipt of a copy of this estimate is not to be interpreted as an acceptance of liability. A copy of this document does not constitute a settlement of this claim. All estimate figures are subject to policy conditions and Insurance Company approval.

**Florida 817.234(1)(b) Any person who, knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony in the third degree.**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## ANDERSEN_14882_LPA

### Debris Removal

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 1.  Magnetic Roller | 3,975.99 SF | | 0.00 | 0.39 | 0.00 | 310.12 | 1,860.76 |
| 2.  Cleaning Technician - per hour | 16.00 HR | | 0.00 | 61.01 | 0.01 | 195.24 | 1,171.41 |
| Daily required clean up of job site and safety of the insured/client to prevent liability. | | | | | | | |
| 3.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 75.00 SF | | 0.12 | 1.48 | 1.56 | 24.32 | 145.88 |
| Protect landscaping, walks and driveway to maintain safe conditions. | | | | | | | |
| 4.  Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | | 0.00 | 1.50 | 31.20 | 102.24 | 613.44 |
| Protect the driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheathing is good for the entire job and multiple drops of container. | | | | | | | |
| 5.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | | 764.50 | 0.00 | 0.00 | 305.80 | 1,834.80 |
| Totals:  Debris Removal | | | | | 32.77 | 937.72 | 5,626.29 |

### Miscellaneous

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 6.  Temporary toilet - Minimum rental charge | 1.00 EA | | 0.00 | 120.00 | 0.00 | 24.00 | 144.00 |
| 7.  Fall protection harness and lanyard | 21.00 DA | | 0.00 | 8.00 | 0.00 | 33.60 | 201.60 |
| Above item is an OSHA Code Requirement - 29 CFR 1926.501(b)(13) | | | | | | | |
| 8.  Administrative/supervisor labor charge  (Bid Item) | 16.00 HR | | 0.00 | 75.17 | 0.00 | 240.54 | 1,443.26 |
| Time required to provide permit documentation to a 3rd party expediting company , Research Florida Product approval codes for proper job installation, Fill out job specification sheet with square footage of the project, Mean height of the house, How many stories, Pitch of the roof slopes to verify proper product application. This includes notary servicing for all permits, Notice of Commencements, lien law affidavits, Nailing and Fastener affidavits that need filed with the county recorders and building departments.  8 hours every job. | | | | | | | |
| 9.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | | 0.00 | 200.00 | 0.00 | 0.00 | 200.00 |
| for mandated permits. | | | | | | | |
| Totals:  Miscellaneous | | | | | 0.00 | 298.14 | 1,988.86 |

### Roof



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



### House Roof

| | |
|---|---|
| 3,975.99 Surface Area | 39.76 Number of Squares |
| 429.83 Total Perimeter Length | 68.83 Total Ridge Length |
| 143.00 Total Hip Length | |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ROOFING** | | | | | | | |
| 10.  Hip & ridge nailer board for tile roofing - wood | 211.83 LF | | 0.00 | 3.80 | 14.32 | 163.86 | 983.13 |
| 11.  Hip / Ridge / Rake cap - tile roofing | 288.33 LF | | 0.00 | 15.35 | 132.50 | 911.68 | 5,470.05 |
| 12.  Tear off tile roofing (no haul off) | 39.76 SQ | | 207.08 | 0.00 | 0.00 | 1,646.70 | 9,880.20 |

**Includes: Labor cost to remove tile roofing, furring strips, and felt and to discard in a job-site waste receptacle.**

Note:  Rate is higher than the average remove charge. Typically Xactimate prices labor code as though the labor was performed solely by demolition laborers unskilled in roofing with a lower worker's compensation code. In Florida anyone involved in roofing are classified in the roofing worker's compensation code.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 13.  Tile roofing - Concrete - "S" or flat tile | 45.72 SQ | | 0.00 | 871.31 | 666.01 | 8,100.46 | 48,602.76 |

**Includes: Tile roofing, furring strips, 30 pound roofing felt, roofing nails, and installation labor.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 14.  Polyset Pro Pack 100 Roof Tile Adhesive Kit | 4.77 EA | | 0.00 | 452.00 | 0.00 | 431.20 | 2,587.24 |
| 15.  Roofer - per hour | 12.00 HR | | 0.00 | 204.00 | 0.00 | 489.60 | 2,937.60 |

**Note:  Labor to apply ICP Roof adhesive**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 16.  Bird stop - Eave closure strip for tile roofing - metal | 429.83 LF | | 0.00 | 5.34 | 59.51 | 470.96 | 2,825.76 |
| **UNDERLAYMENT** | | | | | | | |
| 17.  Modified bitumen roof | 39.76 SQ | | 0.00 | 582.92 | 401.82 | 4,715.74 | 28,294.46 |
| **FLASHINGS AND VENTS** | | | | | | | |
| 18.  R&R Valley metal - (W) profile | 17.25 LF | | 0.87 | 9.08 | 3.72 | 35.06 | 210.42 |
| 19.  Step flashing | 82.64 LF | | 0.00 | 15.34 | 12.03 | 255.94 | 1,535.67 |
| 20.  Counterflashing - Apron flashing | 123.31 LF | | 0.00 | 15.42 | 16.67 | 383.62 | 2,301.73 |
| 21.  R&R Drip edge | 429.83 LF | | 0.48 | 3.87 | 35.76 | 381.10 | 2,286.62 |
| 22.  Caulking - butyl rubber | 570.38 LF | | 0.00 | 4.40 | 25.21 | 506.98 | 3,041.86 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - House Roof**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|

Note:  Florida specific line item not included in Xactimate shingle line item.
Code item: RAS 115 (Florida's HIgh Wind Testing Standards)
 6. Shingle Installation
 6.1 At all intersections, eaves, rakes, valleys and gable ends the shingles and starter course shall be set in a minimum 8 inch wide strip of approved flashing cement. Maximum thickness of flashing cement shall be 1/8 inch. Shingle shall not extend more that 1/4 inch beyond drip edge.

 Linear ft surrounding  any roof penetrations and flashings ie. : step flashing, flashing, skylights etc
 Florida building code 1514.2.3.1
 FBC R.A.S 111
**Flashing:** All shingles that butt against wall flashings shall be step bulled with approved flashing cement a minimum of eight inches, and all roof planes that butt against vertical walls shall be flashed in one of the following manners: For ventilator and exhaust stacks, follow the same procedure, but bring the shingles up to the pipe from both sides and bend the flange over the ridge to lie in both roof planes, overlapping the roof shingles at all points. Ridge shingles are then positioned to cover the flange. Embed the ridge shingles in approved flashing cement where they overlap the flange. Roof ventilators shall be flashed in accordance with ventilators NOA

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 23.  R&R Flashing - pipe jack - lead | 4.00 EA | | 10.41 | 103.48 | 13.45 | 93.80 | 562.81 |
| 24.  Prime & paint roof jack | 4.00 EA | | 0.00 | 40.62 | 2.05 | 32.92 | 197.45 |
| 25.  R&R Roof vent - off ridge type - 4' | 5.00 EA | | 23.27 | 177.68 | 18.50 | 204.66 | 1,227.91 |
| 26.  R&R Furnace vent - rain cap and storm collar, 5" | 2.00 EA | | 15.85 | 86.00 | 4.69 | 41.68 | 250.07 |
| 27.  Prime & paint roof vent | 7.00 EA | | 0.00 | 40.62 | 3.59 | 57.58 | 345.51 |
| 28.  Apply mastic around vent pipes to repair leakage | 11.00 EA | | 0.00 | 42.38 | 0.70 | 93.38 | 560.26 |

Note:  Linear ft surrounding  any roof penetrations, ie. : vents, pipe jacks, etc
 Florida building code 1514.2.3.1
 FBC R.A.S 111
 Flashing:
 For ventilator and exhaust stacks, follow the same procedure, but bring the shingles up to the pipe from both sides and bend the flange over the ridge to lie in both roof planes, overlapping the roof shingles at all points. Ridge shingles are then positioned to cover the flange. Embed the ridge shingles in approved flashing cement where they overlap the flange. Roof ventilators shall be flashed in accordance with ventilators NOA

**CARPENTRY**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 29.  Tile roofing - cant strip - wood | 429.83 LF | | 0.00 | 2.79 | 10.90 | 242.02 | 1,452.15 |

Note:  Per R90 8 .7.1 Roof decking attachment for site-built single  family residential structures. ¬For site-built single-family residential structures, the fastening shall be in accordance with Section R908.7.1.1 or R908.7.1.2 as appropriate for the existing construction. 8d nails shall be a minimum of 0.113 inch (2.9 mm) in diameter and shall be a minimum of 21/4 inches (57 mm) long to qualify for the provisions of this section for existing nails, regardless of head shape or head diameter.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 30.  Remove Sheathing - spaced 1" x 8" | 96.00 SF | | 0.91 | 0.00 | 0.00 | 17.48 | 104.84 |

Replace damaged/wet area of sheathing. Minimum three sheets required, otherwise one half-sheet per interior leak.

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 31.  Sheathing - plywood - 1/2" CDX | 96.00 SF | | 0.00 | 3.33 | 6.43 | 65.22 | 391.33 |
| 32.  Re-nailing of roof sheathing - complete re-nail | 3,879.99 SF | | 0.00 | 0.37 | 2.52 | 287.62 | 1,725.74 |

***Per R90 8 .7.1 Roof decking attachment for site-built single  family residential structures. ¬For site-built single-family residential structures, the fastening shall be in accordance with Section R908.7.1.1 or R908.7.1.2 as appropriate for the existing construction. 8d nails shall be a minimum of 0.113 inch (2.9 mm) in diameter and shall be a minimum of 21/4 inches (57 mm) long to qualify for the provisions of this section for existing nails, regardless of head shape or head diameter.



