**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT AND JAMIE ANDERSEN,**

    **Plaintiffs,**

vs.                                State Court Case No.: 2025 CA 006277 O
                                   Federal Court Case No.: 6:25-cv-01479

**LIBERTY MUTUAL FIRE**
**INSURANCE COMPANY,**

    **Defendant.**

_____/

**DEFENDANT'S DISCLOSURE STATEMENT**
**UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, LIBERTY MUTUAL FIRE INSURANCE COMPANY, makes the following disclosure(s).

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

        ☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

        Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

        LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group, Inc.

        Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Fire Insurance Company.

1

    ☐    The filer has no parent corporation.

    ☐    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    ☐ No.

    ☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Liberty Mutual is now and was at the time of the filing of the Complaint a Wisconsin corporation, with its principal place of business in Boston, Massachusetts. Thus, Liberty Mutual is a citizen of Wisconsin and Massachusetts. *See* 28 U.S.C. § 1332(c)(1).

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☒ No.

        ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☒ No.

        ☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c. Is the filer an insurer?

      ☐    No.

      ☒    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d.    Is the filer a legal representative?

      ☒    No.

      ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

      ☐    No.

      ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

      ☐    No.

      ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

      ☐    No.

      ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

3

        Plaintiff – Robert and Jamie Andersen

        Counsel for Plaintiff – Randy Lambert, Esquire
        Kuhn Raslavich, P.A.

        Liberty Mutual Holding Company, Inc.

        LMHC Massachusetts Holding, Inc.

        Liberty Mutual Group, Inc.

        Liberty Mutual Fire Insurance Company

        Counsel for Defendant - Kathryn A. Keller, Esq.
        Traub, Lieberman, Straus & Shrewsberry, LLP

        Counsel for Defendant – Cassidy J. Fordiani, Esq.
        Traub, Lieberman, Straus & Shrewsberry, LLP

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

    ☒    No.

    ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

    ☒    No.

    ☐    Yes, and the debtor is [].

    ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

    ☒    No.

  ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

  ☒ No.

  ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

  ☒ Yes.

          Respectfully submitted,

          */s/ Kathryn A. Keller, Esquire*
          KATHRYN A. KELLER, ESQUIRE
          Fla. Bar No. 0123857
          kkeller@tlsslaw.com
          **Trial Counsel**
          Traub Lieberman Straus & Shrewsberry, LLP
          55 First Street South
          St. Petersburg, Florida 33701
          (727) 898-8100 - Telephone
          (727) 895-4838 - Facsimile
          Attorney for Defendant

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court by using the Florida Courts E-Filing Portal on *August 4, 2025,* with copies provided to Randy E. Lambert, Esquire with

Kuhn Raslavich, P.A. at 986 Douglas Avenue, Suite 102, Altamonte Springs, FL 32714 at randy@thekrfirm.com & service2@thekrfrim.com.

                                                */s/ Kathryn A. Keller, Esquire*
                                                KATHRYN A. KELLER, ESQUIRE
                                                Fla. Bar No. 0123857