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - House Roof

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **ADDITIONAL** | | | | | | | |
| 33.  R&R Tarp - poly - w/sandbags - per sq ft (lab & mat) | 100.00 SF | | 0.19 | 2.48 | 3.38 | 54.08 | 324.46 |
| 34.  Remove Additional charge for high roof (2 stories or greater) | 16.11 SQ | | 7.82 | 0.00 | 0.00 | 25.20 | 151.18 |
| 35.  Additional charge for high roof (2 stories or greater) | 18.53 SQ | | 0.00 | 32.00 | 0.00 | 118.60 | 711.56 |
| **HURRICANE STRAPS** | | | | | | | |
| 36.  Framing/truss hurricane strap | 176.67 EA | | 0.00 | 12.84 | 54.66 | 464.62 | 2,787.72 |
| Totals:  House Roof | | | | | 1,488.42 | 20,291.76 | 121,750.49 |
| Total: Roof | | | | | **1,488.42** | **20,291.76** | **121,750.49** |

### Exterior

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **EXTERIOR - REPAIRS** | | | | | | | |
| **Necessary to access flashing / step-flashing during roof replacement.** | | | | | | | |
| 37.  R&R Metal lath & stucco | 83.00 SF | | 1.11 | 7.30 | 7.93 | 141.18 | 847.14 |
| 38.  R&R House wrap (air/moisture barrier) | 83.00 SF | | 0.07 | 0.34 | 1.03 | 7.00 | 42.06 |
| 39.  R&R Synthetic stucco crack repair | 10.00 LF | | 2.22 | 9.40 | 0.41 | 23.32 | 139.93 |
| **MASKING - PAINT PREP** | | | | | | | |
| 40.  Protect contents - Cover with plastic | 200.00 SF | | 0.00 | 0.26 | 1.04 | 10.60 | 63.64 |
| 41.  Mask the surface area per square foot - plastic and tape - 4 mil | 3,018.12 SF | | 0.00 | 0.29 | 13.73 | 177.80 | 1,066.78 |
| 42.  Clean with pressure/chemical spray | 2,935.12 SF | | 0.00 | 0.49 | 1.91 | 288.02 | 1,728.14 |
| **PAINT EXTERIOR** | | | | | | | |
| **After repairs due to roof replacement** | | | | | | | |
| 43.  Seal stucco - elastomeric sealer | 3,018.12 SF | | 0.00 | 1.05 | 82.39 | 650.28 | 3,901.70 |
| 44.  Paint surfaces with elastomeric wall covering paint | 3,018.12 SF | | 0.00 | 1.15 | 82.39 | 710.64 | 4,263.87 |
| *CONTENTS* | | | | | | | |
| 45.  Exterior light fixture - Detach & reset | 2.00 EA | | 0.00 | 99.97 | 0.00 | 39.98 | 239.92 |
| 46.  Clothes dryer vent cover - Detach & reset | 1.00 EA | | 0.00 | 38.87 | 0.00 | 7.78 | 46.65 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Exterior**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 47.  Remove Door bell/chime button (button only) | 1.00 EA | | 2.14 | 0.00 | 0.00 | 0.42 | 2.56 |
| 48.  Install Door bell/chime button (button only) | 1.00 EA | | 0.00 | 14.58 | 0.00 | 2.92 | 17.50 |
| 49.  Meter base and main disconnect - Detach & reset | 1.00 EA | | 0.00 | 413.12 | 0.00 | 82.62 | 495.74 |
| 50.  Digital satellite system - alignment and calibration only | 1.00 EA | | 0.00 | 166.96 | 0.00 | 33.40 | 200.36 |
| must be provided by professional staff | | | | | | | |
| 51.  Digital satellite system - Detach & reset | 1.00 EA | | 0.00 | 55.65 | 0.00 | 11.14 | 66.79 |
| 52.  Exterior outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 35.02 | 0.00 | 14.00 | 84.04 |
| 53.  Electrician - per hour | 4.00 HR | | 0.00 | 125.82 | 0.00 | 100.66 | 603.94 |
| to detach & reset the other electrical | | | | | | | |
| 54.  Detach & Reset Disconnect box - 30 amp - non fused | 1.00 EA | 58.35 | 0.00 | 0.00 | 0.00 | 11.68 | 70.03 |
| 55.  Exterior faucet / hose bibb - Detach & reset | 1.00 EA | | 0.00 | 81.41 | 0.00 | 16.28 | 97.69 |
| 56.  Shutters - Detach & reset | 6.00 EA | | 0.00 | 33.21 | 0.00 | 39.86 | 239.12 |
| 57.  Remove Attic vent - gable end - vinyl | 2.00 EA | | 12.33 | 0.00 | 0.00 | 4.94 | 29.60 |
| 58.  Install Attic vent - gable end - vinyl | 2.00 EA | | 0.00 | 45.29 | 0.00 | 18.12 | 108.70 |
| **WINDOWS** | | | | | | | |
| 59.  R&R Window screen, 1 - 9 SF | 1.00 EA | | 5.58 | 44.62 | 2.51 | 10.54 | 63.25 |

| Totals:  Exterior | | | | | 193.34 | 2,403.18 | 14,419.15 |
|---|---|---|---|---|---|---|---|

**1st Floor**



**Family Room**                                                   **Height: Peaked**

| | |
|---|---|
| 1,226.72  SF Walls | 473.94  SF Ceiling |
| 1,700.66  SF Walls & Ceiling | 415.41  SF Floor |
| 46.16  SY Flooring | 75.00  LF Floor Perimeter |
| 91.32  LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' 3" X 6' 8" | **Opens into Exterior** |
| **Missing Wall - Goes to Floor** | 2' 4" X 6' 8" | **Opens into HALLWAY_1** |
| **Missing Wall - Goes to Floor** | 4' X 6' 8" | **Opens into KITCHEN** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Family Room

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 60. Outlet or switch - Detach & reset | 13.00 EA | | 0.00 | 24.15 | 0.00 | 62.80 | 376.75 |
| 61. Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 62. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | | 0.00 | 40.42 | 0.00 | 32.34 | 194.02 |
| 63. Mirror - plate glass - Detach & reset | 15.00 SF | | 0.00 | 7.26 | 0.00 | 21.78 | 130.68 |
| 64. Door bell/chime - Detach & reset | 1.00 EA | | 0.00 | 63.66 | 0.00 | 12.74 | 76.40 |
| 65. Detach & Reset Door bell/chime - wireless | 1.00 EA | 63.66 | 0.00 | 0.00 | 0.00 | 12.74 | 76.40 |
| *CEILING CONTENTS* | | | | | | | |
| 66. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 239.81 | 0.00 | 47.96 | 287.77 |
| 67. Cold air return cover - Detach & reset | 2.00 EA | | 0.00 | 24.39 | 0.00 | 9.76 | 58.54 |
| 68. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 69. Floor protection - cloth - skid resistant, leak proof | 415.41 SF | | 1.13 | 0.00 | 10.53 | 95.98 | 575.92 |
| 70. Mask the walls per square foot - plastic and tape - 4 mil | 1,226.72 SF | | 0.00 | 0.29 | 5.58 | 72.28 | 433.61 |
| 71. Clean the walls and ceiling | 1,700.66 SF | | 0.00 | 0.52 | 1.11 | 177.08 | 1,062.53 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 72. Additional cost for high wall or ceiling - Over 14' | 419.60 SF | | 0.00 | 0.10 | 0.00 | 8.40 | 50.36 |
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 73. Scrape the ceiling & prep for paint | 473.94 SF | | 0.00 | 0.76 | 0.31 | 72.10 | 432.60 |
| 74. Texture drywall - machine - knockdown | 473.94 SF | | 0.00 | 1.32 | 1.85 | 125.50 | 752.95 |
| 75. Seal the ceiling w/PVA primer - one coat | 473.94 SF | | 0.00 | 0.69 | 1.85 | 65.78 | 394.65 |
| 76. Paint the ceiling - two coats | 473.94 SF | | 0.00 | 1.18 | 9.55 | 113.78 | 682.58 |
| 77. Additional cost for high wall or ceiling - Over 14' | 236.97 SF | | 0.00 | 0.11 | 0.00 | 5.22 | 31.29 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 78. Scrape the walls & prep for paint | 1,226.72 SF | | 0.00 | 0.76 | 0.80 | 186.62 | 1,119.73 |
| 79. Texture drywall - machine | 1,226.72 SF | | 0.00 | 0.92 | 4.78 | 226.68 | 1,360.04 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Family Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 80. Seal the walls w/PVA primer - one coat | 1,226.72 SF | | 0.00 | 0.69 | 4.78 | 170.24 | 1,021.46 |
| 81. Paint the walls - two coats | 1,226.72 SF | | 0.00 | 1.18 | 24.72 | 294.44 | 1,766.69 |
| 82. Additional cost for high wall or ceiling - Over 14' | 182.63 SF | | 0.00 | 0.11 | 0.00 | 4.02 | 24.11 |
| **TRIM - BASEBOARD** | | | | | | | |
| 83. R&R Baseboard - 4 1/4" | 75.00 LF | | 0.67 | 5.57 | 14.33 | 96.48 | 578.81 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 84. Caulking - acrylic | 75.00 LF | | 0.00 | 2.82 | 0.93 | 42.48 | 254.91 |
| 85. Seal (1 coat) & paint (1 coat) baseboard | 75.00 LF | | 0.00 | 1.78 | 0.73 | 26.84 | 161.07 |
| **DOORS** | | | | | | | |
| 86. Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| **CLEANING** | | | | | | | |
| 87. Clean floor - Heavy | 207.70 SF | | 0.00 | 0.86 | 0.14 | 35.74 | 214.50 |
| 88. Clean floor - tile - Heavy clean | 207.70 SF | | 0.00 | 1.15 | 0.95 | 47.98 | 287.79 |
| 89. Final cleaning - construction - Residential | 415.41 SF | | 0.00 | 0.39 | 0.00 | 32.40 | 194.41 |
| Totals: Family Room | | | | | 83.73 | 2,125.52 | 12,752.69 |



| **Hallway 1** | | | | | | | **Height: 8'** |
|---|---|---|---|---|---|---|---|

| 112.44 SF Walls | 15.44 SF Ceiling |
|---|---|
| 127.88 SF Walls & Ceiling | 15.44 SF Floor |
| 1.72 SY Flooring | 13.67 LF Floor Perimeter |
| 16.00 LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | | **2' 4" X 6' 8"** | | | **Opens into FAMILY_ROOM** | | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 90. Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| *CEILING CONTENTS* | | | | | | | |
| 91. Recessed light fixture - Detach & reset entire unit | 1.00 EA | | 0.00 | 141.18 | 0.00 | 28.24 | 169.42 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Hallway 1

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **MASKING - PAINT PREP** | | | | | | | |
| 92. Floor protection - cloth - skid resistant, leak proof | 15.44 SF | | 1.13 | 0.00 | 0.39 | 3.58 | 21.42 |
| 93. Mask the walls per square foot - plastic and tape - 4 mil | 112.44 SF | | 0.00 | 0.29 | 0.51 | 6.62 | 39.74 |
| 94. Clean the walls and ceiling | 127.88 SF | | 0.00 | 0.52 | 0.08 | 13.32 | 79.90 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 95. Scrape the ceiling & prep for paint | 15.44 SF | | 0.00 | 0.76 | 0.01 | 2.34 | 14.08 |
| 96. Texture drywall - machine - knockdown | 15.44 SF | | 0.00 | 1.32 | 0.06 | 4.10 | 24.54 |
| 97. Seal the ceiling w/PVA primer - one coat | 15.44 SF | | 0.00 | 0.69 | 0.06 | 2.16 | 12.87 |
| 98. Paint the ceiling - two coats | 15.44 SF | | 0.00 | 1.18 | 0.31 | 3.70 | 22.23 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 99. Scrape the walls & prep for paint | 112.44 SF | | 0.00 | 0.76 | 0.07 | 17.12 | 102.64 |
| 100. Texture drywall - machine | 112.44 SF | | 0.00 | 0.92 | 0.44 | 20.76 | 124.64 |
| 101. Seal the walls w/PVA primer - one coat | 112.44 SF | | 0.00 | 0.69 | 0.44 | 15.60 | 93.62 |
| 102. Paint the walls - two coats | 112.44 SF | | 0.00 | 1.18 | 2.27 | 27.00 | 161.95 |
| **TRIM - BASEBOARD** | | | | | | | |
| 103. R&R Baseboard - 4 1/4" | 13.67 LF | | 0.67 | 5.57 | 2.61 | 17.58 | 105.49 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 104. Caulking - acrylic | 13.67 LF | | 0.00 | 2.82 | 0.17 | 7.76 | 46.48 |
| 105. Seal (1 coat) & paint (1 coat) baseboard | 13.67 LF | | 0.00 | 1.78 | 0.13 | 4.88 | 29.34 |
| **DOORS** | | | | | | | |
| 106. Seal & paint door/window trim & jamb - (per side) | 4.00 EA | | 0.00 | 37.75 | 1.57 | 30.52 | 183.09 |
| **CLEANING** | | | | | | | |
| 107. Clean floor - tile - Heavy clean | 15.44 SF | | 0.00 | 1.15 | 0.07 | 3.58 | 21.41 |
| 108. Final cleaning - construction - Residential | 15.44 SF | | 0.00 | 0.39 | 0.00 | 1.20 | 7.22 |
| Totals: Hallway 1 | | | | | 9.19 | 214.90 | 1,289.07 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| Hallway 2 | | Height: 8' |
|---|---|---|
| 232.13 SF Walls | 70.96 SF Ceiling | |
| 303.09 SF Walls & Ceiling | 70.96 SF Floor | |
| 7.88 SY Flooring | 28.18 LF Floor Perimeter | |
| 33.18 LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**          5' X 6' 8"          Opens into HALLWAY_3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 109.  Outlet or switch - Detach & reset | 2.00 EA | | 0.00 | 24.15 | 0.00 | 9.66 | 57.96 |
| 110.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 40.42 | 0.00 | 8.08 | 48.50 |
| 111.  Thermostat - Detach & reset | 1.00 EA | | 0.00 | 59.72 | 0.00 | 11.94 | 71.66 |
| ***CEILING CONTENTS*** | | | | | | | |
| 112.  Light fixture - Detach & reset | 1.00 EA | | 0.00 | 67.33 | 0.00 | 13.46 | 80.79 |
| 113.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 114.  Floor protection - cloth - skid resistant, leak proof | 70.96 SF | | 1.13 | 0.00 | 1.80 | 16.40 | 98.38 |
| 115.  Mask the walls per square foot - plastic and tape - 4 mil | 232.13 SF | | 0.00 | 0.29 | 1.06 | 13.68 | 82.06 |
| 116.  Clean the walls and ceiling | 303.09 SF | | 0.00 | 0.52 | 0.20 | 31.56 | 189.37 |

Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:

https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 117.  Scrape the ceiling & prep for paint | 70.96 SF | | 0.00 | 0.76 | 0.05 | 10.80 | 64.78 |
| 118.  Texture drywall - machine - knockdown | 70.96 SF | | 0.00 | 1.32 | 0.28 | 18.80 | 112.75 |
| 119.  Seal the ceiling w/PVA primer - one coat | 70.96 SF | | 0.00 | 0.69 | 0.28 | 9.86 | 59.10 |
| 120.  Paint the ceiling - two coats | 70.96 SF | | 0.00 | 1.18 | 1.43 | 17.02 | 102.18 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 121.  Scrape the walls & prep for paint | 232.13 SF | | 0.00 | 0.76 | 0.15 | 35.32 | 211.89 |
| 122.  Texture drywall - machine | 232.13 SF | | 0.00 | 0.92 | 0.91 | 42.90 | 257.37 |
| 123.  Seal the walls w/PVA primer - one coat | 232.13 SF | | 0.00 | 0.69 | 0.91 | 32.22 | 193.30 |
| 124.  Paint the walls - two coats | 232.13 SF | | 0.00 | 1.18 | 4.68 | 55.72 | 334.31 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Hallway 2**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **TRIM - BASEBOARD** | | | | | | | |
| 125.  R&R Baseboard - 4 1/4" | 28.18 LF | | 0.67 | 5.57 | 5.39 | 36.26 | 217.49 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 126.  Caulking - acrylic | 28.18 LF | | 0.00 | 2.82 | 0.35 | 15.98 | 95.80 |
| 127.  Seal (1 coat) & paint (1 coat) baseboard | 28.18 LF | | 0.00 | 1.78 | 0.27 | 10.10 | 60.53 |
| **DOORS** | | | | | | | |
| 128.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| 129.  Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |
| **CLEANING** | | | | | | | |
| 130.  Clean floor - tile - Heavy clean | 70.96 SF | | 0.00 | 1.15 | 0.32 | 16.38 | 98.30 |
| 131.  Final cleaning - construction - Residential | 70.96 SF | | 0.00 | 0.39 | 0.00 | 5.54 | 33.21 |
| Totals:  Hallway 2 | | | | | 19.80 | 448.48 | 2,690.52 |



**Hallway 3**                                                                                          **Height: 8'**

| 124.81  SF Walls | 23.01  SF Ceiling |
|---|---|
| 147.82  SF Walls & Ceiling | 23.01  SF Floor |
| 2.56  SY Flooring | 14.77  LF Floor Perimeter |
| 19.77  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | | **5' X 6' 8"** | | **Opens into HALLWAY_2** | | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
| **CONTENTS** | | | | | | | |
| 132.  Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| *CEILING CONTENTS* | | | | | | | |
| 133.  Recessed light fixture - Detach & reset entire unit | 1.00 EA | | 0.00 | 141.18 | 0.00 | 28.24 | 169.42 |
| **MASKING - PAINT PREP** | | | | | | | |
| 134.  Floor protection - cloth - skid resistant, leak proof | 23.01 SF | | 1.13 | 0.00 | 0.58 | 5.32 | 31.90 |
| 135.  Mask the walls per square foot - plastic and tape - 4 mil | 124.81 SF | | 0.00 | 0.29 | 0.57 | 7.36 | 44.12 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## CONTINUED - Hallway 3

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 136.  Clean the walls and ceiling | 147.82 SF | | 0.00 | 0.52 | 0.10 | 15.40 | 92.37 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 137.  Scrape the ceiling & prep for paint | 23.01 SF | | 0.00 | 0.76 | 0.01 | 3.50 | 21.00 |
| 138.  Texture drywall - machine - knockdown | 23.01 SF | | 0.00 | 1.32 | 0.09 | 6.10 | 36.56 |
| 139.  Seal the ceiling w/PVA primer - one coat | 23.01 SF | | 0.00 | 0.69 | 0.09 | 3.20 | 19.17 |
| 140.  Paint the ceiling - two coats | 23.01 SF | | 0.00 | 1.18 | 0.46 | 5.54 | 33.15 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 141.  Scrape the walls & prep for paint | 124.81 SF | | 0.00 | 0.76 | 0.08 | 19.00 | 113.94 |
| 142.  Texture drywall - machine | 124.81 SF | | 0.00 | 0.92 | 0.49 | 23.06 | 138.38 |
| 143.  Seal the walls w/PVA primer - one coat | 124.81 SF | | 0.00 | 0.69 | 0.49 | 17.32 | 103.93 |
| 144.  Paint the walls - two coats | 124.81 SF | | 0.00 | 1.18 | 2.51 | 29.96 | 179.75 |
| **TRIM - BASEBOARD** | | | | | | | |
| 145.  R&R Baseboard - 4 1/4" | 14.77 LF | | 0.67 | 5.57 | 2.82 | 19.00 | 113.99 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 146.  Caulking - acrylic | 14.77 LF | | 0.00 | 2.82 | 0.18 | 8.38 | 50.21 |
| 147.  Seal (1 coat) & paint (1 coat) baseboard | 14.77 LF | | 0.00 | 1.78 | 0.14 | 5.28 | 31.71 |
| **DOORS** | | | | | | | |
| 148.  Seal & paint door/window trim & jamb - (per side) | 2.00 EA | | 0.00 | 37.75 | 0.79 | 15.26 | 91.55 |
| **CLEANING** | | | | | | | |
| 149.  Clean floor - tile - Heavy clean | 23.01 SF | | 0.00 | 1.15 | 0.10 | 5.32 | 31.88 |
| 150.  Final cleaning - construction - Residential | 23.01 SF | | 0.00 | 0.39 | 0.00 | 1.80 | 10.77 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Hallway 3 | | | | | 9.50 | 223.88 | 1,342.79 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| Kitchen | | Height: 9' |
|---|---|---|
| 496.83 SF Walls | | 328.96 SF Ceiling |
| 825.80 SF Walls & Ceiling | | 328.96 SF Floor |
| 36.55 SY Flooring | | 54.17 LF Floor Perimeter |
| 58.17 LF Ceil. Perimeter | | |

| Missing Wall - Goes to Floor | 4' X 6' 8" | Opens into FAMILY_ROOM |
|---|---|---|
| Missing Wall | 16' 1 1/16" X 9' | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 151. Outlet or switch - Detach & reset | 8.00 EA | | 0.00 | 24.15 | 0.00 | 38.64 | 231.84 |
| 152. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | | 0.00 | 40.42 | 0.00 | 24.26 | 145.52 |
| 153. Window drapery - hardware - Detach & reset | 2.00 EA | | 0.00 | 40.42 | 0.00 | 16.16 | 97.00 |
| 154. Window drapery - remove and rehang - per hour | 2.00 HR | | 0.00 | 67.85 | 0.00 | 27.14 | 162.84 |
| 155. Refrigerator - Remove & reset | 1.00 EA | | 0.00 | 64.36 | 0.00 | 12.88 | 77.24 |
| 156. Range - electric - Remove & reset | 1.00 EA | | 0.00 | 48.28 | 0.00 | 9.66 | 57.94 |
| 157. Microwave oven - over range or drawer type- Detach & reset | 1.00 EA | | 0.00 | 157.43 | 0.00 | 31.48 | 188.91 |
| 158. Dishwasher - Detach & reset | 1.00 EA | | 0.00 | 286.79 | 0.00 | 57.36 | 344.15 |
| *CEILING CONTENTS* | | | | | | | |
| 159. Chandelier - Detach & reset | 2.00 EA | | 0.00 | 175.05 | 0.00 | 70.02 | 420.12 |
| 160. Recessed light fixture - Detach & reset entire unit | 6.00 EA | | 0.00 | 141.18 | 0.00 | 169.42 | 1,016.50 |
| 161. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| 162. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 65.19 | 0.00 | 13.04 | 78.23 |
| **MASKING - PAINT PREP** | | | | | | | |
| 163. Floor protection - cloth - skid resistant, leak proof | 328.96 SF | | 1.13 | 0.00 | 8.34 | 76.00 | 456.06 |
| 164. Mask the walls per square foot - plastic and tape - 4 mil | 496.83 SF | | 0.00 | 0.29 | 2.26 | 29.28 | 175.62 |
| 165. Clean part of the walls and ceiling | 793.80 SF | | 0.00 | 0.52 | 0.52 | 82.66 | 495.96 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms

**CEILING - DRYWALL REPAIRS**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Kitchen**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 166. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | | 0.61 | 3.16 | 1.68 | 24.46 | 146.78 |
| 167. Drywall Installer / Finisher - per hour | 4.00 HR | | 0.00 | 126.01 | 0.00 | 100.80 | 604.84 |
| 168. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | | 0.53 | 2.04 | 3.04 | 17.06 | 102.34 |
| 169. Seal floor/ceiling joist system (anti-microbial coating) | 32.00 SF | | 0.00 | 3.41 | 4.51 | 22.72 | 136.35 |
| 170. Scrape part of the ceiling & prep for paint | 296.96 SF | | 0.00 | 0.76 | 0.19 | 45.18 | 271.06 |
| 171. Texture drywall - machine - knockdown | 328.96 SF | | 0.00 | 1.32 | 1.28 | 87.10 | 522.61 |
| 172. Seal the ceiling w/PVA primer - one coat | 328.96 SF | | 0.00 | 0.69 | 1.28 | 45.66 | 273.92 |
| 173. Paint the ceiling - two coats | 328.96 SF | | 0.00 | 1.18 | 6.63 | 78.96 | 473.76 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 174. Scrape part of the walls & prep for paint | 464.83 SF | | 0.00 | 0.76 | 0.30 | 70.72 | 424.29 |
| 175. Texture drywall - machine | 464.83 SF | | 0.00 | 0.92 | 1.81 | 85.88 | 515.33 |
| 176. Seal part of the walls w/PVA primer - one coat | 464.83 SF | | 0.00 | 0.69 | 1.81 | 64.50 | 387.04 |
| 177. Paint part of the walls - two coats | 464.83 SF | | 0.00 | 1.18 | 9.37 | 111.58 | 669.45 |
| **TRIM - BASEBOARD** | | | | | | | |
| 178. R&R Baseboard - 4 1/4" | 54.17 LF | | 0.67 | 5.57 | 10.35 | 69.68 | 418.05 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 179. Caulking - acrylic | 54.17 LF | | 0.00 | 2.82 | 0.67 | 30.70 | 184.13 |
| 180. Seal (1 coat) & paint (1 coat) baseboard | 54.17 LF | | 0.00 | 1.78 | 0.53 | 19.38 | 116.33 |
| **CLEANING** | | | | | | | |
| 181. Clean floor - tile - Heavy clean | 328.96 SF | | 0.00 | 1.15 | 1.50 | 75.96 | 455.76 |
| 182. Final cleaning - construction - Residential | 328.96 SF | | 0.00 | 0.39 | 0.00 | 25.66 | 153.95 |

| Totals: Kitchen | | | | | 56.07 | 1,637.58 | 9,825.37 |
|---|---|---|---|---|---|---|---|



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664



| **Living Room** | | | | | | Height: 9' |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 447.00 SF Walls | | 235.00 SF Ceiling |
| 682.00 SF Walls & Ceiling | | 235.00 SF Floor |
| 26.11 SY Flooring | | 49.67 LF Floor Perimeter |
| 49.67 LF Ceil. Perimeter | | |

| **Missing Wall** | **16' 1 1/16" X 9'** | **Opens into KITCHEN** |
|---|---|---|

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 183. Outlet or switch - Detach & reset | 5.00 EA | | 0.00 | 24.15 | 0.00 | 24.16 | 144.91 |
| 184. Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 185. Window blind - horizontal or vertical - Detach & reset | 4.00 EA | | 0.00 | 40.42 | 0.00 | 32.34 | 194.02 |
| *CEILING CONTENTS* | | | | | | | |
| 186. Ceiling fan - Detach & reset | 1.00 EA | | 0.00 | 239.81 | 0.00 | 47.96 | 287.77 |
| 187. Cold air return cover - Detach & reset | 1.00 EA | | 0.00 | 24.39 | 0.00 | 4.88 | 29.27 |
| 188. Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | | 0.00 | 17.87 | 0.00 | 7.14 | 42.88 |
| **MASKING - PAINT PREP** | | | | | | | |
| 189. Floor protection - cloth - skid resistant, leak proof | 235.00 SF | | 1.13 | 0.00 | 5.96 | 54.32 | 325.83 |
| 190. Mask the walls per square foot - plastic and tape - 4 mil | 447.00 SF | | 0.00 | 0.29 | 2.03 | 26.32 | 157.98 |
| 191. Clean the walls and ceiling | 682.00 SF | | 0.00 | 0.52 | 0.44 | 71.00 | 426.08 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 192. Scrape the ceiling & prep for paint | 235.00 SF | | 0.00 | 0.76 | 0.15 | 35.76 | 214.51 |
| 193. Texture drywall - machine - knockdown | 235.00 SF | | 0.00 | 1.32 | 0.92 | 62.22 | 373.34 |
| 194. Seal the ceiling w/PVA primer - one coat | 235.00 SF | | 0.00 | 0.69 | 0.92 | 32.62 | 195.69 |
| 195. Paint the ceiling - two coats | 235.00 SF | | 0.00 | 1.18 | 4.74 | 56.40 | 338.44 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 196. Scrape the walls & prep for paint | 447.00 SF | | 0.00 | 0.76 | 0.29 | 68.00 | 408.01 |
| 197. Texture drywall - machine | 447.00 SF | | 0.00 | 0.92 | 1.74 | 82.58 | 495.56 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Living Room**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 198.  Seal the walls w/PVA primer - one coat | 447.00 SF | | 0.00 | 0.69 | 1.74 | 62.02 | 372.19 |
| 199.  Paint the walls - two coats | 447.00 SF | | 0.00 | 1.18 | 9.01 | 107.30 | 643.77 |
| **TRIM - BASEBOARD** | | | | | | | |
| 200.  R&R Baseboard - 4 1/4" | 49.67 LF | | 0.67 | 5.57 | 9.49 | 63.90 | 383.33 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 201.  Caulking - acrylic | 49.67 LF | | 0.00 | 2.82 | 0.61 | 28.14 | 168.82 |
| 202.  Seal (1 coat) & paint (1 coat) baseboard | 49.67 LF | | 0.00 | 1.78 | 0.48 | 17.78 | 106.67 |
| **DOORS** | | | | | | | |
| 203.  Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |
| **CLEANING** | | | | | | | |
| 204.  Clean floor - Heavy | 235.00 SF | | 0.00 | 0.86 | 0.15 | 40.46 | 242.71 |
| 205.  Final cleaning - construction - Residential | 235.00 SF | | 0.00 | 0.39 | 0.00 | 18.34 | 109.99 |
| Totals:  Living Room | | | | | 39.60 | 968.12 | 5,808.68 |



**Stairs**                                                                     **Height: 18' 2"**

240.64 SF Walls                          26.67 SF Ceiling
267.31 SF Walls & Ceiling                48.76 SF Floor
5.42 SY Flooring                         19.56 LF Floor Perimeter
16.00 LF Ceil. Perimeter

**Missing Wall**          **3' 4" X 18' 2"**          **Opens into Exterior**



**Subroom:  Stairs1 (2)**                                                      **Height: 11' 11"**

157.85 SF Walls                          21.90 SF Ceiling
179.76 SF Walls & Ceiling                21.90 SF Floor
2.43 SY Flooring                         13.25 LF Floor Perimeter
13.25 LF Ceil. Perimeter

**Missing Wall**          **3' 3" X 11' 10 15/16"**          **Opens into STAIRS2**
**Missing Wall**          **3' 4" X 11' 10 15/16"**          **Opens into STAIRS**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Stairs**

| Subroom: Stairs2 (1) | | Height: 11' 11" |
|---|---|---|
| 158.16 SF Walls | | 29.25 SF Ceiling |
| 187.41 SF Walls & Ceiling | | 50.79 SF Floor |
| 5.64 SY Flooring | | 21.23 LF Floor Perimeter |
| 18.00 LF Ceil. Perimeter | | |

| Missing Wall | 3' 3" X 11' 10 15/16" | Opens into STAIRS1 |
|---|---|---|
| Missing Wall | 3' 3" X 11' 10 15/16" | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 206.  Outlet or switch - Detach & reset | 1.00 EA | | 0.00 | 24.15 | 0.00 | 4.84 | 28.99 |
| 207.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | | 0.00 | 40.42 | 0.00 | 8.08 | 48.50 |
| 208.  Mirror - plate glass - Detach & reset | 5.00 SF | | 0.00 | 7.26 | 0.00 | 7.26 | 43.56 |
| **CEILING CONTENTS** | | | | | | | |
| 209.  Detach & Reset Hanging light fixture | 1.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 13.46 | 80.79 |
| 210.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| **MASKING - PAINT PREP** | | | | | | | |
| 211.  Floor protection - cloth - skid resistant, leak proof | 121.46 SF | | 1.13 | 0.00 | 3.08 | 28.08 | 168.41 |
| 212.  Mask the walls per square foot - plastic and tape - 4 mil | 556.65 SF | | 0.00 | 0.29 | 2.53 | 32.78 | 196.74 |
| 213.  Clean the walls and ceiling | 634.47 SF | | 0.00 | 0.52 | 0.41 | 66.06 | 396.39 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 214.  Additional cost for high wall or ceiling - Over 14' | 172.32 SF | | 0.00 | 0.10 | 0.00 | 3.44 | 20.67 |
| **CEILING - DRYWALL REPAIRS** | | | | | | | |
| 215.  Scrape the ceiling & prep for paint | 77.82 SF | | 0.00 | 0.76 | 0.05 | 11.84 | 71.03 |
| 216.  Texture drywall - machine - knockdown | 77.82 SF | | 0.00 | 1.32 | 0.30 | 20.60 | 123.62 |
| 217.  Seal the ceiling w/PVA primer - one coat | 77.82 SF | | 0.00 | 0.69 | 0.30 | 10.80 | 64.80 |
| 218.  Paint the ceiling - two coats | 77.82 SF | | 0.00 | 1.18 | 1.57 | 18.68 | 112.08 |



**Lifeline Public Adjusters**



7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

### CONTINUED - Stairs

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 219. Additional cost for high wall or ceiling - Over 14' | 77.82 SF | | 0.00 | 0.11 | 0.00 | 1.72 | 10.28 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 220. Scrape the walls & prep for paint | 556.65 SF | | 0.00 | 0.76 | 0.36 | 84.70 | 508.11 |
| 221. Texture drywall - machine | 556.65 SF | | 0.00 | 0.92 | 2.17 | 102.86 | 617.15 |
| 222. Seal the walls w/PVA primer - one coat | 556.65 SF | | 0.00 | 0.69 | 2.17 | 77.26 | 463.52 |
| 223. Paint the walls - two coats | 556.65 SF | | 0.00 | 1.18 | 11.22 | 133.62 | 801.69 |
| 224. Additional cost for high wall or ceiling - Over 14' | 94.50 SF | | 0.00 | 0.11 | 0.00 | 2.08 | 12.48 |
| **TRIM - BASEBOARD** | | | | | | | |
| 225. R&R Baseboard - 4 1/4" | 13.25 LF | | 0.67 | 5.57 | 2.53 | 17.04 | 102.25 |
| **Includes: Baseboard, finish nails, and installation labor.** | | | | | | | |
| **Note: Base needs to be removed and replaced to allow for new texture application.** | | | | | | | |
| 226. Caulking - acrylic | 13.25 LF | | 0.00 | 2.82 | 0.16 | 7.52 | 45.05 |
| 227. Seal (1 coat) & paint (1 coat) baseboard | 13.25 LF | | 0.00 | 1.78 | 0.13 | 4.74 | 28.46 |
| 228. Paint stair skirt/apron | 40.79 LF | | 0.00 | 6.91 | 1.06 | 56.60 | 339.52 |
| **CLEANING** | | | | | | | |
| 229. Clean and deodorize carpet | 121.46 SF | | 0.00 | 0.64 | 0.08 | 15.56 | 93.37 |
| 230. Final cleaning - construction - Residential | 121.46 SF | | 0.00 | 0.39 | 0.00 | 9.48 | 56.85 |
| Totals: Stairs | | | | | 28.12 | 742.68 | 4,455.76 |
| **Total: 1st Floor** | | | | | **246.01** | **6,361.16** | **38,164.88** |

### 2nd Floor



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

| Loft | | Height: 8' |
|---|---|---|
| 720.00 SF Walls | | 496.56 SF Ceiling |
| 1,216.56 SF Walls & Ceiling | | 496.56 SF Floor |
| 55.17 SY Flooring | | 90.00 LF Floor Perimeter |
| 90.00 LF Ceil. Perimeter | | |

| Missing Wall | 3' 3" X 8' | Opens into Exterior |
|---|---|---|
| Missing Wall | 4' 4" X 8' | Opens into Exterior |
| Missing Wall | 5' 3" X 8' | Opens into Exterior |
| Missing Wall | 9' 7 15/16" X 8' | Opens into Exterior |
| Missing Wall | 2' X 8' | Opens into Exterior |
| Missing Wall | 20' 2" X 8' | Opens into Exterior |

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| **CONTENTS** | | | | | | | |
| 231. Outlet or switch - Detach & reset | 11.00 EA | | 0.00 | 24.15 | 0.00 | 53.14 | 318.79 |
| 232. Phone, TV, or speaker outlet - Detach & reset | 1.00 EA | | 0.00 | 32.60 | 0.00 | 6.52 | 39.12 |
| 233. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | | 0.00 | 40.42 | 0.00 | 24.26 | 145.52 |
| 234. Thermostat - Detach & reset | 1.00 EA | | 0.00 | 59.72 | 0.00 | 11.94 | 71.66 |
| 235. Detach & Reset Light fixture - wall sconce | 2.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 26.94 | 161.60 |
| 236. Mirror - plate glass - Detach & reset | 3.00 SF | | 0.00 | 7.26 | 0.00 | 4.36 | 26.14 |
| *CEILING CONTENTS* | | | | | | | |
| 237. Detach & Reset Light fixture | 1.00 EA | 67.33 | 0.00 | 0.00 | 0.00 | 13.46 | 80.79 |
| 238. Recessed light fixture - Detach & reset entire unit | 3.00 EA | | 0.00 | 141.18 | 0.00 | 84.70 | 508.24 |
| 239. Smoke detector - Detach & reset | 1.00 EA | | 0.00 | 65.19 | 0.00 | 13.04 | 78.23 |
| 240. Cold air return cover - Detach & reset | 2.00 EA | | 0.00 | 24.39 | 0.00 | 9.76 | 58.54 |
| 241. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | | 0.00 | 17.87 | 0.00 | 3.58 | 21.45 |
| 242. Remove Attic entrance cover and trim | 1.00 EA | | 11.38 | 0.00 | 0.00 | 2.28 | 13.66 |
| 243. Install Attic entrance cover and trim | 1.00 EA | | 0.00 | 81.09 | 0.00 | 16.22 | 97.31 |
| 244. Seal (1 coat) & paint (1 coat) trim to paint attic entrance trim | 10.00 LF | | 0.00 | 1.69 | 0.10 | 3.40 | 20.40 |

**MASKING - PAINT PREP**



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## CONTINUED - Loft

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 245. Floor protection - cloth - skid resistant, leak proof | 496.56 SF | | 1.13 | 0.00 | 12.59 | 114.74 | 688.44 |
| 246. Mask the walls per square foot - plastic and tape - 4 mil | 720.00 SF | | 0.00 | 0.29 | 3.28 | 42.42 | 254.50 |
| 247. Clean the walls and ceiling | 1,216.56 SF | | 0.00 | 0.52 | 0.79 | 126.68 | 760.08 |

**Note: Major paint manufacturers recommend cleaning all surfaces prior to painting. See link below from Benjamin Moore paint for surface preparation instructions:**

**https://www.benjaminmoore.com/en-us/interior-exterior-paints-stains/how-to-advice/interiors/paint-rooms**

| **CEILING - DRYWALL REPAIRS** | | | | | | | |
|---|---|---|---|---|---|---|---|
| 248. Scrape the ceiling & prep for paint | 496.56 SF | | 0.00 | 0.76 | 0.32 | 75.54 | 453.25 |
| 249. Texture drywall - machine - knockdown | 496.56 SF | | 0.00 | 1.32 | 1.94 | 131.48 | 788.88 |
| 250. Seal the ceiling w/PVA primer - one coat | 496.56 SF | | 0.00 | 0.69 | 1.94 | 68.90 | 413.47 |
| 251. Paint the ceiling - two coats | 496.56 SF | | 0.00 | 1.18 | 10.01 | 119.18 | 715.13 |
| **WALLS - DRYWALL REPAIRS** | | | | | | | |
| 252. Scrape the walls & prep for paint | 720.00 SF | | 0.00 | 0.76 | 0.47 | 109.54 | 657.21 |
| 253. Texture drywall - machine | 720.00 SF | | 0.00 | 0.92 | 2.81 | 133.04 | 798.25 |
| 254. Seal the walls w/PVA primer - one coat | 720.00 SF | | 0.00 | 0.69 | 2.81 | 99.92 | 599.53 |
| 255. Paint the walls - two coats - 2 colors | 720.00 SF | | 0.00 | 1.47 | 14.51 | 214.58 | 1,287.49 |
| **TRIM - BASEBOARD** | | | | | | | |
| 256. R&R Baseboard - 4 1/4" | 90.00 LF | | 0.67 | 5.57 | 17.20 | 115.76 | 694.56 |

**Includes: Baseboard, finish nails, and installation labor.**

**Note: Base needs to be removed and replaced to allow for new texture application.**

| 257. Caulking - acrylic | 90.00 LF | | 0.00 | 2.82 | 1.11 | 50.98 | 305.89 |
|---|---|---|---|---|---|---|---|
| 258. Seal (1 coat) & paint (1 coat) baseboard | 90.00 LF | | 0.00 | 1.78 | 0.88 | 32.22 | 193.30 |
| **DOORS** | | | | | | | |
| 259. Seal & paint door/window trim & jamb - (per side) | 8.00 EA | | 0.00 | 37.75 | 3.15 | 61.04 | 366.19 |
| 260. Seal & paint door/window trim & jamb - Large (per side) | 2.00 EA | | 0.00 | 44.45 | 0.93 | 17.96 | 107.79 |
| **CLEANING** | | | | | | | |
| 261. Clean and deodorize carpet | 496.56 SF | | 0.00 | 0.64 | 0.32 | 63.62 | 381.74 |
| 262. Final cleaning - construction - Residential | 496.56 SF | | 0.00 | 0.39 | 0.00 | 38.74 | 232.40 |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

**CONTINUED - Loft**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| Totals: Loft | | | | | 75.16 | 1,889.94 | 11,339.55 |
| Total: 2nd Floor | | | | | **75.16** | **1,889.94** | **11,339.55** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | RESET | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 263. Mirror/shower door labor minimum | 1.00 EA | | 0.00 | 2.66 | 0.00 | 0.54 | 3.20 |
| 264. Window labor minimum | 1.00 EA | | 0.00 | 275.70 | 0.00 | 55.14 | 330.84 |
| Totals: Labor Minimums Applied | | | | | 0.00 | 55.68 | 334.04 |
| **Line Item Totals: ANDERSEN_14882_LPA** | | | | | **2,035.70** | **32,237.58** | **193,623.26** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,916.59 | SF Walls | 1,721.69 | SF Ceiling | 5,638.29 | SF Walls and Ceiling |
| 1,706.80 | SF Floor | 189.64 | SY Flooring | 379.49 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 405.35 | LF Ceil. Perimeter |
| | | | | | |
| 1,706.80 | Floor Area | 1,781.39 | Total Area | 3,359.94 | Interior Wall Area |
| 5,271.58 | Exterior Wall Area | 320.03 | Exterior Perimeter of Walls | | |
| | | | | | |
| 3,975.99 | Surface Area | 39.76 | Number of Squares | 429.83 | Total Perimeter Length |
| 68.83 | Total Ridge Length | 143.00 | Total Hip Length | | |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 159,349.98 |
| Material Sales Tax | 2,035.70 |
| | |
| Subtotal | 161,385.68 |
| Overhead | 16,118.79 |
| Profit | 16,118.79 |
| | |
| **Replacement Cost Value** | **$193,623.26** |
| **Net Claim** | **$193,623.26** |

_____

Joe Mannella



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (6.5%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (6.5%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 16,118.79 | 16,118.79 | 2,035.70 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **16,118.79** | **16,118.79** | **2,035.70** | **0.00** | **0.00** | **0.00** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap by Room

**Estimate: ANDERSEN_14882_LPA**

| | | |
|---|---:|---:|
| **Debris Removal** | **4,655.80** | **2.92%** |
| **Miscellaneous** | **1,690.72** | **1.06%** |
| **Area: Roof** | | |
| **House Roof** | **99,970.31** | **62.74%** |
| **Area Subtotal:  Roof** | **99,970.31** | **62.74%** |
| **Exterior** | **11,822.63** | **7.42%** |
| **Area: 1st Floor** | | |
| **Family Room** | **10,543.44** | **6.62%** |
| **Hallway 1** | **1,064.98** | **0.67%** |
| **Hallway 2** | **2,222.24** | **1.39%** |
| **Hallway 3** | **1,109.41** | **0.70%** |
| **Kitchen** | **8,131.72** | **5.10%** |
| **Living Room** | **4,800.96** | **3.01%** |
| **Stairs** | **3,684.96** | **2.31%** |
| **Area Subtotal:  1st Floor** | **31,557.71** | **19.80%** |
| **Area: 2nd Floor** | | |
| **Loft** | **9,374.45** | **5.88%** |
| **Area Subtotal:  2nd Floor** | **9,374.45** | **5.88%** |
| **Labor Minimums Applied** | **278.36** | **0.17%** |
| **Subtotal of Areas** | **159,349.98** | **100.00%** |
| **Total** | **159,349.98** | **100.00%** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| APPLIANCES | 556.86 | 0.29% |
| CLEANING | 9,124.34 | 4.71% |
| CONTENT MANIPULATION | 52.00 | 0.03% |
| GENERAL DEMOLITION | 12,770.85 | 6.60% |
| DRYWALL | 6,451.60 | 3.33% |
| ELECTRICAL | 2,429.17 | 1.25% |
| ELECTRICAL - SPECIAL SYSTEMS | 222.61 | 0.11% |
| FINISH CARPENTRY / TRIMWORK | 1,967.70 | 1.02% |
| FRAMING & ROUGH CARPENTRY | 2,748.44 | 1.42% |
| HEAT, VENT & AIR CONDITIONING | 577.35 | 0.30% |
| INSULATION | 93.50 | 0.05% |
| LABOR ONLY | 1,202.72 | 0.62% |
| LIGHT FIXTURES | 2,919.29 | 1.51% |
| MOISTURE PROTECTION | 3,464.84 | 1.79% |
| MIRRORS & SHOWER DOORS | 169.64 | 0.09% |
| PLUMBING | 81.41 | 0.04% |
| PAINTING | 26,048.82 | 13.45% |
| ROOFING | 85,448.52 | 44.13% |
| SCAFFOLDING | 168.00 | 0.09% |
| SIDING | 289.84 | 0.15% |
| STUCCO & EXTERIOR PLASTER | 699.90 | 0.36% |
| TEMPORARY REPAIRS | 479.00 | 0.25% |
| WINDOW REGLAZING & REPAIR | 44.62 | 0.02% |
| WINDOW TREATMENT | 863.26 | 0.45% |
| WINDOWS - WOOD | 275.70 | 0.14% |
| **O&P Items Subtotal** | **159,149.98** | **82.20%** |

| Non-O&P Items | Total | % |
|---|---:|---:|
| PERMITS AND FEES | 200.00 | 0.10% |
| **Non-O&P Items Subtotal** | **200.00** | **0.10%** |
| O&P Items Subtotal | 159,149.98 | 82.20% |
| Material Sales Tax | 2,035.70 | 1.05% |
| Overhead | 16,118.79 | 8.32% |
| Profit | 16,118.79 | 8.32% |
| **Total** | **193,623.26** | **100.00%** |



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

This repair estimate is based on our visual observations during the site inspection. The estimate specifically does not include any repairs for hidden damages. If additional damages occur and/or additional relevant documentation becomes available, please contact our office to schedule a follow up inspection to revise the estimate as needed. Please note, as with any professionally prepared estimate, there may be error and omissions which does not constitute misrepresentation on the part of Lifeline Public Adjusters or the insured. Any errors will be corrected as we become aware of them.

Lifeline Public Adjusters will estimate the damages as accurately as possible, this estimate does not include additional cost due to building code compliance. Lifeline Public Adjusters will provide the policyholder with a true and correct copy of any report, bid, or estimate for damage done on their home by Lifeline Public Adjusters when requested by the homeowner. This estimate is presented to the policyholder with the understanding that Lifeline Public Adjusters does not give legal advice. Lifeline Public Adjusters reserves the right to revise and/or amend this estimate as additional information becomes available. This estimate may not be reproduced or quoted, in whole or part without the expressed written permission of Lifeline Public Adjusters Nothing herein constitutes as a waiver of any rights of our client under their policy of insurance.

**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

1    1-1-Jan 07, 2025 14-35-11-jpWz
     Date Taken: 1/7/2025



2    2-2-Jan 07, 2025 14-35-01-iosM
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

3    3-3-Jan 07, 2025 14-35-02-iFUz
     Date Taken: 1/7/2025



4    4-4-Jan 07, 2025 14-35-03-6iNb
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

5    5-5-Jan 07, 2025 14-35-04-pMNj
     Date Taken: 1/7/2025



6    6-6-Jan 07, 2025 14-35-13-Lwch
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

7    7-7-Jan 07, 2025 14-35-10-cJAg
     Date Taken: 1/7/2025



8    8-8-Jan 07, 2025 14-35-06-4bXJ
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

9    9-9-Jan 07, 2025 14-35-10-LLSw
     Date Taken: 1/7/2025



10   10-10-Jan 07, 2025 14-35-07-
     xP2C
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

11   11-11-Jan 07, 2025 14-35-14-scSd
      Date Taken: 1/7/2025



12   12-12-Jan 07, 2025 14-35-16-fCtw
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

13    13-13-Jan 07, 2025 14-35-33-
yGK9
Date Taken: 1/7/2025



14    14-14-Jan 07, 2025 14-35-16-xpkF
Date Taken: 1/7/2025





**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

15    15-15-Jan 07, 2025 14-35-30-
hVNx
Date Taken: 1/7/2025



16    16-16-Jan 07, 2025 14-35-31-pKcu
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

17    17-17-Jan 07, 2025 14-35-36-jQ9g
      Date Taken: 1/7/2025




18    18-18-Jan 07, 2025 14-35-44-yei2
      Date Taken: 1/7/2025



2/24/2025        Page: 35

**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

19    19-19-Jan 07, 2025 14-35-45-kNye
      Date Taken: 1/7/2025





20    20-20-Jan 07, 2025 14-35-46-ddjM
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

21    21-21-Jan 07, 2025 14-35-46-6giz
Date Taken: 1/7/2025



22    22-22-Jan 07, 2025 14-35-48-KjbJ
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

23   23-24-Jan 07, 2025 14-49-42-
AkUP
Date Taken: 1/7/2025



24   24-25-Jan 07, 2025 14-49-51-Pd2q
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

25  25-26-Jan 07, 2025 14-50-00-cjAq
    Date Taken: 1/7/2025



26  26-27-Jan 07, 2025 14-50-11-
    QGvA
    Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

27  27-28-Jan 07, 2025 14-50-27-59L1
    Date Taken: 1/7/2025



28  28-29-Jan 07, 2025 14-50-37-3RGH
    Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

29    29-30-Jan 07, 2025 14-50-54-
MZpS
Date Taken: 1/7/2025



30    30-31-Jan 07, 2025 14-51-02-
AofU
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

31   31-32-Jan 07, 2025 14-51-38-
YPJw
Date Taken: 1/7/2025



32   32-33-Jan 07, 2025 14-51-03-Limo
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

33   33-34-Jan 07, 2025 14-51-25-fgff
     Date Taken: 1/7/2025



34   34-35-Jan 07, 2025 14-51-05-xP2n
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

35    35-36-Jan 07, 2025 14-51-15-eaZ9
Date Taken: 1/7/2025



36    36-37-Jan 07, 2025 14-51-37-
kdDL
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

37  37-38-Jan 07, 2025 15-00-01-X2ij
Date Taken: 1/7/2025



38  38-39-Jan 07, 2025 14-55-10-9vPr
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

39    39-40-Jan 07, 2025 14-55-56-
tMJU
Date Taken: 1/7/2025



40    40-41-Jan 07, 2025 14-55-27-
BrNR
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

41    41-42-Jan 07, 2025 14-55-19-
      Wf6N
      Date Taken: 1/7/2025



42    42-43-Jan 07, 2025 14-55-20-
      osWN
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

43   43-44-Jan 07, 2025 14-55-17-
     DakZ
     Date Taken: 1/7/2025



44   44-45-Jan 07, 2025 14-55-52-jYiF
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

45  45-46-Jan 07, 2025 14-55-27-
    5nkH
    Date Taken: 1/7/2025



46  46-47-Jan 07, 2025 14-55-29-
    mLa1
    Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

47    47-48-Jan 07, 2025 14-55-11-pjPk
Date Taken: 1/7/2025



48    48-49-Jan 07, 2025 14-55-49-HajS
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

49    49-50-Jan 07, 2025 14-55-21-
      M3wC
      Date Taken: 1/7/2025



50    50-51-Jan 07, 2025 14-55-12-cget
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

51    51-52-Jan 07, 2025 14-55-18-veCc
       Date Taken: 1/7/2025



52    52-53-Jan 07, 2025 14-55-54-ixqJ
       Date Taken: 1/7/2025



## Lifeline Public Adjusters

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

53    53-54-Jan 07, 2025 14-56-27-7foi
     Date Taken: 1/7/2025



54    54-55-Jan 07, 2025 14-56-30-NfcS
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

55   55-56-Jan 07, 2025 14-56-19-
     g2Ny
     Date Taken: 1/7/2025



56   56-57-Jan 07, 2025 14-56-29-B5br
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

57  57-58-Jan 07, 2025 14-56-54-
57Mh
Date Taken: 1/7/2025



58  58-59-Jan 07, 2025 14-56-56-
DdVq
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

59   59-60-Jan 07, 2025 14-56-45-
YNeQ
Date Taken: 1/7/2025



60   60-61-Jan 07, 2025 14-57-19-
aVvZ
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

61   61-62-Jan 07, 2025 14-56-47-
dLQg
Date Taken: 1/7/2025



62   62-63-Jan 07, 2025 14-57-01-
UAfx
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

63   63-64-Jan 07, 2025 14-57-17-
9wYs
Date Taken: 1/7/2025



64   64-65-Jan 07, 2025 14-57-07-
FfZG
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

65   65-66-Jan 07, 2025 14-57-08-
Mmpp
Date Taken: 1/7/2025



66   66-67-Jan 07, 2025 14-57-12-XfrR
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

67  67-68-Jan 07, 2025 14-57-25-
    KKrS
    Date Taken: 1/7/2025



68  68-69-Jan 07, 2025 14-57-20-
    gm4P
    Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

69   69-70-Jan 07, 2025 14-57-40-
     QfRV
     Date Taken: 1/7/2025



70   70-71-Jan 07, 2025 14-57-50-
     cLxY
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

71    71-72-Jan 07, 2025 14-57-35-
      HXx2
      Date Taken: 1/7/2025



72    72-73-Jan 07, 2025 14-57-37-
      PNVL
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

73   73-74-Jan 07, 2025 14-57-47-
QiMv
Date Taken: 1/7/2025



74   74-75-Jan 07, 2025 14-57-45-
pPQZ
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

75   75-76-Jan 07, 2025 14-57-57-
     xA32
     Date Taken: 1/7/2025



76   76-77-Jan 07, 2025 14-58-04-
     MrNx
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

77   77-78-Jan 07, 2025 14-58-07-jCKz
    Date Taken: 1/7/2025



78   78-79-Jan 07, 2025 14-58-16-9x88
    Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

79  79-80-Jan 07, 2025 14-58-22-
UeMY
Date Taken: 1/7/2025



80  80-81-Jan 07, 2025 14-58-30-
hNPw
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

81    81-82-Jan 07, 2025 14-58-42-42EF
Date Taken: 1/7/2025



82    82-83-Jan 07, 2025 14-58-21-hF4A
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

83   83-84-Jan 07, 2025 14-58-26-
     SBMq
     Date Taken: 1/7/2025



84   84-85-Jan 07, 2025 14-58-55-
     ZaVL
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

85  85-86-Jan 07, 2025 14-59-15-
Mn85
Date Taken: 1/7/2025



86  86-87-Jan 07, 2025 14-59-23-916E
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

87   87-88-Jan 07, 2025 14-59-24-
     H17h
     Date Taken: 1/7/2025



88   88-89-Jan 07, 2025 14-59-13-t8Eu
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

89    89-90-Jan 07, 2025 14-59-47-ZoSs
      Date Taken: 1/7/2025



90    90-91-Jan 07, 2025 15-00-28-ki81
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

91   91-92-Jan 07, 2025 14-59-46-
wV74
Date Taken: 1/7/2025



92   92-93-Jan 07, 2025 15-00-00-qhJd
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

93   93-94-Jan 07, 2025 15-00-05-
     DSXg
     Date Taken: 1/7/2025



94   94-95-Jan 07, 2025 14-59-52-
     BLVz
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

95    95-96-Jan 07, 2025 15-00-11-fje6
      Date Taken: 1/7/2025



96    96-97-Jan 07, 2025 15-04-19-bFcF
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

97    97-98-Jan 07, 2025 15-04-23-
      EQ3x
      Date Taken: 1/7/2025



98    98-99-Jan 07, 2025 15-04-32-ufb1
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

99   99-100-Jan 07, 2025 15-04-24-
     E6f5
     Date Taken: 1/7/2025



100  100-101-Jan 07, 2025 15-04-26-
     jmV8
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

101   101-102-Jan 07, 2025 15-04-39-
      jtAN
      Date Taken: 1/7/2025



102   102-103-Jan 07, 2025 15-04-33-
      i5Q4
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

103  103-104-Jan 07, 2025 15-04-34-
     4KUW
     Date Taken: 1/7/2025



104  104-105-Jan 07, 2025 15-04-39-
     oTBN
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

105  105-106-Jan 07, 2025 15-05-04-
3hZ1
Date Taken: 1/7/2025



106  106-107-Jan 07, 2025 15-05-05-
oJz3
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

107  107-108-Jan 07, 2025 15-05-47-
qjWf
Date Taken: 1/7/2025



108  108-109-Jan 07, 2025 15-05-28-
wiTe
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

109  109-110-Jan 07, 2025 15-05-46-
xKzG
Date Taken: 1/7/2025



110  110-111-Jan 07, 2025 15-05-50-
UqkV
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

111  111-112-Jan 07, 2025 15-05-52-
     est5
     Date Taken: 1/7/2025



112  112-113-Jan 07, 2025 15-06-04-
     uphw
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

113  113-114-Jan 07, 2025 15-06-06-
FrQt
Date Taken: 1/7/2025



114  114-115-Jan 07, 2025 15-06-21-
wWZg
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

115  115-116-Jan 07, 2025 15-24-58-
yaQV
Date Taken: 1/7/2025



116  116-117-Jan 07, 2025 15-24-51-
19Pk
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

117  117-118-Jan 07, 2025 15-25-05-
cbog
Date Taken: 1/7/2025



118  118-119-Jan 07, 2025 15-24-58-
JkD5
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

119  119-120-Jan 07, 2025 15-24-52-
     ADQJ
     Date Taken: 1/7/2025



120  120-121-Jan 07, 2025 15-25-01-
     ib7D
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

121  121-122-Jan 07, 2025 15-24-55-
vvQa
Date Taken: 1/7/2025



122  122-123-Jan 07, 2025 15-24-57-
khoh
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

123   123-124-Jan 07, 2025 15-25-01-
      tCrG
      Date Taken: 1/7/2025



124   124-125-Jan 07, 2025 15-25-05-
      bRzX
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

125  125-126-Jan 07, 2025 15-25-07-
4q8z
Date Taken: 1/7/2025



126  126-127-Jan 07, 2025 15-25-05-
n483
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

127   127-128-Jan 07, 2025 15-25-07-
      JAuJ
      Date Taken: 1/7/2025



128   128-129-Jan 07, 2025 15-25-31-
      5e5q
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

129   129-130-Jan 07, 2025 15-25-33-
G5bv
Date Taken: 1/7/2025



130   130-131-Jan 07, 2025 15-25-33-
WaGV
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

131  131-132-Jan 07, 2025 15-25-35-
Exib
Date Taken: 1/7/2025



132  132-133-Jan 07, 2025 15-25-41-
DUks
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

133   133-134-Jan 07, 2025 15-25-49-oGz9
Date Taken: 1/7/2025



134   134-135-Jan 07, 2025 15-25-49-kQWU
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

135  135-136-Jan 07, 2025 15-25-52-
rPiw
Date Taken: 1/7/2025



136  136-137-Jan 07, 2025 15-25-52-
LbWR
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

137  137-138-Jan 07, 2025 15-25-52-
RJ12
Date Taken: 1/7/2025



138  138-139-Jan 07, 2025 15-25-59-
1jET
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

139  139-140-Jan 07, 2025 15-26-02-
     qfSr
     Date Taken: 1/7/2025



140  140-141-Jan 07, 2025 15-26-02-
     8ELk
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

141  141-142-Jan 07, 2025 15-26-02-
     tmHr
     Date Taken: 1/7/2025



142  142-143-Jan 07, 2025 15-26-02-
     1s35
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

143  143-144-Jan 07, 2025 15-26-02-
AWwE
Date Taken: 1/7/2025



144  144-145-Jan 07, 2025 15-26-10-
ERZ5
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

145  145-146-Jan 07, 2025 15-26-10-
JizV
Date Taken: 1/7/2025



146  146-147-Jan 07, 2025 15-26-10-
R3et
Date Taken: 1/7/2025

**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

147  147-148-Jan 07, 2025 15-26-10-
     7QFn
     Date Taken: 1/7/2025



148  148-149-Jan 07, 2025 15-26-17-
     33sS
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

149  149-150-Jan 07, 2025 15-26-17-
9bZd
Date Taken: 1/7/2025



150  150-151-Jan 07, 2025 15-26-19-
E81w
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

151  151-152-Jan 07, 2025 15-26-24-
CCPC
Date Taken: 1/7/2025



152  152-153-Jan 07, 2025 15-00-52-
bRyH
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

153   153-154-Jan 07, 2025 15-00-59-
      GciE
      Date Taken: 1/7/2025



154   154-155-Jan 07, 2025 15-00-24-
      L3go
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

155  155-156-Jan 07, 2025 15-00-29-
tqQE
Date Taken: 1/7/2025



156  156-157-Jan 07, 2025 15-01-12-
7VaW
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

157  157-158-Jan 07, 2025 15-01-42-
dUqq
Date Taken: 1/7/2025



158  158-159-Jan 07, 2025 15-01-02-
toF7
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

159  159-160-Jan 07, 2025 15-00-10-
xSC9
Date Taken: 1/7/2025



160  160-161-Jan 07, 2025 15-00-42-
HorP
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

161  161-162-Jan 07, 2025 15-01-04-
qegY
Date Taken: 1/7/2025



162  162-163-Jan 07, 2025 15-01-12-
CLGS
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

163  163-164-Jan 07, 2025 15-00-26-
KsvS
Date Taken: 1/7/2025



164  164-165-Jan 07, 2025 15-00-49-
4Hws
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

165  165-166-Jan 07, 2025 15-00-54-
XQQd
Date Taken: 1/7/2025



166  166-167-Jan 07, 2025 15-00-39-
TfbJ
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

167  167-168-Jan 07, 2025 15-00-47-
WHZN
Date Taken: 1/7/2025



168  168-169-Jan 07, 2025 15-00-38-
Nim6
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

169  169-170-Jan 07, 2025 15-00-55-
zVwa
Date Taken: 1/7/2025



170  170-171-Jan 07, 2025 15-00-41-
vkbM
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

171  171-172-Jan 07, 2025 15-00-49-
Srwx
Date Taken: 1/7/2025



172  172-173-Jan 07, 2025 15-00-44-
5iTB
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

173  173-174-Jan 07, 2025 15-01-18-
kcJV
Date Taken: 1/7/2025



174  174-175-Jan 07, 2025 15-01-01-
QFar
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

175  175-176-Jan 07, 2025 15-01-05-
7YFw
Date Taken: 1/7/2025



176  176-177-Jan 07, 2025 15-01-20-
9KJF
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

177  177-178-Jan 07, 2025 15-01-59-
8p1r
Date Taken: 1/7/2025



178  178-179-Jan 07, 2025 15-02-10-
4TtY
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

179  179-180-Jan 07, 2025 15-01-30-
mHcJ
Date Taken: 1/7/2025



180  180-181-Jan 07, 2025 15-01-31-
se3B
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

181  181-182-Jan 07, 2025 15-01-46-
G7C3
Date Taken: 1/7/2025



182  182-183-Jan 07, 2025 15-02-03-
5s9j
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

183   183-184-Jan 07, 2025 15-02-05-eSo6
Date Taken: 1/7/2025



184   184-185-Jan 07, 2025 15-02-06-NFEB
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

185  185-186-Jan 07, 2025 15-02-11-
     r5xG
     Date Taken: 1/7/2025



186  186-187-Jan 07, 2025 15-02-49-
     rycK
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

187   187-188-Jan 07, 2025 15-02-52-
Lb9y
Date Taken: 1/7/2025



188   188-189-Jan 07, 2025 15-04-20-
zEPE
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

189  189-190-Jan 07, 2025 15-04-22-
EGwu
Date Taken: 1/7/2025



190  190-191-Jan 07, 2025 15-04-21-
sw7S
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

191  191-192-Jan 07, 2025 15-26-26-
AK48
Date Taken: 1/7/2025



192  192-193-Jan 07, 2025 15-26-28-
nzUT
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

193   193-194-Jan 07, 2025 15-26-33-
scFR
Date Taken: 1/7/2025



194   194-195-Jan 07, 2025 15-26-39-
FN4a
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

195  195-196-Jan 07, 2025 15-26-41-
kYpA
Date Taken: 1/7/2025



196  196-197-Jan 07, 2025 15-26-42-
3eGB
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

197   197-198-Jan 07, 2025 15-26-42-
      uMXF
      Date Taken: 1/7/2025



198   198-199-Jan 07, 2025 15-26-46-
      GBca
      Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

199   199-200-Jan 07, 2025 15-26-52-
D4HP
Date Taken: 1/7/2025



200   200-201-Jan 07, 2025 15-26-52-
9tB7
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

201  201-202-Jan 07, 2025 15-26-52-
C5K3
Date Taken: 1/7/2025



202  202-203-Jan 07, 2025 15-27-01-
KTWc
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

203  203-204-Jan 07, 2025 15-27-07-
     UU8m
     Date Taken: 1/7/2025



204  204-205-Jan 07, 2025 15-27-01-
     gesk
     Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

205   205-206-Jan 07, 2025 15-27-07-
Axw4
Date Taken: 1/7/2025



206   206-207-Jan 07, 2025 15-27-01-
VLAh
Date Taken: 1/7/2025



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

207  207-208-Jan 07, 2025 15-27-01-
eA7D
Date Taken: 1/7/2025



208  208-209-Nov 12, 2024 18-27-44-
Nqgb
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

209  209-210-Nov 12, 2024 18-27-45-
SP5r
Date Taken: 11/12/2024



210  210-211-Nov 12, 2024 18-27-47-
RZgH
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

211  211-212-Nov 12, 2024 18-27-55-
dNbh
Date Taken: 11/12/2024



212  212-213-Nov 12, 2024 18-27-58-
pwF3
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

213  213-214-Nov 12, 2024 18-28-01-
qprH
Date Taken: 11/12/2024



214  214-215-Nov 12, 2024 18-28-02-
KJAx
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

215  215-216-Nov 12, 2024 18-28-08-
HNoK
Date Taken: 11/12/2024



216  216-217-Nov 12, 2024 18-28-17-
9oKS
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

217  217-218-Nov 12, 2024 18-28-19-
     o8wL
     Date Taken: 11/12/2024



218  218-219-Nov 12, 2024 18-28-24-
     MVsU
     Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

219   219-220-Nov 12, 2024 18-28-28-
      mUNc
      Date Taken: 11/12/2024



220   220-221-Nov 12, 2024 18-28-30-
      jCCh
      Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

221  221-222-Nov 12, 2024 18-28-31-
m17w
Date Taken: 11/12/2024



222  222-223-Nov 12, 2024 18-28-36-
kxQt
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

223  223-224-Nov 12, 2024 18-28-37-c1id
Date Taken: 11/12/2024



224  224-225-Nov 12, 2024 18-28-41-fx6D
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

225  225-226-Nov 12, 2024 18-29-34-
GnEY
Date Taken: 11/12/2024



226  226-227-Nov 12, 2024 18-29-37-
LWx3
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

227  227-228-Nov 12, 2024 18-29-48-T46U
Date Taken: 11/12/2024





228  228-229-Nov 12, 2024 18-29-49-dRgz
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

229  229-230-Nov 12, 2024 18-29-50-
LyWB
Date Taken: 11/12/2024



230  230-231-Nov 12, 2024 18-31-25-
MMdL
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

231  231-232-Nov 12, 2024 18-31-26-
2j3Q
Date Taken: 11/12/2024



232  232-233-Nov 12, 2024 18-31-52-
ux96
Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

233   233-234-Nov 12, 2024 18-31-59-
      njSr
      Date Taken: 11/12/2024



234   234-235-Nov 12, 2024 18-32-01-
      8iix
      Date Taken: 11/12/2024



**Lifeline Public Adjusters**

7380 W. Sand Lake Road Suite 500
Orlando FL 32819
Cell: (407) 353-9792
Office: 407-462-5664

235  235-236-Nov 12, 2024 18-29-00-
Feo9
Date Taken: 11/12/2024







Living Room

Kitchen

Hallway 1

Family Room

Hallway 2

Hallway

Stairs

N

1st Floor



Loft

N

2nd Floor

House Roof

F24(C)

F23(B)    F22(A)

F13(A)

(C)

F9



Roof

 **Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

| | |
|---|---|
| Client: | Robert and Jamie Andersen |
| Property: | 14882 Old Thicket Trace |
| | Winter Garden, FL 34787 |

Operator:    MELISSA.

| | | | |
|---|---|---|---|
| Estimator: | Baez Restoration, LLC | Business: | (352) 346-4093 |
| Business: | 188 Jensen Dr. | E-mail: | claims@baezrestoration.com |
| | Groveland, FL 34736 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Tarp | | |
| Date Entered: | 12/20/2024 | Date Assigned: | 12/14/2024 |
| Date Est. Completed: | 1/8/2025 | Date Job Completed: | |

| | |
|---|---|
| Price List: | FLOR8X_DEC24 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | ROBERT_ANDERSEN |

Liberty Mutual

Policy# H32-251-911627-4044



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

**ROBERT_ANDERSEN**

**ROBERT_ANDERSEN**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.  Emergency service call - after business hours | 1.00  EA @ | 350.00 = | 350.00 |

*Includes: Administrative/labor costs associated with allocating resources for an emergency response after normal business hours as needed.*
 **Excludes: All labor, travel, materials, or equipment to do the work.**

| | | | |
|---|---|---|---|
| 2.  Tarp - poly - w/sandbags - flat rate (lab & mat) | 1.00  EA @ | 2,500.00 = | 2,500.00 |

*Note: Line item includes labor and materials to install 1 - 16x20 roof tarp.*

| | | | |
|---|---|---|---|
| 3.  On-Site Evaluation and/or Supervisor/Admin - per hour | 2.00  HR @ | 85.00 = | 170.00 |

*Administrative costs associated with delivery of materials and supplies to loss site, job site preparation and post-installation cleanup.*



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

## Summary

| | |
|---|---:|
| Line Item Total | 3,020.00 |
| Material Sales Tax | 0.03 |
| | |
| Subtotal | 3,020.03 |
| Overhead | 302.00 |
| Profit | 302.00 |
| Laundering Tax | 4.08 |
| | |
| **Replacement Cost Value** | **$3,628.11** |
| **Net Claim** | **$3,628.11** |

Baez Restoration, LLC



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

1

2



3

4



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com



5



6



7



8





**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

9



10



11



12





**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

13 

14 



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

| | |
|---|---|
| Client: | Robert and Jamie Andersen |
| Property: | 14882 Old Thicket Trace |
| | Winter Garden, FL 34787 |

Operator:    MELISSA.

| | | | |
|---|---|---|---|
| Estimator: | Baez Restoration, LLC | Business: | (352) 346-4093 |
| Business: | 188 Jensen Dr. | E-mail: | claims@baezrestoration.com |
| | Groveland, FL 34736 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Tarp | | |
| Date Entered: | 12/20/2024 | Date Assigned: | 1/7/2025 |
| Date Est. Completed: | 3/12/2025 | Date Job Completed: | |

| | |
|---|---|
| Price List: | FLOR8X_DEC24 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | ROBERT_ANDERSEN-2 |

Liberty Mutual

Policy# H32-251-911627-4044



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

**ROBERT_ANDERSEN-2**

**ROBERT_ANDERSEN-2**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1.  Emergency service call - after business hours | 1.00  EA @ | 350.00 = | 350.00 |

*Includes: Administrative/labor costs associated with allocating resources for an emergency response after normal business hours as needed.*
 **Excludes: All labor, travel, materials, or equipment to do the work.**

| | | | |
|---|---|---|---|
| 2.  Remove Tarp - poly - w/sandbags - per sq ft (lab & mat) | 320.00  SF @ | 0.50 = | 160.00 |

*Note: Line item reflects labor and materials to detach roof tarp for insurance company inspection*

| | | | |
|---|---|---|---|
| 3.  Tarp - poly - w/sandbags - flat rate (lab & mat) | 1.00  EA @ | 1,800.00 = | 1,800.00 |

*Note: Line item includes labor and materials to reinstall existing roof tarp after insurance company inspection*

| | | | |
|---|---|---|---|
| 4.  On-Site Evaluation and/or Supervisor/Admin - per hour | 2.00  HR @ | 85.00 = | 170.00 |

*Administrative costs associated with delivery of materials and supplies to loss site, job site preparation and post-installation cleanup.*



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

## Summary

| | |
|---|---:|
| Line Item Total | 2,480.00 |
| Material Sales Tax | 0.03 |
| | |
| Subtotal | 2,480.03 |
| Overhead | 248.00 |
| Profit | 248.00 |
| Laundering Tax | 4.08 |
| | |
| **Replacement Cost Value** | **$2,980.11** |
| **Net Claim** | **$2,980.11** |

_____

Baez Restoration, LLC



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com

1 

2 

3 

4 



**Baez Restoration, LLC**

188 Jensen Drive
Groveland, FL 34736
(352) 346-4093
claims@baezrestoration.com



